AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 17-20608

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* SANABI Investments LLC DBA Oscars moving & storage

was received by me on *(date)* 2/21/17

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Susana Fuenmayor - Employee, who is designated by law to accept service of process on behalf of *(name of organization)* Sahabi Investment LLC DBA Oscars moving & storage 11421 New 107th St #13 Miami, FL 33178 on *(date)* 2/22/17 @ 2:16 PM ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 2/23/17

Server's signature

Neil Valseiby - Process Server #2250
Printed name and title

1001 NE 160TH TERRACE
N MIAMI BEACH FL. 33162
305-968-4439
Server's address

Additional information regarding attempted service, etc:

F/HISP, 40, 5'5, 130, blk hair, no glasses
Told me Saady is owner & Henin Priet is employee
Signed my copy

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

ARWIN NICOLAS ZAPATA CARRERO )
and all others similarly situated under 29 )
U.S.C. 216(b), )
) CASE #: 1:17-cv-20608-JAL
Plaintiffs, )
vs. )
)
SANABI INVESTMENTS LLC d/b/a )
OSCAR'S MOVING & STORAGE, )
SANDY BIJANI, (SAADY NOT )
HANIN PRIETO, SANDY )
)
Defendants. )

2/22/17
2:16 P.M.
NY #2250

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)
SANABI INVESTMENTS LLC
d/b/a OSCAR'S MOVING & STORAGE
Registered Agent: Saady N Bijani
10943 NW 122nd St
Medley, FL 33178

new address served at: 11421 NW 107 ST #13 MIAMI, FL 33178

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Susana Fuenmayor

SUSANA FUENMAYOR

**SUMMONS**

Date: 02/16/2017

Steven M. Larimore
Clerk of Court

s/ Randi Marks
Deputy Clerk
U.S. District Courts

F,14,15P,40,515,130cb,blk hv, no glasses 2/22/17
1:50 P.M.
new tenants