UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:17-CV-20608-JAL

ARWIN NICOLAS ZAPATA CARRERO and )
all others similarly situated under 29 U.S.C. )
216(b), )
)
        Plaintiffs, )
vs. )
)
SANABI INVESTMENTS LLC d/b/a )
OSCAR'S MOVING & STORAGE, )
SANDY BIJANI, )
HANIN PRIETO )
)
        Defendants. )
)

AFFIDAVIT OF NEIL VAISELBERG

| STATE OF FLORIDA | ) | |
|---|---|---|
| | ) | S.S.: |
| COUNTY OF MIAMI-DADE | ) | |

1. My name is Neil Vaiselberg. I am over eighteen years of age; I reside in the United States, and I have personal knowledge of the matters set forth herein.

2. I went to principle place of business in an attempt to serve registered agent at approximately 2pm on 2/23/17. Registered agent was not on premises.

3. I did not see a sign posted in the office with the name of the corporation and the name of its registered agent on whom process may be served.

4. During attempt to serve, Susana Fuenmayor represented to me that she was an employee of the corporation and could accept service on their behalf.

1

5. Attached to the summons was a copy of the Complaint.

_____
Neil Vaiselberg

**FURTHER AFFIANT SAYETH NAUGHT.**

DATED this 24th day of ~~January~~ March, 2017

The foregoing instrument was sworn to and subscribed before me, on this 24th day of March 2017, by Neil Vaiselberg, who ~~has produced~~ _____ ~~as identification.~~ personally known

_____
NOTARY PUBLIC, State of Florida



K. DAVID KELLY
MY COMMISSION # FF 179242
EXPIRES: January 16, 2019
Bonded Thru Notary Public Underwriters