UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:17-CV-20608-JAL

ARWIN NICOLAS ZAPATA CARRERO and )
all others similarly situated under 29 U.S.C. )
216(b), )
                                                          Plaintiffs, )
vs. )

SANABI INVESTMENTS LLC d/b/a )
OSCAR'S MOVING & STORAGE, )
SANDY BIJANI, )
HANIN PRIETO )

                                                          Defendants. )
_____ )

## **STATEMENT OF CLAIM**

Plaintiff, by and through the undersigned counsel and files his Statement of Claim and states as follows

**Plaintiff ARWIN NICOLAS ZAPATA CARRERO: February 16, 2014– February 10, 2017**

**Half Time Overtime Wages**

- Number of Weeks in Period: 155 Weeks (Rounded Down)

- Average Hours: 67

- Rate of Pay: $13.00 per hour

- Overtime Rate: $6.50

- Overtime Claimed: (155 weeks) x (20 hours per week of overtime) x ($6.50 overtime rate) = $20,150.00

- Liquidated Damages Claimed: $20,150.00

- Total overtime wages unpaid and Liquidated Damages: **$40,300.00** ($20,150.00 x 2)

1

**January 11, 2016 – January 14, 2017**

**Time and a Half Rate Wages**

- Number of Weeks in Period: 155 Weeks (Rounded Down)

- Average Hours: 67

- Rate of Pay: $13.00 per hour

- Hours Worked for no Pay per week: 7

- Overtime Claimed: (155 weeks) x (7 hours per week of time and one half owed) x ($19.50 overtime rate) = $21,157.50

- Liquidated Damages Claimed: $21,157.50

- Total overtime wages unpaid and Liquidated Damages: **$42,315.00** ($21,157.50 x 2)

**Total Overtime Wage Claim and Liquidated Damages: $82,615.00 Plus Attorney's Fees and Costs**

*Plaintiff seeks all attorneys' fees and costs under the FLSA and the above damages do not include same.

                                Respectfully Submitted,

                                J.H. Zidell, P.A.
                                *Attorneys for Plaintiff*
                                300 71st Street, Suite 605
                                Miami Beach, Florida 33141
                                Tel: (305) 865-6766
                                  Fax: (305) 865-7167

                                By: /s/ Neil Tobak
                                Neil Tobak, Esq.
                                Florida Bar Number: 93940

**CERTIFICATE OF SERVICE**

I hereby certify that as of March 28, 2017 that this matter has been filed with the CM/ECF system for the United States District Court for the Southern District of Florida, and served by CM/ECF on all counsel or parties of record.

Respectfully Submitted,

                                          J.H. Zidell, P.A.
                                          *Attorneys for Plaintiff*
                                          300 71st Street, Suite 605
                                          Miami Beach, Florida 33141
                                          Tel: (305) 865-6766
                                             Fax: (305) 865-7167

                                          By:  /s/ Neil Tobak
                                           Neil Tobak, Esq.
                                          Florida Bar Number: 93940