AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 17-20608

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* SANDY (SAADY) BIJANI

was received by me on *(date)* 2/24/17 .

☐ ~~I personally~~ Substitute served the summons on the individual at *(place)* 11421 NW 107TH ST #13, MIAMI FL 33178 As per Mr Saady Bijani's OK on *(date)* 3/27/17 @ 12:13 pm ; or

☒ I left the summons at the individual's ~~residence or usual place of abode~~ PLACE OF BUSINESS with *(name)* SANDY VARGAS Employee Manager , a person of suitable age and discretion who resides there,

on *(date)* 3/27/17 , ~~and mailed a copy to the individual's last known address;~~ or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 20.00 for travel and $ 20.00 for services, for a total of $ 40.00 .

I declare under penalty of perjury that this information is true.

Date: 3/28/17

*Server's signature*

NEIL VAISELBERG - PROCESS SERVER # 2250
*Printed name and title*

1001 NE 180TH TERRACE
NORTH MIAMI BEACH, FL 33162
305-968-4439
*Server's address*

Additional information regarding attempted service, etc:

As per Saady Bijani, I spoke with him on his cell # 305-304-8164, He said ok to leave with Sandy Vargas in the office

Sandy Vargas signed my copy

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

ARWIN NICOLAS ZAPATA CARRERO )
and all others similarly situated under 29 )
U.S.C. 216(b), )
)
)
Plaintiffs, )    CASE #: 1:17-cv-20608-JAL
vs. )
)
)
SANABI INVESTMENTS LLC d/b/a )
OSCAR'S MOVING & STORAGE, )
SANDY BIJANI, ((Aady not sandy )
HANIN PRIETO )
)
Defendants. )
_____ )

3/27/17

12:13 pm

NV#2250

**SUMMONS IN A CIVIL ACTION**

Sandy Vargus
Sandy Clayes

To: (Defendant's name and address)
SAAdy   SANDY BIJANI
not      10943 NW 122nd St
         Medley, FL 33178

Saady's 805.304.8164

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                      J.H. Zidell, Esq.
                      J.H. Zidell P.A.
                300 71ST Street, Suite 605
               Miami Beach, Florida 33141

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SAADY NOT SANDY owner not in

Date: 02/16/2017



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Randi Marks
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 17-20608

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* HANIN PRIETO

was received by me on *(date)* 2/21/17 .

☒ ~~I personally~~ SUBSTITUTE served the summons on the individual at *(place)* 11421 NW 107TH ST #13, Miami, FL 33178

As per Hanin Prieto's OK on *(date)* 3/27/17 @ 12:13 PM ; or

☒ I left the summons at the individual's ~~residence or~~ PLACE OF BUSINESS ~~usual place of abode~~ with *(name)* SANDY VARGAS Employee-Manager, a person of suitable age and discretion who resides there,

on *(date)* 3/27/17, ~~and mailed a copy to the individual's last known address;~~ or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 20.00 for travel and $ 20.00 for services, for a total of $ 40.00 .

I declare under penalty of perjury that this information is true.

Date: 3/28/17

_____
Server's signature

NEIL VAISELBERG - PROCESS SERVER # 2250
Printed name and title

1001 NE 180TH TERRACE
NORTH MIAMI BEACH, FL 33162
305-968-4439
Server's address

Additional information regarding attempted service, etc:

As per HANIN PRIETO, I spoke with him on his cell 305-205-1628, He said ok to leave with SANDY VARGAS in the office. SANDY VARGAS signed my copy

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

ARWIN NICOLAS ZAPATA CARRERO )
and all others similarly situated under 29 )
U.S.C. 216(b), )
) CASE #: 1:17-cv-20608-JAL
)
      Plaintiffs, )
vs. )
)
SANABI INVESTMENTS LLC d/b/a )
OSCAR'S MOVING & STORAGE, )
SANDY BIJANI, )
HANIN PRIETO )
)
      Defendants. )
_____ )

3/27/17
12:13 P.m
N.V #2250

Sandy Unys.

Hanin's 305-205-1628

**SUMMONS IN A CIVIL ACTION**

To: (Defendant's name and address)
HANIN PRIETO
11421 NW 107 Street, Suite #13
Miami, FL 33178

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 02/16/2017



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Randi Marks
Deputy Clerk
U.S. District Courts

Employee not her