### AFFIDAVIT OF ARWIN NICOLAS ZAPATA CARRERO

STATE OF FLORIDA            )
                            )   S.S.:
COUNTY OF MIAMI-DADE        )

1. My name is **ARWIN NICOLAS ZAPATA CARRERO**; I am over eighteen years of age; I reside in the United States and I have personal knowledge of the matters set forth herein. I am mentally competent to sign this Affidavit and do so freely, voluntarily and pursuant to my own free will. I affirm that the contents of this Affidavit are true and correct and to the best of my belief.

2. I affirm that this document was translated in Spanish and that I fully understood the contents of this Affidavit prior to executing same.

3. I am the Plaintiff in United States District Court, Southern District of Florida, *Arwin Nicolas Zapata Carrero and all others similarly situated under 29 U.S.C. 216(b) v. Sanabi Investments LLC, et al.*, Case No.: 17-20608-CIV-JAL.

4. Neither Defendant Saady Bijani,[1] nor Defendant Hanin Prieto, nor anyone else has ever indicated to me that that either individual Defendant is in military service. I have no reason to believe that either Defendant is in military service and am "unable to determine" otherwise pursuant to the Servicemembers Civil Relief Act.

5. I worked for the Defendants as a mover from on or about June 1996 through on or about February 10, 2017, as described in the Complaint in this cause.

6. I hereby represent that I worked for the Defendants as set forth in the Complaint, and that I am entitled to the unpaid wages as set forth in the following Statement of Claim:

**Half-Time Overtime Unpaid Wages (2/16/14-2/10/17):**
Weeks: 155 (rounded down)
Overtime hours per week: 20
Amount of half time per hour not compensated: $6.50 (based on $13.00/hr.)[2]
Total wages unpaid and liquidated damages: $20,150 X 2 = $40,300.00

---

[1] The individual Defendant's name is reflected in this lawsuit as "Sandy Bijani." Upon further review and independent investigation, there was a scrivener's error and the spelling of the individual Defendant's name is herein corrected through interlineations to reflect "SAADY BIJANI," as also reflected on the Florida Department of State the Division of Corporations.

[2] During approximately the last two (2) years of my employment my rate of pay was an average of $14.00/hr. I herein use the rate of $13.00/hr. to be conservative in my calculation.

**Time and One-Half Overtime Unpaid Wages (2/16/14-2/20/17):**
Weeks: 155 (rounded down)
Overtime hours per week: 7
Amount of time-and-one-half overtime per hour not compensated: $19.50 (based on $13.00/hr.)[3]
Total wages unpaid and liquidated damages: $21,157.50 X 2 = $42,315.00

**Total Wages Unpaid and Liquidated Damages (exclusive of attorney's fees and costs): $41,307.50 X 2 = $82,615.00**

7. When any piece of furniture was damaged and/or allegedly damaged, said damages and/or alleged damages were deducted from my wages. As we worked in a moving crew, more often than not the damages and/or alleged damages were not as a result of my actions and regardless of same it negatively affected the total wages I received.

*AZ*

8. I seek all fees and costs under the applicable law and the above calculation does not account for fees and costs sought by my counsel. I reserve the right to seek time and one half damages for any additional completely unpaid overtime hours based on the evidence adduced in discovery.

*AZ*

FURTHER AFFIANT SAYETH NAUGHT.

Dated this 6 day of April, 2017.

**VERIFICATION**

Under the penalties of perjury, I herein verify and affirm that the above facts are true and correct:

_____
ARWIN NICOLAS ZAPATA CARRERO

STATE OF FLORIDA        )
                        )   S.S.:
COUNTY OF MIAMI-DADE    )



K. DAVID KELLY
MY COMMISSION # FF 179242
EXPIRES: January 16, 2019
Bonded Thru Notary Public Underwriters

---

[3] During approximately the last two (2) years of my employment my rate of pay was an average of $14.00/hr. I herein use the rate of $13.00/hr. to be conservative in my calculation.

The foregoing Affidavit was sworn to and subscribed before me, on this __6__ day of __April__, 2017, by **ARWIN NICOLAS ZAPATA CARRERO** who has produced __Nicaragua passport__ as identification.

*[Notary stamp: K. DAVID KELLY, MY COMMISSION # FF 179242, EXPIRES: January 16, 2019, Bonded Thru Notary Public Underwriters]*

NOTARY PUBLIC, State of Florida

**INTERPRETER'S ACKNOWLEDGEMENT:**

On __April 6, 2017__, __Mary Waller__, personally known to me, affirmed that the foregoing was translated for **ARWIN NICOLAS ZAPATA CARRERO** and that he fully understood and affirmed the contents of the foregoing.

_____
(Interpreter's signature)

*[Notary stamp: K. DAVID KELLY, MY COMMISSION # FF 179242, EXPIRES: January 16, 2019, Bonded Thru Notary Public Underwriters]*

NOTARY PUBLIC / STAMP