(Rev. 10/2002) General Document

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: __1-17-CV-20608-JAL__

__Arwin Nicolas Zapata__

Plaintiff(s)

v.

__Sanabi Investments LLC__

Defendant(s)

__Notice of Appeal__
(TITLE OF DOCUMENT)

FILED by [illegible] D.C.
APR 27 2017
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. - MIAMI

I, _____ plaintiff or defendant, in the above styled cause,

I would like to appeal this case because I paid everything to my ex employee (sub contractor) Arwin Zapata.
He is trying to manipulate and earn money from nothing.
I have witness can testify that I am say is true
Also I want to clarify they send all the letters to the wrong address.
I just receive everything 1 one week ago.

(Rev. 10/2002) General Document

## Certificate of Service

I _____, certify that on this date  04/27/2017  a true copy of the foregoing document was mailed to: _____

name(s) and address(es)

By: SANDY BIJANI
Printed or typed name of Filer

Signature of Filer

accounting@oscarsmoving.com
E-mail address

Florida Bar Number
(305) 304-8164
Phone Number

Facsimile Number

11421 NW 107th St Ste 13
Street Address

Miami, FL 33178
City, State, Zip Code