UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1-17-CV-20608 JAL

ARWIN NICOLAS ZAPATA CARRERO and
all others similarly situated under 29 U.S.C.
216(b),

                Plaintiffs,

    vs.

SANABI INVESTMENTS LLC d/b/a
OSCAR'S MOVING & STORAGE, SANDY BIJANI ,
HANIN PRIETO,

                Defendants.

_____)

**SWORN AFFIDAVIT OF SAADY BIJANI ON BEHALF OF HIMSELF INDIVIDUALLY
AND ON THE BEHALF OF THE DEFENDANT CORPORATION AS PRESIDENT AND
REPRESENTATIVE OF SANABI INVESTMENTS, LLC. d/b/a OSCAR'S MOVING
AND STORAGE IN SUPPORT Of MOTION TO SET ASIDE DEFAULTS AND
DEFAULT FINAL JUDGMENTS**

COMES NOW, Defendant SAADY BIJANI, individually and on the behalf of Defendant

Sanabi Investments, LLC, d/b/a Oscar's Moving and Storage as President and Representative of

the corporate defendant who swears under oath and affirms that the following statements are

true and correct to the best of his belief under the penalties of perjury:

1. My name is Saady Bijani and my date of birth is September 24, 1987. I presently

reside at 11255 N.W. 77th Terrace, Miami, FL 33178. I am over the age of eighteen, I

reside in the United States and I have personal knowledge of the matters contained

herein and I am mentally competent to execute this Sworn Affidavit and do so freely

and voluntarily.

2. I am the President of Defendant, Sanabi Investments, LLC, d/b/a Oscar's Moving and

Storage, which has an office located at 11421 N.W. 107th Street, Suite 13, Miami, FL.  33178,

1

EXHIBIT A

and this business is a small moving company which enlists employees and independent contractors to carry out the moves of the customers.

3. At no time was I served individually with the lawsuit against me individually and at no time was I served as the Registered Agent of Sanabi Investments, LLC, d/b/a Oscar's Moving and Storage with the lawsuit against the corporate defendant. At all times, I have been an officer and Registered Agent of Sanabi Investments, LLC, d/b/a Oscar's Moving and Storage. Susana Bijani is my sister and she is an office employee of Sanabi Investments, LLC. At no time was Susana Bijani the Registered Agent or an officer of the corporation nor has she ever been authorized to accept service of process for the corporation or on my behalf individually.

4. At all times, Plaintiff Carrero worked as an employee of Sanabi Investments, LLC., which is a moving business, carrying out moves for customers. At no time did Plaintiff Carrero, work greater than forty (40) hours in a work week and Plaintiff Carerro was always paid an hourly rate which exceeded the minimum wage. Sanabi Investments paid Plaintiff Carerro for all hours he worked.

5. At no time did Plaintiff Carrero have a specific work schedule for Sanabi Investments, LLC. I called Mr. Carrero if the business needed his help in carrying out a move for a customer of Sanabi Investments, LLC. At no time did Plaintiff Carrero work in excess of 40 hours in a work week.

**[THIS SPACE IS INTENTIONALLY LEFT BLANK]**

2

I understand that I am swearing or affirming under oath to the truthfulness of the claims made in this affidavit and that the punishment for knowingly making a false statement includes fines and/or imprisonment.

Dated: 5/30/2017

SAADY BIJANI, individually and as the President and corporate representative of Sanabi Investments, LLC, d/b/a Oscar's Moving and Storage

STATE OF FLORIDA
COUNTY OF MIAMI-DADE

Sworn to or affirmed and signed before me on this 30 day of May, 2017 by SAADY BIJANI who is personally known to me _____ or who produced _FL_ _DX_ as identification.
My commission expires:
(stamp or seal)

Wilmer M. Escaray
Commission # FF970233
Expires: March 10, 2020
Bonded thru Aaron Notary

NOTARY PUBLIC or DEPUTY CLERK

3