UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1-17-CV-20608 JAL

ARWIN NICOLAS ZAPATA CARRERO and
all others similarly situated under 29 U.S.C.
216(b),

Plaintiff,

vs.

SANABI INVESTMENTS LLC d/b/a
OSCAR'S MOVING & STORAGE, SANDY BIJANI ,
HANIN PRIETO,

Defendants.

_____)

## DEFENDANTS' OBJECTIONS TO PLAINTIFF'S RE-NOTICE OF TAKING DEPOSITIONS *DUCES TECUM* IN AID OF EXECUTION

COMES NOW, Defendants SANABI INVESTMENTS, LLC d/b/a OSCAR'S MOVING & STORAGE, SANDY BIJANI, and HANIN PRIETO (Hereinafter "Defendants"), by and through the undersigned counsel, and hereby files this Defendants' Objections to Re-Notice of Taking Depositions *Duces Tecum* In Aid of Execution and states as follows:

1. Defendants object to individual request number 43 of Plaintiff's Re-Notice of Taking Depositions *Duces Tecum* In Aid of Execution in so far as responding requires Defendants to disclose confidential and proprietary customer of Defendants, the identification information of the customers and data regarding the services the customers purchased and on the grounds that the request is an unreasonable violation of the customers' privacy rights. Defendants further object to individual request number 43 on the grounds that the request is not calculated to lead to the discovery of admissible evidence, is unduly burdensome and is meant to harass Defendants.

1

*[Arwin Nicolas Zapata Carrero v. Sanabi Investments LLC d/b/a Oscar's Moving & Storage, et al*
*Case No. 1-17-CV-20608*
*Defendants' Objections to Plaintiff's Re-Notice of Taking Depositions Duces Tecum In aid of Execution*

Without waiving these objections, Defendants shall produce the contracts and the Bills of Lading between the moving business and the customers from June 17, 2016 through to June 17, 2017, the date of the Re-Notice.

    2.    Defendants object to individual request number 44 of <u>Plaintiff's Re-Notice of Taking Depositions Duces Tecum In Aid of Execution</u> which requests that Defendants produce "List of customers, for the past three years", as responding to the request requires Defendants to disclose protected confidential and proprietary customer information of Defendants and would also constitute an unreasonable violation of the privacy rights of the customers and Defendants. . Defendants further object to individual request number 44 on the grounds that the request is not calculated to lead to the discovery of admissible evidence, is unduly burdensome and is meant to harass Defendants.  Without waiving these objections, Defendants shall produce the contracts and the Bills of Lading between the moving business and the customers from June 17, 2016 through June 17 2017, the date of the Re-Notice.

    3.    Defendants object to individual requests numbered 45 through 48 of <u>Plaintiff's Re-Notice of Taking Depositions Duces Tecum In Aid of Execution</u> which requests that Defendants produce tax returns and related tax filing documents for the years of 2016, 2015, 2014 and 2013 on the grounds that the request is not calculated to lead to the discovery of admissible evidence, is unduly burdensome as to the time frame and is meant to harass Defendants.  Without waiving these objections, Defendants shall produce the requested documents for the years of 2014 through and including 2016.

*[Arwin Nicolas Zapata Carrero v. Sanabi Investments LLC d/b/a Oscar's Moving & Storage, et al*
*Case No. 1-17-CV-20608*
*Defendants' Objections to Plaintiff's Re-Notice of Taking Depositions Duces Tecum In aid of Execution*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT a true and correct copy of the foregoing was provided via CM/ECF and U.S. Mail on June 26, 2017 to the following:

J.H. Zidell, Esq.
Neil Tobak, Esq.
Rivkah F. Jaff, Esq.
J.H. ZIDELL, P.A.
ATTORNEYS FOR PLAINTIFF
300-71st Street, Suite 605
Miami Beach, Florida 33141
Zabogado@aol.com
NTobak.zidellpa@gmail.com
Rivkah.jaff@gmail.com


Respectfully submitted,

LAW OFFICES OF WILLIAM BRADY, P.A.
4000 Ponce de Leon Blvd.
Suite 800
Coral Gables, FL 33146
Telephone: (305) 358-7688
Facsimile: (786) 221-2810
Email: wbrady@wbradylaw.com
legalassistant@wbradylaw.com
maguilera@wbradylaw.com
paralegal@wbradylaw.com
admin@wbradylaw.com
ATTORNEYS FOR DEFENDANTS

 /s/ William Brady, Jr.
WILLIAM BRADY, JR., ESQ.
FLA. BAR NO.:  0054550