UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-20608-CIV-JAL/JG

ARWIN NICOLAS ZAPATA CARRERO and )
all others similarly situated under 29 U.S.C. )
216(b), )
)
         Plaintiffs, )
vs. )
)
SANABI INVESTMENTS LLC d/b/a )
OSCAR'S MOVING & STORAGE, )
SANDY BIJANI,[1] )
HANIN PRIETO, )
)
         Defendants. )
_____ )

## PLAINTIFF'S NOTICE REGARDING [DE41]

COMES NOW the Plaintiff, by and through undersigned, and files this Notice regarding Plaintiff's Motion to Compel, filed as [DE41], and states that Plaintiff attaches hereto a copy of the Proof of Service reflect that the Corporate Defendant, SANABI INVESTMENTS LLC d/b/a OSCAR'S MOVING & STORAGE, was properly served for the deposition in aid of execution *duces tecum* that was set to occur on June 15, 2017, commencing at 10:00 a.m. at the undersigned Firm.

         Respectfully submitted,

         J. H. ZIDELL, P.A.
         ATTORNEYS FOR PLAINTIFF
         300-71ST STREET, SUITE 605

---

[1] The individual Defendant's name is reflected in this lawsuit as "Sandy Bijani." Upon further review and independent investigation, there was a scrivener's error and the spelling of the individual Defendant's name is herein corrected through interlineations to reflect "SAADY BIJANI," as also reflected on the Florida Department of State the Division of Corporations.

                MIAMI BEACH, FLORIDA 33141
                305-865-6766
                305-865-7167

                By:_s/ Rivkah F. Jaff, Esq. ___
                   Rivkah F. Jaff, Esquire
                   Florida Bar No.: 107511

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT VIA CM/ECF ON 6/26/17 TO:**

**WILLIAM THOMAS BRADY , JR., ESQ.**
**LAW OFFICES OF WILLIAM BRADY, P.A.**
**4000 PONCE DE LEON BLVD., SUITE 800**
**MIAMI, FL 33146**
**PH: 305-358-7688**
**FAX: 786 221-2810**
**EMAIL: WBRADY@WBRADYLAW.COM**

   **BY:___/s/___Rivkah Jaff_____**
      **RIVKAH JAFF, ESQ.**