IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 17-CV-20608-JAL

ARWIN NICOLAS ZAPATA CARRERO
and all others similarly situated under
29 U.S.C.216(B)

vs

SANABI INVESTMENTS LLC d/b/a
OSCAR'S MOVING & STORAGE,
SANDY BIJANI, HANIN PRIETO
_____/

## Notice of Appearance

COMES NOW, the undersigned counsel, and hereby states that she appears for the defendant(s). SANABI INVESTMENTS LLC d/b/a OSCAR'S MOVING & STORAGE,SANDY BIJANI, HANIN PRIETO. Please forward all subsequent pleadings or other correspondence to the undersigned counsel.

ROSY A. APONTE,
Florida Bar No.: 54977
R. APONTE & ASSOCIATES, PLLC.
8180 NW 36 Street Ste. 301
Doral, Fl. 33166
(305)753-9600/ 786-360-3263
E-fax: 305-455-9665
Email: a2aponte@aol.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was emailed to all registered E-filing, J.H. Zidell, Esq Jamie H. Zidell 300 71st Street Suite 605 Miami Beach, FL 33141 at ZABOGADO@AOL.COM on this 5th day of December, 2017

R. APONTE & ASSOCIATES, PLLC.
8180 NW 36 Street Ste. 301
Doral, Fl. 33166

(305)753-9600/ 786-360-3263  
E-fax: 305-455-9665  
By: _____/S/ Rosy Aponte_____  
ROSY A. APONTE,  
Florida Bar No.: 54977  
Email:a2aponte@aol.com