IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 17-CV-20608-JAL

ARWIN NICOLAS ZAPATA CARRERO
and all others similarly situated under
29 U.S.C.216(B)

vs

SANABI INVESTMENTS LLC d/b/a
OSCAR'S MOVING & STORAGE,
SANDY BIJANI, HANIN PRIETO
_____/

# **DEFENDANT'S NOTICE OF FILING REQUEST FOR PRODUCTION**

Defendants, SANABI INVESTMENTS LLC, SANDY BIJANI and HANIN PRIETO by and through undersigned counsel and hereby files their Notice of Filing Request for Production of Plaintiff.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of December, 2017 I electronically filed a copy of the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all parties or counsel of record listed below in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

Respectfully submitted,
Rosy Aponte, Esq.
Florida Bar No. 54977
8180 N.W. 36th Street, Suite 301
Doral, Florida 33166
Telephone: (305) 753-9600
Email: A2aponte@aol.com
rapontelaw@gmail.com

## **SERVICE LIST**

**Joshua Howard Sheskin**
Lubell Rosen
200 South Andrews Ave.
Suite 900
Ft. Lauderdale, FL 33301
954-880-9500
Fax: 954-755-2993
Email: jhs@lubellrosen.com

**Neil Tobak**
J.H. Zidell P.A.
300 71st Suite 605
Miami Beach, FL 33141
305-865-6766
Email: ntobak.zidellpa@gmail.com


**Rivkah Fay Jaff**
J.H. Zidell, P.A.
300-71st Street, Ste 605
Miami Beach, FL 33141
(305) 865-6766
Email: Rivkah.Jaff@gmail.com


**Jamie H. Zidell**
300 71st Street
Suite 605
Miami Beach, FL 33141
305-865-6766
Fax: 865-7167
Email: ZABOGADO@AOL.COM