IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 17-CV-20608-JAL

ARWIN NICOLAS ZAPATA CARRERO
and all others similarly situated under
29 U.S.C.216(B)

vs

SANABI INVESTMENTS LLC d/b/a
OSCAR'S MOVING & STORAGE,
SANDY BIJANI, HANIN PRIETO
_____/

## NOTICE TO WITHDRAW COURT DOCUMENT

PLEASE TAKE NOTICE that the undersigned counsel hereby withdraws D.E.63 which was inadvertently filed.

Dated this 6 day of December, 2017

Respectfully submitted,

Rosy Aponte, Esq.
Florida Bar No. 54977
8180 N.W. 36th Street, Suite 301
Doral, Florida 33166
Telephone: (305) 753-9600
Email: A2aponte@aol.com
rapontelaw@gmail.com

By: /s/ Rosy Aponte
Rosy Aponte, Esq.
Florida Bar No.: 54977

## CERTIFICATE OF SERVICE

I hereby certify that as of December 7, 2017 that this matter has been filed with the CM/ECF system for the United States District Court for the Southern District of Florida, and served by CM/ECF on all counsel or parties of record.

Respectfully submitted,
Rosy Aponte, Esq.

Florida Bar No. 54977
8180 N.W. 36th Street, Suite 301
Doral, Florida 33166
Telephone: (305) 753-9600
Email: A2aponte@aol.com
rapontelaw@gmail.com


By: /s/ Rosy Aponte
Rosy Aponte, Esq.
Florida Bar No.: 54977
