IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 17-CV-20608-JAL

ARWIN NICOLAS ZAPATA CARRERO
and all others similarly situated under
29 U.S.C.216(B)

vs

SANABI INVESTMENTS LLC d/b/a
OSCAR'S MOVING & STORAGE,
SANDY BIJANI, HANIN PRIETO

_____/

## RESPONSE TO PLAINTIFFS STATEMENT OF CLAIM

Defendants, by and through their undersigned counsel files their response to the
Plaintiff's Statement of Claim and states as follows:

1. Plaintiff was an hourly wage employee and was paid $13.00 an hour during the years
   2014-2017.

2. Itemization report attached will show that Plaintiff never worked over 40 hrs. per
   week.(See exhibit "A")

3. The maximum number of hours which the Plaintiff worked were 40 a week, which is
   equal to $520.00
   a. Any monies over $520.00 were tips.

4. Plaintiffs IRS taxes do not support the claims of working even close to 40 hours a
   week and the Defendant demands strict proof of IRS filing.

5. There are no liquidated damages. Malice is not proven because Plaintiff never
   worked overtime.
   a. As provided under the federal Fair Labor Standards Act, pursuant to s. 11 of the
      Portal-to-Portal Act of 1947, 29 U.S.C. s. 260, if the employer proves by a
      preponderance of the evidence that the act or omission giving rise to such action

was in good faith and that the employer had reasonable grounds for believing that his or her act or omission was not a violation of s. 24, Art. X of the State Constitution, the court may, in its sound discretion, award no liquidated damages or award any amount thereof not to exceed an amount equal to the amount of unpaid minimum wages. The court shall not award any economic damages on a claim for unpaid minimum wages not expressly authorized in this section.

6. Plaintiff contradicts himself as he states that 67 hours was the Plaintiffs average work hours. The amount paid during these time periods (copies of payroll checks) do not add up evenly by Plaintiffs claims. None of the exhibits provided by the Plaintiff can demonstrate his claims.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was emailed to all registered E-filing, J.H. Zidell, Esq Jamie H. Zidell 300 71st Street Suite 605 Miami Beach, FL 33141 at ZABOGADO@AOL.COM on this 10th day of January, 2018.

R. APONTE & ASSOCIATES, PLLC.
8180 NW 36 Street Ste. 301
Doral, Fl. 33166
(305)753-9600/ 786-360-3263
E-fax: 305-455-9665
By: _____ /S/ Rosy Aponte _____
ROSY A. APONTE,
Florida Bar No.: 54977
Email:a2aponte@aol.com

**OMS** Oscar's Moving & Storage

## Payroll Itemization of Arwin Zapata

**2015**

| Month | Date | Check # | Check amount | Payroll per week | Tip per week | Hours per week | | Total paid per month including tip | Total paid per year |
|---|---|---|---|---|---|---|---|---|---|
| **December** | | | | | | | | | |
| week 1 | 12/07/15 | 4462 | 894 | 520 | 0 | 40 | | $1,932.00 | $28,860.50 |
| week 2 | 12/07/15 | 4462 | 894 | 377 | 0 | 28.7 | | | |
| week 3 | 12/20/15 | 4489 | 1038 | 519 | 0 | 40 | | | |
| week 4 | 12/20/15 | 4489 | 1038 | 519 | 0 | 40 | | | |
| **November** | | | | | | | | | |
| week 1 | 11/07/15 | 4424 | 1120 | 520 | 50 | 40 | | $1,897.00 | |
| week 2 | 11/07/15 | 4424 | 1120 | 520 | 30 | 40 | | | |
| week 3 | 11/20/15 | 4443 | 777 | 403.9 | 0 | 31 | | | |
| week 4 | 11/20/15 | 4443 | 777 | 373.1 | 0 | 28.7 | | | |
| **October** | | | | | | | | | |
| week 1 | 10/10/15 | 4381 | 1338 | 520 | 110 | 40 | | $2,263.00 | |
| week 2 | 10/10/15 | 4381 | 1338 | 520 | 188 | 40 | | | |
| week 3 | 10/24/15 | 4401 | 925 | 481 | 2 | 37 | | | |
| week 4 | 10/24/15 | 4401 | 925 | 442 | 0 | 34 | | | |
| **September** | | | | | | | | | |
| week 1 | 9/12/15 | 4323 | 1296 | 520 | 186 | 40 | | $2,508.00 | |
| week 2 | 9/12/15 | 4323 | 1296 | 520 | 90 | 40 | | | |
| week 3 | 9/26/15 | 4355 | 1212 | 520 | 90 | 40 | | | |
| week 4 | 9/26/15 | 4355 | 1212 | 520 | 82 | 40 | | | |
| **August** | | | | | | | | | |
| week 1 | 8/16/15 | 4269 | 1325 | 520 | 100 | 40 | | $2,932.00 | |
| week 2 | 8/16/15 | 4269 | 1325 | 520 | 185 | 40 | | | |
| week 3 | 8/29/15 | 4303 | 1607 | 520 | 295 | 40 | | | |
| week 4 | 8/29/15 | 4303 | 1607 | 520 | 272 | 40 | | | |
| **July** | | | | | | | | | |
| week 1 | 7/4/15 | 4182 | 1439 | 520 | 150 | 40 | | $2,852.00 | |
| week 2 | 7/4/15 | 4182 | 1439 | 520 | 249 | 40 | | | |
| week 3 | 8/1/15 | 4245 | 1413 | 520 | 240 | 40 | | | |
| week 4 | 8/1/15 | 4245 | 1413 | 520 | 133 | 40 | | | |
| **June** | | | | | | | | | |
| week 1 | 6/18/15 | 4210 | 990 | 520 | 0 | 40 | | $2,302.00 | |
| week 2 | 6/18/15 | 4210 | 990 | 468 | 0 | 36 | | | |
| week 3 | 6/22/15 | 4159 | 1312 | 520 | 90 | 40 | | | |
| week 4 | 6/22/15 | 4159 | 1312 | 520 | 182 | 40 | | | |
| **May** | | | | | | | | | |
| week 1 | 5/26/15 | 4094 | 976 | 520 | 0 | 40 | | $2,686.00 | |
| week 2 | 5/26/15 | 4094 | 976 | 455 | 0 | 35 | | | |
| week 3 | 6/8/15 | 4121 | 1710 | 520 | 420 | 40 | | | |
| week 4 | 6/8/15 | 4121 | 1710 | 520 | 250 | 40 | | | |
| **April** | | | | | | | | | |
| week 1 | 4/27/15 | 4036 | 1172 | 520 | 60 | 40 | | $2,879.00 | |
| week 2 | 4/27/15 | 4036 | 1172 | 520 | 72 | 40 | | | |
| week 3 | 5/11/15 | 4065 | 1465 | 520 | 190 | 40 | | | |
| week 4 | 5/11/15 | 4065 | 1465 | 520 | 235 | 40 | | | |
| tip net | 4/27/15 | 4043 | 242 | 242 | 242 | 0 | | | |
| **March** | | | | | | | | | |
| week 1 | 3/28/15 | 3965 | 1120 | 520 | 80 | 40 | | $2,531.50 | |
| week 2 | 3/28/15 | 3965 | 1120 | 520 | 0 | 40 | | | |
| week 3 | 4/13/15 | 3995 | 1027 | 520 | 0 | 40 | | | |
| week 4 | 4/13/15 | 3995 | 1027 | 507 | 0 | 39 | | | |
| tip net | 3/14/15 | 3931 | 384.5 | 384.5 | 384.5 | 0 | | | |

EXHIBIT "A"

PG.1

| February |  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|
| week 1 | 2/23/15 | 3916 | 650 | 520 | 130 | 40 |  | $2,145.00 |  |
| week 2 | 3/2/15 | 3829 | 598 | 520 | 78 | 40 |  |  |  |
| week 3 | 3/9/15 | 3852 | 897 | 442 | 0 | 34 |  |  |  |
| week 4 | 3/9/15 | 3852 | 897 | 455 | 0 | 35 |  |  |  |

| January |  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|
| week 1 | 1/19/15 | 3796 | 212 | 212 | 0 | 16 |  | $1,933.00 |  |
| week 2 | 1/26/15 | 3801 | 449 | 449 | 0 | 34.5 |  |  |  |
| week 3 | 2/9/15 | 3888 | 500 | 500 | 0 | 38.5 |  |  |  |
| week 4 | 2/16/15 | 3898 | 677 | 520 | 157 | 40 |  |  |  |
| tip net | 1/12/15 | 3781 | 95 | 95 | 95 | 0 |  |  |  |

EXHIBIT "A"

PG.2



| 2016 | Payroll Itemization of Arwin Zapata | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Month | Date | Check # | Check amount | Payroll per week | Tip per week | Hours per week | | Total paid per month including tip | Total paid per year |
| **December** | | | | | | | | | |
| week 1 | 12/17/16 | 5095 | 830 | 310 | 0 | 24 | | $2,008.00 | $28,467.00 |
| week 2 | 12/17/16 | 5095 | 830 | 520 | 0 | 40 | | | |
| week 3 | 12/19/16 | 5101 | 465 | 465 | 0 | 36 | | | |
| week 4 | 12/30/16 | 5121 | 713 | 520 | 193 | 40 | | | |
| **November** | | | | | | | | | |
| week 1 | 11/04/16 | 5045 | 952 | 497 | 0 | 38 | | $2,073.00 | |
| week 2 | 11/04/16 | 5045 | 952 | 455 | 0 | 35 | | | |
| week 3 | 11/18/16 | 5071 | 1121 | 520 | 40 | 40 | | | |
| week 4 | 11/18/16 | 5071 | 1121 | 520 | 41 | 40 | | | |
| **October** | | | | | | | | | |
| week 1 | 10/21/16 | 5022 | 1820 | 520 | 300 | 40 | | $1,820.00 | |
| week 2 | 10/21/16 | 5022 | 1820 | 520 | 480 | 40 | | | |
| week 3 | | | | | | | | | |
| week 4 | | | | | | | | | |
| **September** | | | | | | | | | |
| week 1 | 9/9/16 | 4956 | 803 | 520 | 0 | 40 | | $2,328.00 | |
| week 2 | 9/9/16 | 4956 | 803 | 283 | 0 | 22 | | | |
| week 3 | 9/26/16 | 4979 | 1525 | 520 | 255 | 40 | | | |
| week 4 | 9/26/16 | 4979 | 1525 | 520 | 230 | 40 | | | |
| **August** | | | | | | | | | |
| week 1 | 8/12/16 | 4916 | 1709 | 520 | 319 | 40 | | | |
| | 8/12/16 | 4916 | 1709 | 520 | 350 | 40 | | $2,391.00 | |
| week 2 | 8/26/16 | 4939 | 682 | 287 | 0 | 22 | | | |
| week 3 | 8/26/16 | 4939 | 682 | 395 | 0 | 30 | | | |
| week 4 | | | | | | | | | |
| **July** | | | | | | | | | |
| week 1 | 7/16/16 | 4857 | 944 | 520 | 0 | 40 | | $2,071.00 | |
| week 2 | 7/16/16 | 4857 | 944 | 424 | 0 | 33 | | | |
| week 3 | 7/29/16 | 4877 | 1127 | 520 | 0 | 40 | | | |
| week 4 | 7/29/16 | 4877 | 1127 | 520 | 87 | 40 | | | |
| **June** | | | | | | | | | |
| week 1 | 6/17/16 | 4800 | 1417 | 520 | 120 | 40 | | $3,088.00 | |
| week 2 | 6/17/16 | 4800 | 1417 | 520 | 257 | 40 | | | |
| week 3 | 7/1/16 | 4826 | 1671 | 520 | 305 | 40 | | | |
| week 4 | 7/1/16 | 4826 | 1671 | 520 | 326 | 40 | | | |
| **May** | | | | | | | | | |
| week 1 | 5/10/16 | 4702 | 1341 | 520 | 170 | 40 | | $3,184.00 | |
| week 2 | 5/10/16 | 4702 | 1341 | 520 | 131 | 40 | | | |
| week 3 | 5/23/16 | 4729 | 1843 | 520 | 303 | 40 | | | |
| week 4 | 5/23/16 | 4729 | 1843 | 520 | 500 | 40 | | | |
| **April** | | | | | | | | | |
| week 1 | 4/11/16 | 4655 | 999 | 520 | 0 | 40 | | $1,677.00 | |
| week 2 | 4/11/16 | 4655 | 999 | 470 | 0 | 36.8 | | | |
| week 3 | 4/22/16 | 4679 | 678 | 390 | 0 | 30 | | | |
| week 4 | 4/22/16 | 4679 | 678 | 288 | 0 | 22 | | | |
| **March** | | | | | | | | | |
| week 1 | 3/14/16 | 4619 | 1142 | 520 | 55 | 40 | | $2,315.00 | |
| week 2 | 3/14/16 | 4619 | 1142 | 520 | 47.5 | 40 | | | |
| week 3 | 3/25/16 | 4638 | 1173 | 520 | 75 | 40 | | | |
| week 4 | 3/25/16 | 4638 | 1173 | 520 | 58 | 40 | | | |
| **February** | | | | | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| week 1 | 2/13/16 | 4570 | 1435 | 520 | 211 | 40 | | $3,224.00 |
| week 2 | 2/13/16 | 4570 | 1435 | 520 | 184 | 40 | | |
| week 3 | 2/29/16 | 4596 | 1789 | 520 | 400 | 40 | | |
| week 4 | 2/29/16 | 4596 | 1789 | 520 | 349 | 40 | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| January | | | | | | | | |
| week 1 | 1/18/16 | 4518 | 1093 | 520 | 53 | 40 | | $2,288.00 |
| week 2 | 1/18/16 | 4518 | 1093 | 520 | 0 | 40 | | |
| week 3 | 2/1/16 | 4539 | 1195 | 520 | 55 | 40 | | |
| week 4 | 2/1/16 | 4539 | 1195 | 520 | 100 | 40 | | |

EXHIBIT "A"

PG.4

# OMS
Oscar's Moving & Storage

## Payroll Itemization of Arwin Zapata

### 2017

| Month | Date | Check # | Check amount | Payroll per week | Tip per week | Hours per week | | Total paid per month including tip | Total paid per year |
|---|---|---|---|---|---|---|---|---|---|
| January | | | | | | | | | |
| week 1 | 01/13/17 | 5140 | 861 | 520 | 0 | 40 | | $2,350.00 | $3,523.00 |
| week 2 | 01/13/17 | 5140 | 861 | 341 | 0 | 26 | | | |
| week 3 | 1/27/17 | 5161 | 1489 | 520 | 248 | 40 | | | |
| week 4 | 1/27/17 | 5161 | 1489 | 520 | 201 | 40 | | | |
| | | | | | | | | | |
| February | | | | | | | | | |
| week 1 | 02/10/17 | 5180 | 1173 | 520 | 95 | 40 | | $1,173.00 | |
| week 2 | 02/10/17 | 5180 | 1173 | 520 | 38 | 40 | | | |
| week 3 | | | | | | | | | |
| week 4 | | | | | | | | | |

EXHIBIT "A"
PG.5