IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 17-CV-20608-JAL

ARWIN NICOLAS ZAPATA CARRERO
and all others similarly situated under
29 U.S.C.216(B)

vs

SANABI INVESTMENTS LLC d/b/a
OSCAR'S MOVING & STORAGE,
SANDY BIJANI, HANIN PRIETO
_____/

## NOTICE OF UNAVAILABILITY

YOU ARE HEREBY NOTIFIED that Rosy Aponte will be unavailable on March 28, 2018 thru April 02, 2018, and respectfully requests that no hearings, depositions, motions, notices to produce, interrogatories, pleadings or other papers be filed which require a timely response during this time period; and that all pending matters be abated during this period of time. The filing and service of this Notice shall constitute an application and request for continuance, extension of time and/or for a protective order as may be appropriately required for the above reasons.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was emailed to all registered E-filing, J.H. Zidell, Esq Jamie H. Zidell 300 71st Street Suite 605 Miami Beach, FL 33141 at ZABOGADO@AOL.COM on this 2ND day of February, 2018.

R. APONTE & ASSOCIATES, PLLC.
8180 NW 36 Street Ste. 301
Doral, Fl. 33166
(305)753-9600/ 786-360-3263
E-fax: 305-455-9665
By: _____/S/ Rosy Aponte_____
ROSY A. APONTE,

Florida Bar No.: 54977
Email:a2aponte@aol.com