UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-20608-CIV-JAL/JG

ARWIN NICOLAS ZAPATA CARRERO and all others similarly situated under 29 U.S.C. 216(b),

Plaintiffs,

vs.

SANABI INVESTMENTS LLC d/b/a OSCAR'S MOVING & STORAGE, SANDY BIJANI,[1] HANIN PRIETO,

Defendants.

**PLAINTIFF'S MOTION TO AMEND DEFENDANT BIJANI'S FIRST NAME AND THE CAPTION OF LAWSUIT THROUGH INTERLINEATION**

COMES NOW the Plaintiff, by and through undersigned counsel, pursuant to Federal Rules of Civil Procedure Rule 15 and Southern Local Rule 15.1, and requests entry of an order granting the above-described motion ("Motion for Leave to Amend"), and in support thereof states as follows:

1. Plaintiff seeks leave in order to amend the complaint through interlineation of the individual Defendant Bijani's first name and caption of this lawsuit.
2. Due to an inadvertent scrivener's error/spelling mistake, the individual Defendant Bijani's first name is listed incorrectly. The correct spelling is "SAADY."

[1] The individual Defendant's name is reflected in this lawsuit as "Sandy Bijani." Upon further review and independent investigation, there was a scrivener's error and the spelling of the individual Defendant's name is herein corrected through interlineations to reflect "SAADY BIJANI," as also reflected on the Florida Department of State the Division of Corporations.

3. As such, the undersigned respectfully requests that the individual Defendant Bijani's first name and caption of the case be corrected to list said individual Defendant as SAADY BIJANI a/k/a SANDY BIJANI.

## ***MEMORANDUM OF LAW***

Pursuant to Fed. R. Civ. P. 15(a)(2), the court shall grant leave to amend freely when justice so requires. Pursuant to SDLR 15.1. It would serve justice to be sure that individual Defendant Bijani's first name is accurately and correctly reflected in all subsequent pleadings and it would benefit judicial economy and lower costs if the Court allowed the amendment to be done by interlineation. Furthermore, amending the complaint to accurately reflect said name would not be burdensome to any factual discovery or court schedules.

**WHEREFORE**, PLAINTIFF RESPECTFULLY REQUESTS THAT THIS HONORABLE COURT GRANT THIS MOTION FOR LEAVE TO AMEND THE INDIVIDUAL DEFENDANT BIJANI'S FIRST NAME AND CAPTION OF THE CASE BE CORRECTED TO LIST SAID INDIVIDUAL DEFENDANT AS SAADY BIJANI A/K/A SANDY BIJANI.

## **CERTIFICATE OF CONFERRAL**

Plaintiff's counsel has been attempting to confer with Defense Counsel, Adi Amit, Esq., since May 29, 2018. Plaintiff's counsel sent an email to Defense counsel with the proposed motion attached, followed up with two emails and phone call(s) on May 30, 2018, and followed up with an additional email and phone calls(s) prior the filing of same. All Plaintiff's counsel's conferral attempts were no responded to.

Respectfully submitted,

J. H. ZIDELL, P.A.
ATTORNEYS FOR PLAINTIFF

300-71ST STREET, SUITE 605
MIAMI BEACH, FLORIDA 33141
305-865-6766
305-865-7167

By:_s/ Rivkah F. Jaff, Esq. ___
Rivkah F. Jaff, Esquire
Florida Bar No.: 107511

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS PROVIDED VIA CM/ECF ON 5/31/18 TO:**

**ADI AMIT, ESQ.**
**LUBELL & ROSEN, LLC**
**200 S. ANDREWS AVENUE, SUITE 900**
**FORT LAUDERDALE, FL 33301**
**PH: 954-755-3425**
**FAX: 954-755-2993**
**EMAIL: ADI@LUBELLROSEN.COM**

**BY:__/s/____Rivkah F. Jaff_______________**
**RIVKAH F. JAFF, ESQ.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-20608-CIV-JAL/JG

ARWIN NICOLAS ZAPATA CARRERO and all others similarly situated under 29 U.S.C. 216(b),

Plaintiffs,

vs.

SANABI INVESTMENTS LLC d/b/a OSCAR'S MOVING & STORAGE, SANDY BIJANI,[2] HANIN PRIETO,

Defendants.

**ORDER GRANTING PLAINTIFF'S MOTION TO AMEND DEFENDANT BIJANI'S FIRST NAME AND THE CAPTION OF LAWSUIT THROUGH INTERLINEATION**

This matter came on to be heard regarding Plaintiff's above-described "Motion to Amend Caption," and the Court having reviewed the relevant pleadings, considered legal argument and otherwise being advised in the premises, it is:

ORDERED AND ADJUDGED that Plaintiff's Motion to Amend Caption is hereby GRANTED; and therefore the Clerk is Ordered to change the caption of this lawsuit to reflect Defendant as SAADY BIJANI a/k/a SANDY BIJANI.

DONE AND ORDERED in Chambers at Miami, Florida, this ______ day of _________, 2018.

_______________________________
JOAN A. LENARD

[2] The individual Defendant's name is reflected in this lawsuit as "Sandy Bijani." Upon further review and independent investigation, there was a scrivener's error and the spelling of the individual Defendant's name is herein corrected through interlineations to reflect "SAADY BIJANI," as also reflected on the Florida Department of State the Division of Corporations.

UNITED STATES DISTRICT JUDGE

Copies to: All Counsel of Record