UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-20608-CIV-JAL/JG

ARWIN NICOLAS ZAPATA CARRERO and )
all others similarly situated under 29 U.S.C. )
216(b), )
)
          Plaintiffs, )
  vs. )
)
SANABI INVESTMENTS LLC d/b/a )
OSCAR'S MOVING & STORAGE, )
SANDY BIJANI,[1] )
HANIN PRIETO, )
)
          Defendants. )
_____ )

**JOINT STIPULATION TO NARROW THE ISSUES FOR JURY TRIAL**

IT IS HEREBY STIPULATED AND AGREED by and between Counsel for the Plaintiff, ARWIN NICOLAS ZAPATA CARRERO ("Plaintiff"), and Defendants, SANDY BIJANI,[2] and HANIN PRIETO ("Individual Defendants"), (collectively Plaintiff and Individual Defendants are herein referred to as the "Parties")[3]:

---

[1] The individual Defendant's name is reflected in this lawsuit as "Sandy Bijani." Upon further review and independent investigation, there was a scrivener's error and the spelling of the individual Defendant's name is herein corrected through interlineations to reflect "SAADY BIJANI," as also reflected on the Florida Department of State the Division of Corporations. Plaintiff's Motion to Amend/Correct Defendant Bijani's First Name and Caption of the Lawsuit Through Interlineation [DE109] is pending.

[2] The individual Defendant's name is reflected in this lawsuit as "Sandy Bijani." Upon further review and independent investigation, there was a scrivener's error and the spelling of the individual Defendant's name is herein corrected through interlineations to reflect "SAADY BIJANI," as also reflected on the Florida Department of State the Division of Corporations.

[3] The case against the Corporate Defendant, Sanabi Investments LLC d/b/a Oscar's Moving & Storage, has been stayed pending their bankruptcy. *See,* [DE114].

The Parties stipulate that the Entity Defendant, SANABI INVESTMENTS LLC d/b/a OSCAR'S MOVING & STORAGE's annual gross sales for the years 2013, 2014, 2015, 2016, and 2017 exceeded $500,000.00. Further, the Parties stipulate that during the years 2013, 2014, 2015, 2016, and 2017, the entity Defendant employed two or more employees who, on a regular and recurrent basis, handled or otherwise worked with goods or materials that have previously been in interstate commerce and manufactured outside the State of Florida. Further, the Parties stipulate that during the years 2013, 2014, 2015, 2016, and 2017, the Entity Defendant was an "enterprise engaged in commerce or the production of goods for commerce" which had employees engaged in commerce or the production of commercial goods for commerce and had annual gross sales of at least $500,000.

Therefore, the Parties that agree no further discovery is necessary regarding these factual issues as they relate to FLSA enterprise coverage/subject matter jurisdiction during the years 2013, 2014, 2015, 2016, and 2017.

Respectfully Submitted,

Dated this 8th day of June, 2018.

| **J.H. ZIDELL, P.A.** | **LUBELL & ROSEN, LLC** |
|---|---|
| *Counsel for Plaintiff* | *Counsel for Defendants* |
| 300 71st Street, Suite 605 | 200 South Andrews Ave., Suite 900 |
| Miami Beach, Florida 33141 | Fort Lauderdale, FL 33301 |
| Telephone: (305) 865-6766 | Telephone: (954) 880-9500 |
| Facsimile: (305) 865-7167 | Facsimile:(954) 755-2993 |
| | |
| By:/s/ Rivkah F. Jaff | BY: /s/ Adi Amit, Esq. |
| **RIVKAH F. JAFF, ESQ.** | **ADI AMIT, ESQ.** |
| Fla. Bar No. 107511 | Florida Bar No.: 35257 |
| Rivkah.Jaff@gmail.com | Adi@LubellRosen.com |