UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-20608-CIV-JAL/JG

ARWIN NICOLAS ZAPATA CARRERO and
All other similarly situated under 29 U.S.C.
216(b),

    Plaintiff,
v.

SANABI INVESTMENTS LLC d/b/a
OSCAR'S MOVING & STORAGE,
SANDY BIJANI, HANIN PRIETO, et al

    Defendants
_____/

## SUGGESTION OF BANKRUPTCY

    The Debtor, <u>SAADY NAIM BIJANI FUENMAYOR</u>, by and through undersigned attorney, hereby files this Suggestion of Bankruptcy in the above captioned matter and in support thereof states as follows:

    1.    On <u>October 10, 2018</u>, the Debtor filed a Voluntary Petition for relief pursuant to Title 11, of the United States Code in the United States Bankruptcy Court for the Southern District of Florida, Bankruptcy Case No.: <u>  18-22563-RAM  </u>.

    2.    A copy of the Notice of Bankruptcy Filing is attached.

    3.    That pursuant to the Bankruptcy Code, 11 U.S.C. §362, the above-styled case is stayed, unless this matter falls within one of the exceptions from the automatic stay.

    4.    This suggestion of bankruptcy is for notice purposes only and does not constitute an appearance by the undersigned in this case.

    Wherefore, the Debtor respectfully suggests that pursuant to 11 U.S.C. 362 that all proceedings in this case should be stayed pending further Order of the Bankruptcy Court, and for

whatever relief, this Court deems just and proper.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent this 1st day of June, 2018, to the following parties, in the manner so stated:

**VIA CM/ECF**
Adi Amit, Esq. adi@lubellrosen.com
Rosy Anette Aponte, Esq. a2aponte@aol.com
Rivkah Fay Jaff, Esq. rivkah.jaff@gmail.com
K. David Kelly, Esq. david.kelly38@rocketmail.com
Joshua Howard Sheskin, Esq. jhs@lubellrosen.com
Neil Tobak, Esq. ntobak.zidellpa@gmail.com
Jamie H. Zidell, Esq. zabogado@aol.com
William Thomas Brady, Jr. wbrad@wbradylaw.com


Dated: October 10, 2018

**VAN HORN LAW GROUP, P.A**
330 N Andrews Ave., Suite 450
Fort Lauderdale, FL 33301
(954) 765-3166
(954) 756-7103 (fax.)

By: */s/ Chad Van Horn*
Chad Van Horn, Esq.
Florida Bar No. 64500
Chad@cvhlawgroup.com

United States Bankruptcy Court
Southern District of Florida

## Notice of Bankruptcy Case Filing



A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 13 of the United States Bankruptcy Code, entered on 10/10/2018 at 6:20 PM and filed on 10/10/2018.

**Saady Naim Bijani Fuenmayor**
11255 NW 77th Ter
Miami, FL 33178-1492
SSN / ITIN: xxx-xx-0531
*aka* **Saady Bijani**
*aka* **Saady Naim Bijani**

The case was filed by the debtor's attorney:

**Chad T Van Horn**
330 N Andrews Ave #450
Ft Lauderdale, FL 33301
954-765-3166

The bankruptcy trustee is:

**Nancy K. Neidich**
www.ch13miami.com
POB 279806
Miramar, FL 33027
954-443-4402

The case was assigned case number 18-22563-RAM to Judge Robert A Mark.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page www.flsb.uscourts.gov or at the Clerk's Office, , .

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Joseph Falzone**
**Clerk, U.S. Bankruptcy Court**

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/10/2018 18:26:34 | | | |
| **PACER Login:** | cvhlaw10:3891304:0 | **Client Code:** | |
| **Description:** | Notice of Filing | **Search Criteria:** | 18-22563-RAM |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |