UNITED STATES DISTRICT COURT • SOUTHERN DISTRICT OF FLORIDA

ARWIN Nicolas Zapata CARRERO, Plaintiff,

vs.

SANABI Investments LLC, Defendant(s)
DBA OSCAR'S Moving
SAADY BIJANI
HANIN PRIETO

Case No. 1:17-CV-20608-JAL

Motion For Referral To Volunteer Attorney Program

I, HANIN PRIETO, am a *pro se* party representing myself in this case, and have requested authorization to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 or am otherwise unable to afford a lawyer. Therefore, I request that the Court refer my request to the Court's Volunteer Attorney Program. I understand that it will be up to volunteer attorneys, not the Court, to determine whether they wish to represent me. If a volunteer attorney agrees to take my representation, I will cooperate with that counsel in the preparation and presentation of my case.

Signature: Hanin Prieto
Printed name: HANIN PRIETO
Address: 11421 NW 107 St
Miami, Fl 33178 Suite #13

Certificate of Service

I hereby certify that a true and correct copy of the foregoing was served by [specify method of service -- hand delivery/U.S. Mail/other] on [date] on all counsel or parties of record on the Service List below.

Signature: _____
Printed name: _____

**SERVICE LIST**
Attorney or Party Name
Attorney or Party E-mail Address
Firm Name
Street Address City, State, Zip Code
Telephone: (xxx) xxx-xxxx
Facsimile: (xxx) xxx-xxxx
Attorneys for Plaintiff/Defendant

United State District Court
Attention: Intake for Jackohns
400 North Miami AVE
Room 8N09
Mia, FL 33128

OSCAR'S MOVING & STORAGE
11421 NW 107TH ST STE 13
MIAMI, FL 33178

# PRIORITY ★ MAIL ★ EXPRESS

OUR FASTEST SERVICE IN THE U[redacted]

WHEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.

EMS

EP13F July 2013 OD: 12.5 x 9.5

PS10001000006

WRITE FIRMLY WITH BALL POINT PEN ON HARD SURFACE TO MAKE ALL COPIES LEGIBLE.

EE 169354249 US

UNITED STATES POSTAL SERVICE® | PRIORITY ★ MAIL ★ EXPRESS™

USPS INSPECTED

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT) PHONE ( )

Sanabi Investments.
11421 nw 107th St.
mia, FL 33178

**PAYMENT BY ACCOUNT (if applicable)**

USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No.

**DELIVERY OPTIONS (Customer Use Only)**

☐ SIGNATURE REQUIRED *Note:* The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

**Delivery Options**

☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT) PHONE

District Court/Intake Docketing
400 North Miami Ave
#8N09.
mia, FL 33128.

ZIP + 4® (U.S. ADDRESSES ONLY)

- For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
- $100.00 insurance included.

**ORIGIN (POSTAL SERVICE USE ONLY)**

☐ 1-Day ☐ 2-Day ☐ Military ☐ DPO

| | | | |
|---|---|---|---|
| PO ZIP Code: 33178 | Scheduled Delivery Date (MM/DD/YY) | Postage: $ 24.70 | |
| Date Accepted (MM/DD/YY): 12/11/18 | Scheduled Delivery Time: ☐ 10:30 AM ☐ 3:00 PM ☐ 12 NOON | Insurance Fee: $ | COD Fee: $ |
| Time Accepted: 3:30 ☐ AM ☑ PM | 10:30 AM Delivery Fee: $ | Return Receipt Fee: $ | Live Animal Transportation Fee: $ |
| Special Handling/Fragile: $ | Sunday/Holiday Premium Fee: $ | Total Postage & Fees: $ 24.70 | |
| Weight ☐ Flat Rate lbs. ozs. | Acceptance Employee Initials | | |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | ☐ AM ☐ PM | |
| | ☐ AM ☐ PM | |

LABEL 11-B, OCTOBER 2016 PSN 7690-02-000-9996 1-ORIGIN POST OFFICE COPY

...for U.S. destinations only.

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

UNITED STATES POSTAL SERVICE

This envelope is made from post-consumer waste. Please recycle - again.

