UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-20608-CIV-LENARD/GOODMAN

**ARWIN NICOLAS
ZAPATA CARRERRO,**

    Plaintiff,

**v.**

**SANABI INVESTMENTS LLC,
SAADY BIJANI, and
HANIN PRIETO,**

    Defendants.

_____/

**ORDER GRANTING DEFENDANT HANIN PRIETO'S MOTION FOR
REFERRAL TO VOLUNTEER ATTORNEY PROGRAM (D.E. 130)**

**THIS CAUSE** is before the Court on Defendant Hanin Prieto's Motion for Referral to Volunteer Attorney Program, filed December 12, 2018. ("Motion," D.E. 130.) It is **ORDERED AND ADJUDGED** that the Motion is **GRANTED**. It is

**FURTHER ORDERED** that this matter is referred to the Court's Volunteer Attorney Program, where a volunteer attorney may accept the representation on a pro bono basis if so desired; it is

**FURTHER ORDERED** that the Clerk will obtain a description of the case and contact information to post on the Court's website of available pro bono cases seeking volunteer lawyers; it is

**FURTHER ORDERED** that if the representation is accepted, the volunteer attorney shall enter an appearance in the case and thereafter will be eligible for

reimbursement of reasonable litigation expenses pursuant to the Court's Reimbursement Guidelines for Volunteer Counsel; it is

**FURTHER ORDERED** that Defendant Prieto shall continue to defend himself and litigate this case on a _pro se_ basis unless and until a volunteer attorney accepts representation and enters an appearance on the docket.

**DONE AND ORDERED** in Chambers at Miami, Florida this 14th day of December, 2018.

_Joan A. Lenard_
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**

cc: **Hanin Prieto**, pro se
11431 NW 107 St., Suite #13
Miami, FL 33178

**Jamie H. Zidell**
Counsel for Plaintiff
300 71st Street
Suite 605
Miami Beach, FL 33141
Email: ZABOGADO@AOL.COM