UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-20608-CIV-JAL

ARWIN NICOLAS ZAPATA CARRERO and )
all others similarly situated under 29 U.S.C. )
216(b), )
)
         Plaintiffs, )
  vs. )
)
SANABI INVESTMENTS LLC d/b/a )
OSCAR'S MOVING & STORAGE, )
SAADY BIJANI a/k/a SANDY BIJANI, )
HANIN PRIETO, )
)
         Defendants. )
_____ )

**PLAINTIFF'S DISCLOSURES AND TRIAL WITNESS LIST IN COMPLIANCE WITH THE COURT'S SCHEDULING ORDER [DE97]**

      Now comes the Plaintiff, through the undersigned, and makes the following Disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Local Rule 16.1B, and the Court's Scheduling Order [DE97].

General Statement

      As Plaintiff continues to obtain further information and documents through discovery and trial preparation, Plaintiff reserves the right to supplement and/or amend these disclosures as necessary and appropriate. The following includes witnesses, all of which Plaintiff may call to trial, and Plaintiff reserves the right to supplement as discovery proceeds.

30(b)(6) Corporate Representative of SANABI INVESTMENTS LLC d/b/a OSCAR'S MOVING & STORAGE. c/o Defense Counsel. Believed to have knowledge regarding the allegations in the most recent Complaint. Believed to also have knowledge regarding Plaintiffs' duties, pay, and hours, along with liability issues regarding the wage count.

1

SAADY BIJANI. c/o Defense Counsel. Believed to have knowledge regarding the allegations in the most recent Complaint. Believed to also have knowledge regarding Plaintiffs' duties, pay, and hours, along with liability issues regarding the wage count.

HANIN PRIETO. c/o Defense Counsel. Believed to have knowledge regarding the allegations in the most recent Complaint. Believed to also have knowledge regarding Plaintiffs' duties, pay, and hours, along with liability issues regarding the wage count.

Susana Bijani. 11255 NW 77th Terr., Miami, FL 33178. Believed to have knowledge regarding liability issues.

Huber Polanco. (305) 497-0165. 8701 SW 141 Street, Apt. F6, Pamleto Bay, FL 33176. Believed to have knowledge regarding Plaintiff's duties and hours.

Jose Huntado. (786) 523-4104. 10805 SW 4 Street, Miami, FL 33174. Believed to have knowledge regarding Plaintiff's duties and hours.

Plutarco Ricardo Zapata. (786) 237-8040. 141 SW 113 Avenue, Apt. 103, Miami, FL 33174. Believed to have knowledge regarding Plaintiff's duties and hours.

Luis de Castro. (619) 452-9506. 2655 West 8 Ct., Hialeah, FL 33010. Believed to have knowledge regarding Plaintiff's duties and hours.

Plaintiff ARWIN NICOLAS ZAPATA CARRERO. c/o Plaintiff Counsel. Believed to have knowledge regarding the allegations in the most recent Complaint. Believed to also have knowledge regarding Plaintiff's duties, pay, and hours, along with liability issues regarding the wage count.

Those persons listed in Defendants' initial disclosures filed or to be filed, and any other persons identified in Plaintiff's or Defendants' discovery or identified in other pleadings, motions, or depositions.

    Respectfully submitted,

    J. H. ZIDELL, P.A.
    ATTORNEYS FOR PLAINTIFFS
    300-71ST STREET, SUITE 605
    MIAMI BEACH, FLORIDA 33141
    305-865-6766
    305-865-7167

    By:_s/ Rivkah F. Jaff, Esq. ___
      Rivkah F. Jaff, Esquire
      Florida Bar No.: 107511

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS PROVIDED VIA CM/ECF AND U.S. MAIL ON 12/19/18 TO:**

**HANIN PRIETO**
*PRO SE*
**11431 NW 107 ST., SUITE #13**
**MIAMI, FL 33178**

BY:__/s/____Rivkah F. Jaff_____
       **RIVKAH F. JAFF, ESQ.**