```
             IN THE COMMON PLEAS COURT
             SOUTHERN DISTRICT OF FLORIDA
                CASE NO:17-20608-CIV-JAL
```

ARWIN NICOLAS ZAPATA CARRERO,
and all others similarly
situated under 29 USC 216 (B),

                Plaintiffs,

                -vs-

SANABI INVESTMENTS, LLC, dba OSCAR'S MOVING
STORAGE, SAADY BIJANI, et cetera,

                Defendants.

AT:        LAW OFFICES OF J.H. ZIDELL, P.A.
           300 71 Street
           Suite 605
           Miami Beach, Florida 33141
           Tuesday, September 4, 2018
           12:00 p.m.

DEPOSITION OF HUBERT ERNESTO POLANCO

    Taken before Rochel Albert, CSR and Notary Public in and for the State of Florida at Large, pursuant to Notice of Taking Deposition filed in the above cause.

*DEPO EXPRESS REPORTING, INC. (305) 305 3333*

```
 1   APPEARANCES:

 2      NEIL TOBAK, Esq.
        LAW OFFICES OF J.H. ZIDELL
 3      300 71st Street, Suite 605
        Miami Beach, Florida  33141
 4      Attorney for Plaintiff

 5


 6      JOSH BLOOM, Esq.
        Lubell | Rosen
 7      200 South Andrews Avenue
        Fort Lauderdale, Florida 33301-1864
 8      Attorney for Defendants

 9


10   Also present:  MARIA MARCELLO, INTERPRETER

11                      I N D E X

12   WITNESS                  EXAMINATION BY            PAGE

13   HUBERT ERNESTO POLANCO   MR. TOBAK  .......    3, 24
                              MR. BLOOM  ............   22
14
     EXHIBITS FOR IDENTIFICATION                        PAGE
15   None offered.

16

17

18

19

20

21

22

23

24

25
```

```
 1                  MARIA MARCELLO,
 2         interpreter, was sworn in to
 3         translate from English to Spanish
 4         and Spanish to English to the best of
 5         her ability.
 6                  HUBERT ERNESTO POLANCO,
 7         being first duly sworn by the court
 8         reporter, testified as follows:
 9                       EXAMINATION
10   BY MR. TOBAK:
11        Q    Can you please state your name for the
12   record?
13        A    Hubert Ernesto Polanco.
14        Q    And do you have a phone number?
15        A    Hurbert, H-U-B-E-R-T.
16        Q    Let's do this.  For the record just so we
17   are clear, how do you spell your name?
18        A    For me to spell my name?
19        Q    Yes.
20        A    H-U-B-E-R-T.
21        Q    The full name, please.
22        A    Ernesto Polanco.
23        Q    Can you spell your last name?
24        A    P-O-L-A-N-C-O.
25        Q    I noticed you are looking at a piece of
```

```
 1      A    What is his name?  His brother.  I mean
 2  his cousin.  Haneen, no.  I do not recall.  I do
 3  not recall.
 4      Q    Take your time.
 5      A    Haneen.
 6      Q    Would this be the Haneen Preito that I
 7  asked you about earlier?
 8      A    I don't know if that is his last name.
 9      Q    Tell me about Haneen?
10      A    Okay.  Haneen, for example, I believe he
11  was paid $14 an hour or something more than that.
12      Q    How do you know that?
13      A    I heard the other workers, but was related
14  to him.
15      Q    Did you ever work with Haneen?
16      A    Yes.
17      Q    Did he ever supervise your work?
18           MR. BLOOM:  Form.
19           THE WITNESS:  Yes.  He was his supervisor.
20      Q    He was your supervisor?
21      A    No.  Not mine.  Everybody's and the
22  warehouse.
23      Q    How do you know that?
24      A    Because I used to go to the warehouse to
25  unload furniture also.
```

```
 1      Q    Tell me a little bit more about that?
 2           MR. BLOOM:  Form.
 3           THE WITNESS:  You would come from any
 4   client, and you would bring furniture to put it in
 5   the warehouse.  Until the client did the closing
 6   in his house, and then we were able to move.  I
 7   mean it's when the client has problems and they
 8   are not receiving their property.
 9      Q    And Haneen would be there at the
10   warehouse?
11           MR. BLOOM:  Form.
12           THE WITNESS:  Yes.
13      Q    I am trying to look at what Haneen did
14   based on your observation.
15      A    Making sure the whole warehouse was kept
16   well.  The load was placed in the right place and
17   paying attention to us.  Anything that we would do
18   wrong, he would correct us.
19      Q    Did he ever specifically correct you?
20      A    No.
21      Q    Did you see him correct anybody else?
22      A    Yes, other new workers.
23      Q    Give me a couple of specific examples you
24   saw where Haneen would correct them if they were
25   doing something wrong?
```

```
 1         MR. BLOOM:  Form.
 2         THE WITNESS:  Okay.  In that warehouse
 3  there were lots.  So a guy would come with a piece
 4  of furniture thinking that it should go in lot
 5  number three.  And then Haneen would come and say
 6  no, do not put that in number three.  That goes in
 7  lot number five.
 8     Q    Did you ever observe Haneen fire anybody?
 9     A    No.
10     Q    Are you aware if he had the authority to
11  do that?
12         MR. BLOOM:  Object to form.
13         THE WITNESS:  I don't know.  I don't know.
14     Q    Did Haneen pay you?
15         MR. BLOOM:  Form.
16         THE WITNESS:  They paid us by check, and
17  the name of the check was Saady Behani.  And the
18  check was distributed by Haneen to every worker.
19     Q    While working for Oscar's Moving, did you
20  ever work more than 40 hours in a week?
21         MR. BLOOM:  Object to form.
22         THE WITNESS:  No.  That is when I left.
23  They didn't purchase that much money.
24     Q    On those three to four to sometimes five
25  days a week you worked for Oscar's, were you
```

```
 1    to explain to you.  If the transcript gets ordered
 2    by the plaintiff or the defendant, you have the
 3    option to review what the court reporter
 4    transcribed.
 5            If you choose to do that when we order it,
 6    they will call you and have you come in to review
 7    it.  Or you can waive that now.  They won't call
 8    you.  Would you prefer to read it or waive it?
 9            MR. BLOOM:  If I may?  Rivkah and I, we
10    always generally recommend that you read it.  You
11    can always change your mind later on and say that
12    you don't want to read it anymore.  Rivkah is his
13    partner.  You can't waive it, and then say you
14    want to read it.  No.
15            THE WITNESS:  It's all right.
16            MR. TOBAK:  All right.  Thank you.
17            (Ending time 1:00 p.m.)
18
19
20
21
22
23
24
25
```

CERTIFICATE OF OATH

STATE OF FLORIDA    )
                    ) SS:
COUNTY OF MIAMI-DADE)

I, ROCHEL ALBERT, Certified Shorthand Reporter and Notary Public in and for the State of Florida at Large, certify that the witness, personally appeared before me and was duly sworn.

WITNESS my hand and official seal this 10th day of January, 2019.

*Rochel Albert*

ROCHEL ALBERT, CSR
Notary Public, State of Florida at Large.  My commission expires September 4, 2021.  Bonded
COMMISSION # GG 102558

REPORTER'S DEPOSITION CERTIFICATE

I, ROCHEL ALBERT, Certified Shorthand Reporter, certify that I was authorized to and did stenographically report the foregoing deposition; that the foregoing transcript of said witness is a true and complete record of my stenographic notes of the deposition by said witness; and that this computer-assisted transcript was prepared under my supervision.

I further certify that I am not a relative, employee, attorney or counsel of any of the parties, nor am I a relative or employee of any of the parties, attorney or counsel connected with the action.

DATED this 10th day of January, 2019.

*Rochel Albert*

ROCHEL ALBERT, CSR
Notary Public, State of Florida at Large. My commission expires September 4, 2021. Bonded
COMMISSION # GG 102558