UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-20608-CIV-JAL/JG

ARWIN NICOLAS ZAPATA CARRERO and )
all others similarly situated under 29 U.S.C. )
216(b), )
)
)
         Plaintiffs, )
   vs. )
)
SANABI INVESTMENTS LLC d/b/a )
OSCAR'S MOVING & STORAGE, )
SAADY BIJANI a/k/a SANDY BIJANI, )
HANIN PRIETO, )
)
         Defendants. )
)

**DECLARATION OF ARWIN NICOLAS ZAPATA CARRERO**

*AZ* 1. My name is ARWIN NICOLAS ZAPATA CARRERO; I am over eighteen years of age; I live in the United States and I have personal knowledge of the matters set forth herein. I am mentally competent to sign this Declaration and do so freely, voluntarily and pursuant to my own free will. I affirm that the contents of this Declaration are true and correct and to the best of my belief.

*AZ* 2. I affirm that this document was translated in Spanish and that prior to signing this Declaration I confirmed with the translator that I fully understood the contents of this Declaration prior to executing same.

*AZ* 3. I am the Plaintiff in United States District Court, Southern District of Florida, *Arwin Nicolas Zapata Carrero and all others similarly situated under 29 U.S.C. 216(b) v. Sanabi Investments LLC d/b/a Oscar's Moving & Storage, Sandy Bijani, Hanin Prieto*, Case No.: 17-20608-CIV-JAL.

*AZ* Arwin Nicolas Zapata Carrero

4. I worked for the Defendants as a mover from on or about June 2006[1] through on or about February 10, 2017.

5. When any piece of furniture was damaged and/or allegedly damaged, said damages and/or alleged damages were deducted from my wages. As we worked in a moving crew, more often than not the damages and/or alleged damages were not as a result of my actions and regardless of same it negatively affected the total wages I received.

6. During the relevant time period, I witnessed the individual Defendant, Saady Bijani a/k/a Sandy Bijani, sign blank checks and then provide them to the individual Defendant, Hanin Prieto. The individual Defendant Hanin Prieto would then fill in the necessary information related to wages and hand out the checks to the various other employees; this was regularly the process in order to receive our wages.

7. If something was damaged on a job, Hanin Prieto would regularly determine the amount of money to be deducted from the employee's wages, if any.

8. On a daily basis, the individual Defendant, Hanin Prieto, would assign me and the other employees (i.e. other movers) to the assigned truck(s) and which employees would be assigned to which specific jobs.

9. The individual Defendant, Hanin Prieto, would regularly call me to see how I was doing with client(s) and then I would overhear the client(s) on the phone with the individual Defendant, Hanin Prieto, following up after talking on the phone with me.

10. If a new employee started, the individual Defendant Hanin Prieto would call me and ask me how the new employee was doing and to provide him with a status update.

---

[1] In the previously filed Affidavit [DE24-1] there was a scrivener's error with regards to the year I started working for Defendants which is corrected here.

Arwin Nicolas Zapata Carrero

AZ 11. To my knowledge, the individual Defendant Hanin Prieto had the authority to fire employees and I recall on once or twice witnessing the individual Defendant Hanin Prieto telling a co-worker that it was not working out and that he was terminated.

AZ 12. During the relevant time period, on a weekly basis, the individual Defendants, Saady Bijani a/k/a Sandy Bijani and Hanin Prieto, would conduct meetings with all the employees and in these meetings the individual Defendant, Hanin Prieto, would ask about specific employees and discipline any employees that did not have good quality work that week.

AZ 13. During the relevant time period, the individual Defendant, Hanin Prieto, would also make employees' schedules and assign us to our group.

FURTHER AFFIANT SAYETH NAUGHT.

DATED this 2 day of JAN, 2019.

**VERIFICATION**

Under the penalties of perjury, I herein verify and affirm that the above facts are true and correct:

_____
DECLARANT
ARWIN NICOLAS ZAPATA CARRERO

**INTERPRETER'S ACKNOWLEDGEMENT:**

On January 2, 2019, Lisa Novick, personally known to me, affirmed that the foregoing was translated from English to Spanish to the best of her ability.

_____
(Interpreter's signature)

_____
NOTARY PUBLIC / STAMP



Natalie Staroschak
COMMISSION #FF198424
EXPIRES: February 11, 2019
WWW.AARONNOTARY.COM

Page **3** of **3**

AZ  Arwin Nicolas Zapata Carrero