CASE NO:

1:17CV-20608-JAL

FILED BY _____ D.C.

FEB 08 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

# Sworn Affidavit

I Hanin Prieto hereby declare the following state under oath and under penalty of perjury that the following:

1. '1. On Monday February 4, 2019, they called me from my previous job to ask me if I knew of a partial judgment against me, and if I had not been assigned public attorney since it was authorized on December 14, 2018. As soon as I could, I went to my previous job where I was given a copy of the Order for Partial Judgment. This situation has me desperate for many reasons.
2. That I do not think that I should be even involved in this lawsuit. For the simple fact that I came to work in the company of Oscar Moving as an assistant four years ago when I arrived to this country.
3. I have more than a year and a half that I do not work in this company. As a matter of fact I work delivering shipments for Amazon to support my humbly support my family. I am in the United States for a political asylum because of the situation in my native country of Venezuela. Now, I find myself involved in a civil lawsuit against my former employer. Which I have tried comply as the court request until the trial in the hopes that all the proof shows the truth this being I have nothing to do with the defendants only that I worked with them for a short period of time.
4. I have always been willing to present my taxes and bank accounts in which you can see that I do not earn or have what an employee was supposed to earn at the level that I want to be held responsible for in this case.
5. The court granted me the permission of a public attorney, which I have never been able to obtain.
6. I made an attempt to notify the court on December 26, 2018 that would represent myself since I neither have money to hire a lawyer especially for something that has nothing to do with me and at the same time I wanted some time while waiting for a lawyer to be assigned to me.
7. Due to my limited English and with the help of a translator I have been able to read that the counterpart filed a motion against me for a partial ruling which I have never received and I have never been able to defend myself and in the same way they were able get a partial judgment against me.
8. Likewise, by this means I request the reconsideration of this ruling against me since I was not notified about the procedures of the same.

I am making this sworn declaration in Spanish with the help of a translator in hope that I am given the opportunity to be assigned a lawyer in order to defend my rights as this situation may ultimately affect my immigration process because I would be forced to file a bankruptcy if I am sound to be responsible for this matter.

HANIN PRIETO

I Vanessa Javier residing at 8245 NW 108 Ave Doral, Fl. 33178 hereby declare that I have translated this document to the best of my ability as translator. Certifying that the above document is accurate and precisely correct according to the original document submitted to me on the February 7, 2019.

_Vanessa Javier_
Vanessa Javier

State of FLORIDA  SS :
County of Miami Dade:

Before me, the undersigned notary public, this day, personally, appeared HANIN PRIETO to me known, who being duly sworn according to law, deposes the above written affidavit.

Subscribed and sworn to before me this ___8th___ day of __February__, 20_19_

_____ Notary Public          My Commission Expires: _12/16/20_

LISA A. BERMUDEZ
MY COMMISSION # GG 047840
EXPIRES: December 16, 2020
Bonded Thru Notary Public Underwriters

## DECLARACION JURADA

Yo Hanin Prieto, por medio de la presente declarar el siguiente estado bajo juramento y bajo pena de perjurio que los siguientes.

1. El día lunes 4 de febrero, 2019 me llamaron de mi empleo previo para preguntarme si yo sabía del fallo parcial en mi contra y que, si no me habían otorgado un abogado público ya que se me autorizo el día 14 de diciembre, 2018. En cuanto pude pase por el lugar de mi previo empleo donde se me dio una copia de la orden parcial. Esta situación me tiene desesperado por muchos motivos.
2. Que yo no creo que yo debería estar ni siquiera involucrado en esta demanda. Por el simple hecho que yo vine a trabajar en la empresa del Oscar Moving como ayudante hace cuatros años cuando llegué a este país.
3. Yo tengo más de un año y medio que no trabajo en esta empresa. De por si trabajo repartiendo envíos de Amazon para sostener mi familia humildemente ya que estoy en los estados unidos por un asilo político por la situación de mi país natal de Venezuela. Aun así, he tenido que verme involucrado en una demanda civil contra me antiguo empleador. Lo cual he tratado de seguir como pide la corte hasta el juicio con la esperanza de que salga a reducir la verdad que no tengo nada que ver con los demandados solo que trabaje con ellos por un corto plazo de tiempo.
4. Yo siempre he estado dispuesto presentar mis impuestos y cuentas bancarias en cual podrán ver que no gano ni tengo lo que se suponía que ganara un empleado al nivel del cual se me quiere responsabilizar a mí por motivo de esta demanda.
5. La corte me otorgo el permiso de un abogado publico el cual nunca he logrado obtener.
6. Hice un intento de avisarle a la corte el día 26 de diciembre, 2018 que me estaría representando solo ya que ni tengo dinero para contratar un abogado para algo que no me compite a mí. Y a la ves poder ganar tiempo esperando que se me asignara un abogado.
7. Por lo que puedo entender en mi poco inglés y con ayuda de un traductor que la contra parte presento una moción en mi contra para un fallo parcial el cual nunca he recibido ni nunca he podido defenderme. Y de la misma manera pudo conseguir un fallo parcial.
8. Al igual, por este medio solicito la reconsideración de este fallo en mi contra ya que yo no fui notificado sobre los procedimientos de la misma.
9. Estoy haciendo esta declaración jurada en español con la ayuda de un traductor con la esperanza de tener la oportunidad de que me asignen un abogado para defender mis derechos, ya que esta situación puede afectar mi proceso de inmigración porque me verían obligados a presentar una solicitud de quiebra si se me encuentra de ser responsable de este asunto.

_____
HANIN PRIETO

**Estado de Florida**
**Condado Miami Dade**

Ante mí, Lisa Bermudez Notario Publico en este día, personalmente, se me presentó como Hanin Prieto, quien, al haber sido debidamente juramentado de acuerdo con la ley, ha depuesto la declaración jurada escrita más arriba.

_____
Firma del Notary Public

LISA A. BERMUDEZ
MY COMMISSION # GG 047840
EXPIRES: December 16, 2020
Bonded Thru Notary Public Underwriters

Notary Public Nombre

12/16/20
Mi comisión vence:
(Notary Seal)