# AFFIDAVIT OF HANIN PRIETO IN RESPONSE OF OBJECTION
## CASE NO. 17-cv-20608-JA

FILED BY _____ D.C.

MAR 0 1 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

February 2019

Through the present I HANIN PRIETO give faith and declare under oath the following. On February 8, 2019 I Hanin Prieto submitted an affidavit to the court in this case. My statement was made with the intention that a partial ruling against me would be reconsidered being that I should not be a part of this because I am neither part of the administration nor the owners of this company. At the same time, I asked the honorable judge to assign me the defense lawyer that had been granted to me by court order. Because of the fact that this situation is causing me a lot of loss. As I repeat, I do not have much knowledge of the language, so I make my statements in Spanish and then I get translated to present it in the court.

After the fact that I was given a partial ruling and waiting for a response to my statement I had to be more aware of calling my old job to see if any documents had arrived for me. I was told that objection had come with my name, but I have not been able to retrieve it. I know that an objection was filed against my affidavit but at least it should have been sent to my address not to a place I haven't worked at for over a year. I have asked to be sent to me. I have not been able to review it with someone who translates it to me. But nevertheless, I know it was an objection. This frustrates me yet more because I do not have how to defend myself with these lawyers. What they want is to make a default to whoever they can. I am aware that the complaint against Sanabi is at a stand because they are in bankruptcy now. This is why they don't want me to get the lawyer that was granted to me by a court order in order to defend my rights. This situation is also causing me health problems, but still more desperation to see that although the court granted me an order for a lawyer, the opposing party objects to it just to obtain a ruling against me of something that I have neither part nor fact about the matter.

I do not understand because if I have always said and I maintain that I am not proper party to this action nor was I was registered agent and never even have employed or supervised anyone and the plaintiff knows that I was not their employer. Like them I also worked 40 hours as like everyone else. I neither speak nor read English, so if I had known the language I assure you that my situation would be different. Therefore, I do know that under Rule 60 (b) (4) of the Federal Rules of Civil Procedure, a judgment is null for lack of personal jurisdiction due to the lack of service of the process. In this case there are documents that I have not been served even when I have given my correct address. There are orders and documents that follow the federal process that I do not understand. So, I do not understand why I'm not assigned a lawyer to defend myself. I do not know what the counterpart's objection says. I have always stated that at no time was I an employer of the Plaintiff and under the Fair Labor Standards Act, so I did not have jurisdiction over myself because I was just another employee and I want my chance in the court of law to be able to affirm it

*[signature]*

HANIN PRIETO
9433 SW 41 STREET
APT 304
MIRAMAR, FL. 330125
PRO SE

---

**State of Florida**
**Miami Dade County**

Before me, the undersigned notary public, this day, personally, appeared HANIN PRIETO to me known, who being duly sworn according to law, deposes the above written affidavit.

Subscribed and sworn to before me this ___28th___ day of ___February___, 2019__.

_____ Notary Public    My Commission Expires:

LISA A. BERMUDEZ
MY COMMISSION # GG 047840
EXPIRES: December 16, 2020
Bonded Thru Notary Public Underwriters

12/16/20

## DECLARACION JURADA DE HANIN PRIETO EN REPUEST A OBJECION
## CASO NO. 17-cv-20608-JA

Febrero de 2019

Por medio de la presente yo. HANIN PRIETO doy fe y declaro bajo juramento lo siguiente. El dia 8 de febrero, 2019 yo Hanin Prieto le presente una declaración jurada a lo corte que manda en este caso. Mi declaración fue puesta con la intención de que se me reconsiderada un fallo parcial que se me había otorgado a mi nombre por este caso, que de por hecho no debería tener parte por no ser ni de la administración ni de los dueños de la misma. A la vez le pedí a la honorable juez que me accediera el abogado defensor que se me había concedido por orden judicial. Por hecho de que esta situación se me está haciendo mucho daño si necesidad. Como le repito no tengo mucho conocimiento del idioma por lo cual le hago mis declaraciones en español y luego consigo que se me traduzca para presentarla en la corte.

Después del hecho que se me puso un fallo parcial y en espera de una repuesta a mi declaración he tenido que estar más pendiente de estar llamando a mi antiguo trabajo para ver si llega algún documento para mí a ese lugar. Supe que había llegado una objeción con mi nombre, pero aun no la he visto. Consta que la objeción de la contra parte no se me mando a mi dirección aun yo haberle pedido que se hiciera, no lo he podido revisar con alguien que me lo traduzca. Sin embargo, sé que fue una objeción. Esto me frustra aún más porque no tengo como defender me con estos abogados lo que quieren es conseguir un fallo sea a quien sea. Sabiendo que la demanda de la empresa Sanabi está parada en una bancarrota ahora ni si quiera me dan el abogado que se me concedió por una orden de la corte para poder defender mis derechos. Esta situación me está causando problemas de salud, pero aún más desesperación a ver que a pesar que la corte me otorgado una orden para un abogado la contraparte se objeta a la misma solo por obtener un fallo contra mí de algo cual no tengo ni parte ni hecho sobre el asunto.

No entiendo porque si siempre he dicho y mantengo que yo no soy parte apropiada de esta demanda yo no soy ni fui agente registrado de Sanabi y nunca ni he empleado ni supervisado a nadie y el demandante sabe muy bien que no fui su empleador. Al igual yo también trabajaba 40 horas como todo los demás. Yo ni hablo ni leo las ingles por lo cual si lo hubiese sabido le aseguro que mi situación seria otra. Por lo tanto, yo si sé que bajo la Regla 60 (b) (4) de las Reglas Federales de Procedimiento Civil, un fallo es nulo por falta de jurisdicción personal debido a la falta de servicio del proceso. En este caso hay documentos que a mí no se me ha servido aun yo haberle dado mi dirección correcta. Hay órdenes y documentos que siguen proceso federal al cual yo no entiendo. Entonces, no entiendo porque no se me asigna un abogado para poder defenderme No sé lo que dice la objeción de la contraparte. Siempre he afirmado que en ningún momento fui un empleador del Demandante y en virtud de la Ley de normas laborales justas, por lo que no existe jurisdicción sobre mi porque era simplemente otro

empleado y quiero mi oportunidad en la corte de justicia de poderlo afirmar. Sin más que añadir.

_____
HANIN PRIETO
9433 SW 41 STREET
APT 304
MIRAMAR, FL. 33025
PRO SE

---

**Estado de Florida**
**Condado Miami Dade**

Ante mí, Lisa Bermudez Notario Publico en este día, personalmente, se me presentó como Hanin Prieto, quien, al haber sido debidamente juramentado de acuerdo con la ley, ha depuesto la declaración jurada escrita más arriba.

_____
Firma del Notary Public

LISA A. BERMUDEZ
MY COMMISSION # GG 047840
EXPIRES: December 16, 2020
Bonded Thru Notary Public Underwriters

_____
Notary Public Nombre

12/16/20
Mi comisión vence:
(Notary Seal)