| | United States District Court |
|---|---|
| | SOUTHERN DISTRICT OF FLORIDA - MIAMI DIVISION |

| | |
|---|---|
| ARWIN NICOLAS ZAPATA CARRERO and all others similarly situated under 29 U.S.C. 216(b),<br><br>        Plaintiff,<br>    vs.<br><br>SANABI INVESTMENTS LLC d/b/a OSCAR'S MOVING & STORAGE,<br>SAADY BIJANI a/k/a SANDY BIJANI,<br>HANIN PRIETO<br>        Defendants. | PLAINTIFF'S WITNESS LIST<br><br>CASE NO.: CASE NO.: 17-20608-CIV-JAL |

| PRESIDING JUDGE<br>HONORABLE<br>JUDGE JOAN A. LENARD | PLAINTIFFS' ATTORNEY<br>J.H. ZIDELL, ESQ.<br>J.H. ZIDELL, P.A.<br>300 71st STREET<br>SUITE 605<br>MIAMI BEACH, FL 33141<br>TEL: 305-865-6766<br>FAX: 305-865-7167 | DEFENDANTS' ATTORNEY<br>JASON B. SHERRY<br>SHERRY LAW OFFICE, PLLC<br>200 SE 1ST STREET, SUITE 400<br>MIAMI, FLORIDA 33131<br>TEL:305-792-4265<br>EMAIL:<br>JASON@SHERRYLAWOFFICE.COM |
|---|---|---|
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO | DEF. NO | DATE OFFERED | MARKED | ADMITTED | "LIST OF WITNESSES" |
|---|---|---|---|---|---|
| | | | | | **WITNESSES INTEND TO CALL** |
| 1 | | | | | Defendant, HANIN PRIETO<br>c/o Defense Counsel. 90 SW 3RD Street, 700B, Miami, FLORIDA 33130<br>(305) 926-9452<br>*Intend to call* |
| 2 | | | | | Susana Bijani; 11255 NW 77TH Terrace<br>Miami, FL 33178<br>*Intend to call* |
| 3 | | | | | Huber Polanco; 8701 SW 141 Street, Apt. F6, Palmetto Bay, FL 33176; (305) 497-0165.<br>*Intend to call* |
| 4 | | | | | Jose Huntado; 10805 SW 4th Street, Miami, FL 33174; 786-523-4104.<br>*Intend to call* |
| 5 | | | | | Plutarco Ricardo Zapata; 141 SW 113 Avenue, Apt 103, Miami FL 33174; 786-237-8040.<br>*Intend to call* |

| # | | | | Description |
|---|---|---|---|---|
| 6 | | | | Luis De Castro; 2655 West 8th Court, Hialeah FL 33010; 619-452-9506. *Intend to call* |
| 7 | | | | 30(b)(6) - Corporate Rep SANABI INVESTMENTS LLC d/b/a OSCAR'S MOVING & STORAGE; 11421 NW 107th Street, Suite #13 Miami, FL 33178 *Intend to call* |
| 8 | | | | SAADY BIJANI a/k/a SANDY BIJANI; 11421 NW 107th Street, Suite #13 Miami, FL 33178 *Intend to call* |
| 9 | | | | Plaintiff, ARWIN NICOLAS ZAPATA CARRERO c/o Plaintiff Counsel; 300 71st Street, Suite 605, Miami Beach, FL 33141 305-865-6766 *Intend to call.* |