UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-20608-CIV-LENARD/GOODMAN

ARWIN NICOLAS ZAPATA CARRERO,

   Plaintiff,

vs.

SANABI INVESTMENTS, LLC d/b/a
OSCAR'S MOVING & STORAGE,
SAADY BIJANI a/k/a SANDY BIJANI,
and HANIN PRIETO,

   Defendants.
_____/

**DEFENDANT HANIN PRIETO'S WITNESS LIST**

Defendant Hanin Prieto ("Defendant") respectfully submits this Witness List pursuant to this Court's May 2, 2018 Order Adopting Joint Scheduling Report, Setting Pretrial Conference and Trial, Establishing Pretrial Deadlines, and Establishing Pretrial and Trial Procedures. *See* ECF No. 97.

   I.   WITNESSES DEFENDANT INTENDS TO CALL AT TRIAL:

     a) Defendant Hanin Prieto
        c/o Sherry Law Office PLLC
        200 SE 1st St., Ste. 400
        Miami, FL 33131

     b) Plaintiff Arwin Nicolas Zapata Carrero
        c/o J.H. Zidell, P.A.
        300 71st St., Ste. 605
        Miami Beach, FL 33141



    c) Saady Bijani
       11421 NW 107th St., Ste. 13
       Miami, FL 33178

    d) Jonatan Ellie
       786-817-5816
       Address Unknown

    e) Sandy Vargas
       305-450-2764
       Address Unknown

II.    WITNESSES DEFENDANT MAY CALL AT TRIAL:

    a) Susana Bijani
       11255 NW 77th Terrace
       Miami, FL 33178

    b) Huber Polanco
       8701 SW 141st St., Apt. F6
       Palmetto Bay, FL 33176

    c) Jose Huntado
       10805 SW 4th St.
       Miami, FL 33174

    d) Plutarco Ricardo Zapata
       141 SW 113th Avenue, Apt. 103
       Miami, FL 33174

    e) Luis de Castro
       2655 West 8th Court
       Hialeah, FL 33010

Respectfully submitted,

By: /s/ *Jason B. Sherry*
Jason B. Sherry, Esq.
Florida Bar No. 102218
SHERRY LAW OFFICE, PLLC
200 SE 1st Street, Suite 400
Miami, Florida 33131
Tel: 305-792-4265
jason@sherrylawoffice.com



**CERTIFICATE OF SERVICE**

I certify that the foregoing document has been served by the CM/ECF service on all counsel of record this 10th day of June 2019.

By: /s/ *Jason B. Sherry*
Jason B. Sherry, Esq.

