UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-20608-CIV-JAL

ARWIN NICOLAS ZAPATA CARRERO and )
all others similarly situated under 29 U.S.C.    )
216(b),                                                       )
                                                                   )
                       Plaintiffs,                          )
          vs.                                                 )
                                                                   )
SANABI INVESTMENTS LLC d/b/a                  )
OSCAR'S MOVING & STORAGE,                    )
SAADY BIJANI a/k/a SANDY BIJANI,         )
HANIN PRIETO,                                         )
                                                                   )
                       Defendants.                        )
_____ )

## JOINT STATEMENT OF THE CASE

Plaintiff Arwin Nicolas Zapata Carrero filed a complaint against Defendant Hanin Prieto

on February 16, 2017, claiming he was not paid overtime wages in violation of 29 U.S.C. 216(b).

Mr. Zapata alleges that Mr. Prieto acted as his employer while both men were employed as

movers at a company called Oscar's Moving & Storage. Plaintiff alleges that Mr. Prieto is liable

for his unpaid overtime wages.

Dated this 12th day of June, 2019.

Respectfully Submitted.


J. H. ZIDELL, P.A.                                    SHERRY LAW OFFICE, PLLC
Attorneys For Plaintiff                             Attorney for Defendant Hanin Prieto
300-71ST Street, Suite 605                     200 SE 1st Street, Suite 400
Miami Beach, Florida 33141                   Miami, Florida 33131
PH: 305-865-6766                                  PH: 305-792-4265
FAX: 305-865-7167                                Email: Jason@sherrylawoffice.com
email: nstar.zidellpa@gmail.com

BY: _/s/ Natalie Staroschak, Esq.           BY: _/s/ Jason B. Sherry, Esq.

Natalie Staroschak, Esquire
Florida Bar No. 116745

Jason B. Sherry, Esquire
Florida Bar No. 102218