# United States District Court

## SOUTHERN DISTRICT OF FLORIDA – MIAMI DIVISION

| ARWIN NICOLAS ZAPATA CARRERO and all others similarly situated under 29 U.S.C. 216(b),<br><br>        Plaintiff,<br>vs.<br><br>SANABI INVESTMENTS LLC d/b/a OSCAR'S MOVING & STORAGE,<br>SAADY BIJANI a/k/a SANDY BIJANI,<br>HANIN PRIETO<br>        Defendants. | PLAINTIFF'S EXHIBIT LIST<br><br>CASE NO.: CASE NO.: 17-20608-CIV-JAL |
|---|---|
| PRESIDING JUDGE<br><br>HONORABLE<br>JUDGE JOAN A. LENARD | PLAINTIFFS' ATTORNEY<br>J.H. ZIDELL, ESQ.<br>J.H. ZIDELL, P.A.<br>300-71ST STREET<br>SUITE 605<br>MIAMI BEACH, FL 33141<br>305-865-6766<br>FAX: 305-865-7167 | DEFENDANT'S ATTORNEY<br>MARK SCHWEIKERTO, ESQ.<br>ATTORNEY FOR HANIN PRIETO<br>SCHWIKERT LAW<br>90 SW 3RD STREET, 700B<br>MIAMI, FLORIDA 33130<br>(305) 926-9452<br>MARK@SCHWEIKERTLAW.COM |
| TRIAL DATE(S) | | |

| PLF. NO | DEF. NO | DEF OBJECTIONS | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|---|
| 1 | | A, I, H, R, UP | | | | Plaintiff's Mathematical Calculation of Damages, redacted as to liquidated damages, attorneys' fees/costs (demonstrative aid). (Pages 1-3) |
| 2 | | H, I, R, UP | | | | Defendant's responses to Plaintiff's First Request for Production (Pages 1-20) |
| 3 | | H, I, R, UP | | | | Defendant's Response to Plaintiff's First Set of Interrogatories (Pages 1-6) |
| 4 | | | | | | Defendant Prieto's Supplemental Responses to Plaintiff's First Set of Interrogatories (Pages 1-3) |
| 5 | | H, I, R, UP | | | | Defendant's Responses to Plaintiff's First Request for Admissions (Pages 1-5) |
| 6 | | H, I, R, UP | | | | Defendant's Responses to Plaintiff's Supplemental Request for Production (Pages 1-25) |
| 7 | | H, I, R, UP | | | | Bijani's Supplemental Responses to 1st Request for Production (Pages 1-5) |
| 8 | | H | | | | Defendant Prieto's Supplemental Responses to Plaintiff's First Request for Production (Pages 1-5) |

| | | | | | |
|---|---|---|---|---|---|
| 9 | | | | | Defendant Prieto's Responses to Plaintiff's Supplemental Interrogatories (Pages 1-3) |
| 10 | A, H, I, R, UP | | | | Text Conversations between Bijani and Plaintiff (Pages 1-129) |
| 11 | A, H, I, R, UP | | | | Defendant's Documents Responsive to Plaintiffs First Request for Production (Pages 1-5) |
| 12 | A, H, I, R, UP | | | | Plaintiff Pay Checks (Pages 1 - 38  ) |
| 13 | A, H, I, R, UP | | | | Defendants Bill of Lading's (Pages 1 - 149) |
| 14 | A, H, I, R, UP | | | | Plaintiff Photos (Pages 1-9) |
| 15 | A, H, I, R, UP | | | | Defendants Electronic Notes regarding daily jobs (Pages 1 – 29) |
| 16 | A, H, I, R, UP | | | | Online Review from Defendant customer regarding Plaintiff |
| 16 | | | | | PLAINTIFF RESERVES THE RIGHT TO INTRODUCE ANY DOCUMENTS PRODUCED DURING DISCOVERY IN THIS CASE. |
| 17 | | | | | PLAINTIFF RESERVES THE RIGHT TO INTRODUCE ANY EXHIBITS LISTED ON DEFENDANT'S EXHIBIT LIST, WITHOUT WAIVING ANY OBEJCTIONS. |
| 18 | | | | | PLAINTIFF RESERVES THE RIGHT TO INTRODUCE ANY EXHIBITS IN ANY DEPOSITIONS TAKEN IN THIS CASE. |
| 19 | | | | | ALL REBUTTAL AND IMPEACHMENT EXHIBITS. |