| United States District Court |||
|---|---|---|
| SOUTHERN DISTRICT OF FLORIDA – MIAMI DIVISION |||
| ARWIN NICOLAS ZAPATA CARRERO and all others similarly situated under 29 U.S.C. 216(b),<br><br>         Plaintiff,<br>   vs.<br><br>SANABI INVESTMENTS LLC d/b/a OSCAR'S MOVING & STORAGE,<br>SAADY BIJANI a/k/a SANDY BIJANI,<br>HANIN PRIETO<br>         Defendants. || DEFENDANT PRIETO'S EXHIBIT LIST<br><br>CASE NO.: CASE NO.: 17-20608-CIV-JAL |
| PRESIDING JUDGE<br><br>HONORABLE<br>JUDGE JOAN A. LENARD | PLAINTIFFS' ATTORNEY<br>J.H. ZIDELL, ESQ.<br>J.H. ZIDELL, P.A.<br>300-71ST STREET<br>SUITE 605<br>MIAMI BEACH, FL 33141<br>305-865-6766<br>FAX: 305-865-7167 | DEFENDANT'S ATTORNEY<br>MARK SCHWEIKERTO, ESQ.<br>ATTORNEY FOR HANIN PRIETO<br>SCHWIKERT LAW<br>90 SW 3RD STREET, 700B<br>MIAMI, FLORIDA 33130<br>(305) 926-9452<br>MARK@SCHWEIKERTLAW.COM |
| TRIAL DATE(S) |||

| PLF. NO | DEF. NO | PLAINTIFF OBJECTIONS | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|---|
|  | 1 | UP, I, H |  |  |  | Payroll Itemization of Arwin Zapata |
|  | 2 | R, I, H |  |  |  | Defendant Hanin Prieto's 2015 Tax Return |
|  | 3 | R,H,I |  |  |  | Defendant Hanin Prieto's 2016 Tax Return |
|  | 4 | R,H,I |  |  |  | Defendant Hanin Prieto's 2017 Tax Return |
|  | 5 | R,H,I |  |  |  | Defendant Hanin Prieto's 2018 Tax Return |
|  |  |  |  |  |  | DEFENDANT PRIETO RESERVES THE RIGHT TO INTRODUCE ANY DOCUMENTS PRODUCED DURING DISCOVERY IN THIS CASE. |
|  |  |  |  |  |  | DEFENDANT PRIETO RESERVES THE RIGHT TO INTRODUCE ANY EXHIBITS LISTED ON PLAINTIFF'S EXHIBIT LIST, WITHOUT WAIVING ANY OBEJCTIONS. |
|  |  |  |  |  |  | DEFENDANT PRIETO RESERVES THE RIGHT TO INTRODUCE ANY EXHIBITS IN ANY DEPOSITIONS TAKEN IN THIS CASE. |
|  |  |  |  |  |  | ALL REBUTTAL AND IMPEACHMENT EXHIBITS. |