UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-20608-CIV-O'SULLIVAN

[CONSENT]

ARWIN NICOLAS ZAPATA CARRERO,

    Plaintiff,

v.

SANABI INVESTMENTS LLC d/b/a
OSCAR'S MOVING & STORAGE,
SAADY BIJANI a/k/a SANDY BIJANI,
HANIN PRIETO,

    Defendants.
_____/

**ORDER**[1]

THIS MATTER is before the Court following a status hearing on July 2, 2019. For the reasons stated on the record, it is

ORDERED AND ADJUDGED that no later than July 2, 2019, the parties shall file joint proposed jury instructions and proposed verdict forms. The joint proposed jury instructions shall indicate any objections by either party to any instruction. The parties shall submit a copy of the joint proposed jury instructions and proposed verdict forms as attachments, in Word or WordPerfect format, to O'Sullivan@flsd.uscourts.gov. It is further

ORDERED AND ADJUDGED that the Plaintiff's Motion to Strike Defendants' Trial Witnesses and Exhibits (DE# 175, 6/25/19) is **GRANTED in part and DENIED in part**. The tax returns are excluded from trial. The Court will reserve ruling on whether the tax returns may be used on rebuttal. It is further

---

[1] This case is stayed as to defendants Sanabi Investments LLC and Saady Bijani who are in bankruptcy proceedings.

ORDERED AND ADJUDGED that on or before **Tuesday, July 23, 2019**, the defendant shall provide to the plaintiff a detailed summary of the testimony of Jonatan Ellie and Sandy Vargas. The parties shall notify each other no later than **Tuesday, July 30, 2018** whether either party wishes to depose Mr. Ellie and/or Ms. Vargas. The depositions shall take place no later than **Tuesday, August 13, 2019**.

DONE AND ORDERED in Chambers at Miami, Florida this **2nd** day of July, 2019.

_____
JOHN J. O'SULLIVAN
CHIEF UNITED STATES MAGISTRATE JUDGE