UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-20608-CIV-O'SULLIVAN

[CONSENT]

ARWIN NICOLAS ZAPATA CARRERO )
and all others similarly situated under 29 )
U.S.C. 216(b), )
)
        Plaintiffs, )
vs. )
)
SANABI INVESTMENTS LLC d/b/a )
OSCAR'S MOVING & STORAGE, )
SAADY BIJANI a/k/a SANDY BIJANI, )
)
        Defendants. )
_____ )

## NOTICE OF FILING

**COME(S) NOW** the undersigned counsel and notices the Court of the following filing:

1. Defendant Saady Bijani's Response to Motion to Lift Stay with bankruptcy documentation.

**Respectfully submitted this 28th day of May, 2020,**

    **NATALIE STAROSCHAK, ESQ.**
    **J.H. ZIDELL, P.A.**
    **ATTORNEY FOR PLAINTIFF**
    **300 71ST STREET, #605**
    **MIAMI BEACH, FL 33141**
    **PH: 305-865-6766**
    **FAX: 305-865-7167**
    **EMAIL: NSTAR.ZIDELLPA@GMAIL.COM**
    **F.B.N. 116745**

    **BY:___/s/___Natalie Staroschak_____**
          **NATALIE STAROSCHAK, ESQ.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS PROVIDED VIA CM/ECF AND VIA U.S. MAIL ON 5/28/2020 TO:

ALL CM/ECF REGISTRANTS

MARK A. SCHWEIKERT,
SCHWEIKERT LAW
90 SW 3RD ST. 700B
MIAMI, FL 33130
MARK@SCHWEIKERTLAW.COM

SANABI INVESTMENTS LLC
11421 N.W. 107TH STREET
SUITE 13
MIAMI, FL 33178
305-304-8164
SABIJANI@GMAIL.COM

SAADY BIJANI
11255 NW 77th TERRACE
MIAMI, FL 33178
305-304-8164
SABIJANI@GMAIL.COM

JASON BENNETT SHERRY
200 SE 1st St., Ste 400
MIAMI, FL 33131
305-792-4265
JASON@SHERRYLAWOFFICE.COM

BY: /s/ Natalie Staroschak
NATALIE STAROSCHAK, ESQ.