UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-20608-CIV-JAL

ARWIN NICOLAS ZAPATA CARRERO

and all others similarly situated under 29 U.S.C. 216(b), Plaintiffs,

vs.

SANABI INVESTMENTS LLC d/b/a OSCAR'S MOVING & STORAGE

and SANDY BIJANI,1 Defendants.

<u>Defendant Saady Bijani's Required Response to Order Requiring Response to Plaintiff's Motion to Lift Stay</u>

COMES NOW defendant Saady Bijani in filing the required response to the Order on Plaintiff's Motion to Lift Stay (DE 192 Order DE 190 Motion)

Defendant has been unable to work in part since the conversion of the Sanabi Investment LLC being converted to a receivership and subsequently to Chapter 7 under trustee Robert Aguiera, see case Southern District of Florida US Bankruptcy court case 18-16699-LMI. Said Receivership commenced under an order (DE 161 of 7/3/19) and said Conversion commenced (DE178 7/17/19)

Not withstanding this chain of events, Debtor, Bijani started an exhaustive search for full time employment ultimately securing minimal part time work to support his minor child, his parents and family member who also lost their employment as a result of the receivership.

Debtor also worked with Trustee Anguiera on an exhaustive global settlement of all claims and accounts against Sanabi and himself as its president , said settlement was arrived at in early 2020 and was filed in



the case under (DE259 2/14/20) and the Order approving same was uploaded (DE265 3/13/20)

Suffice it to say that instantly during and after the settlement was negotiated and effectuated for all creditors and claims the Covid 19 Pandemic financially destroyed any remote possibility or potentiality to engage and secure competent Legal Counsel to represent the debtor in any case and as a result of the Global Shutdown , all potential employment sources dried up leaving the Defendant bereft of any way to support himself or family.

No Stimuli is available to the defendant or his former corporation from the CARES ACT and the defendant has been distracted with the mere requirement to feed his toddler son.

Accordingly, the Defendant believes that the Composite Global Settlement arrived at and filed in the Chapter 7 case precluded any independent action against its former President, the Defendant in this case.

As the Trustee exhaustively examined all books and records of the Defendant's former Company, there was no evidence that the Plaintiff worked directly for the Defendant  as an individual and in fact the examination proved he was an employee of the former company .

Plaintiff has not perfected service on the Defendant having served Defendant at an address other than his established long term residence and as a result Defendant asks the Default Judgment to be set aside in favor of enforcement of the Global Settlement which as a result of the liquidation of the Defendant's former company provides some relief pro rata in the liquidation efforts.

Defendant hereby complies with the Courts Requirement for Response in the above statement.

Defendant is ready, willing and able to participate in any discussions which may effectuate provisions of

the settlement to this Plaintiff

Saady N Bijani PRO SE

CONVERTED

# U.S. Bankruptcy Court
## Southern District of Florida (Miami)
### Bankruptcy Petition #: 18-16699-LMI

| | |
|---|---|
| *Date filed:* | 06/01/2018 |
| *Date converted:* | 07/17/2019 |
| *341 meeting:* | 08/27/2019 |
| *Deadline for filing claims:* | 10/03/2019 |
| *Deadline for filing claims (govt.):* | 01/21/2020 |

*Assigned to:* Laurel M Isicoff
Chapter 7
Previous chapter 11
Original chapter 11
Voluntary
Asset

**Debtor**
**Sanabi Investments, L.L.C.**
11421 NW 107th St
Ste 13
Miami, FL 33178-4065
MIAMI-DADE-FL
Tax ID / EIN: 27-0964783
*dba* **Oscar's Moving & Storage**

represented by **Sanabi Investments, L.L.C.**
PRO SE

**Chad T Van Horn**
330 N Andrews Ave #450
Ft Lauderdale, FL 33301
954-765-3166
Fax : 954-756-7103
Email: Chad@cvhlawgroup.com
*TERMINATED: 06/28/2019*

**Trustee**
**Robert A Angueira**
16 SW 1st Avenue
Miami, FL 33130
305-263-3328

represented by **Yanay Galban**
Robert A. Angueira, P.A.
16 SW 1st Avenue
Miami, FL 33130
305-263-3328
Email: yanay@rabankruptcy.com

**U.S. Trustee**
**Office of the US Trustee**
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130
(305) 536-7285

represented by **Steven D Schneiderman**
Office of the US Trustee
51 SW 1 Ave #1204
Miami, FL 33130
(305) 536-7285
Fax : (305) 536-7360
Email: Steven.D.Schneiderman@usdoj.gov

**Charles R Sterbach**
Assistant US Trustee
Office of the US Trustee
51 SW 1 Ave #1204
Miami, FL 33130
Email: Charles.r.sterbach@usdoj.gov

| Filing Date | # | Docket Text |
|---|---|---|
| 06/01/2018 | 1 | Chapter 11 Voluntary Petition . [Fee Amount $1717] (Van |

| | | |
|---|---|---|
| | (7 pgs) | Horn, Chad) (Entered: 06/01/2018) |
| 06/01/2018 | 1 | Receipt of Voluntary Petition (Chapter 11)(18-16699) [misc,volp11a] (1717.00) Filing Fee. Receipt number 32170943. Fee amount 1717.00. (U.S. Treasury) (Entered: 06/01/2018) |
| 06/01/2018 | 2 (2 pgs) | List of Twenty Largest Unsecured Creditors Filed by Debtor Sanabi Investments, L.L.C.. (Van Horn, Chad) (Entered: 06/01/2018) |
| 06/01/2018 | 3 (2 pgs) | Disclosure of Compensation by Attorney Chad T Van Horn. (Van Horn, Chad) (Entered: 06/01/2018) |
| 06/01/2018 | 4 (1 pg) | Equity Security Holders Filed by Debtor Sanabi Investments, L.L.C.. (Van Horn, Chad) (Entered: 06/01/2018) |
| 06/01/2018 | 5 (1 pg) | Corporate Ownership Statement Filed by Debtor Sanabi Investments, L.L.C.. (Van Horn, Chad) (Entered: 06/01/2018) |
| 06/04/2018 | 6 (3 pgs) | Order Scheduling Initial Chapter 11 Status Conference . Status hearing to be held on 06/19/2018 at 10:30 AM at C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 8 (LMI), Miami, FL 33128. (Skinner-Grant, Sheila) (Entered: 06/04/2018) |
| 06/04/2018 | 7 (2 pgs) | Notice of Incomplete Filings Due. Summary of Your Assets and Liabilities and Certain Statistical Information due 6/15/2018. Schedule D due 6/15/2018. Schedule E/F due 6/15/2018. Schedule G due 6/15/2018. Schedule H due 6/15/2018.Statement of Financial Affairs Due 6/15/2018.Declaration Concerning Debtors Schedules Due: 6/15/2018. [Incomplete Filings due by 6/15/2018]. (Skinner-Grant, Sheila) (Entered: 06/04/2018) |
| 06/06/2018 | 8 (3 pgs) | BNC Certificate of Mailing (Re: 7 Notice of Incomplete Filings Due. Summary of Your Assets and Liabilities and Certain Statistical Information due 6/15/2018. Schedule D due 6/15/2018. Schedule E/F due 6/15/2018. Schedule G due 6/15/2018. Schedule H due 6/15/2018.Statement of Financial Affairs Due 6/15/2018.Declaration Concerning Debtors Schedules Due: 6/15/2018. [Incomplete Filings due by 6/15/2018].) Notice Date 06/06/2018. (Admin.) (Entered: 06/07/2018) |
| 06/07/2018 | 9 (2 pgs) | Notice of Appearance and Request for Service by Howard S Toland Filed by Creditor Newtek Small Business Finance, LLC. (Toland, Howard) (Entered: 06/07/2018) |
| 06/08/2018 | 10 (2 pgs) | Notice of Meeting of Creditors. Meeting of Creditors to be Held on 7/9/2018 at 11:00 AM at 51 SW First Ave Room 1021, Miami. Deadline to File a Complaint to Determine |

| | | |
|---|---|---|
| | | Dischargeability of Certain Debts is 9/7/2018. Proofs of Claim due by 10/9/2018. (Skinner-Grant, Sheila) (Entered: 06/08/2018) |
| 06/10/2018 | 11 (3 pgs) | BNC Certificate of Mailing (Re: 10 Notice of Meeting of Creditors. Meeting of Creditors to be Held on 7/9/2018 at 11:00 AM at 51 SW First Ave Room 1021, Miami. Deadline to File a Complaint to Determine Dischargeability of Certain Debts is 9/7/2018. Proofs of Claim due by 10/9/2018.) Notice Date 06/10/2018. (Admin.) (Entered: 06/11/2018) |
| 06/12/2018 | 12 (6 pgs) | Application to Employ Chad T. Van Horn, Esq. and Van Horn Law Group, P.A. as Counsel for Debtor [Affidavit Attached] Filed by Debtor Sanabi Investments, L.L.C.. (Van Horn, Chad) (Entered: 06/12/2018) |
| 06/12/2018 | 13 (1 pg) | Notice of Hearing (Re: 12 Application to Employ Chad T. Van Horn, Esq. and Van Horn Law Group, P.A. as Counsel for Debtor [Affidavit Attached] Filed by Debtor Sanabi Investments, L.L.C.. (Van Horn, Chad)) Hearing scheduled for 06/19/2018 at 10:30 AM at C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 8 (LMI), Miami, FL 33128. (Sanabria, Noemi) (Entered: 06/12/2018) |
| 06/12/2018 | 14 (2 pgs) | Certificate of Service by Attorney Chad T Van Horn (Re: 12 Application to Employ Chad T. Van Horn, Esq. and Van Horn Law Group, P.A. as Counsel for Debtor [Affidavit Attached] filed by Debtor Sanabi Investments, L.L.C., 13 Notice of Hearing). (Van Horn, Chad) (Entered: 06/12/2018) |
| 06/12/2018 | 15 (2 pgs) | Certificate of Service by Attorney Chad T Van Horn (Re: 6 Order Setting Status Hearing/Conference). (Van Horn, Chad) (Entered: 06/12/2018) |
| 06/13/2018 | 16 | Notice to Filer of Apparent Filing Deficiency: **Incorrect PDF Image Attached to the Docket Entry. Docket entry numbers are incorrect. THE FILER IS DIRECTED TO REFILE OR FILE AN AMENDED DOCUMENT WITHIN TWO BUSINESS DAYS.** (Re: 14 Certificate of Service by Attorney Chad T Van Horn (Re: 12 Application to Employ Chad T. Van Horn, Esq. and Van Horn Law Group, P.A. as Counsel for Debtor [Affidavit Attached] filed by Debtor Sanabi Investments, L.L.C., 13 Notice of Hearing). (Van Horn, Chad)) (Skinner-Grant, Sheila) (Entered: 06/13/2018) |
| 06/13/2018 | 17 (2 pgs) | Amended Document To Reflect Correct Docket Entry Numbers Filed by Debtor Sanabi Investments, L.L.C. (Re: 14 Certificate of Service filed by Debtor Sanabi Investments, L.L.C.). (Van Horn, Chad) (Entered: 06/13/2018) |
| 06/13/2018 | 18 | Expedited Motion for Clarification of the Automatic Stay Filed |

| | | |
|---|---|---|
| | (5 pgs) | by Debtor Sanabi Investments, L.L.C.. (Van Horn, Chad) (Entered: 06/13/2018) |
| 06/13/2018 | 19 (6 pgs) | Supplement Filed by Debtor Sanabi Investments, L.L.C. (Re: 18 Expedited Motion for Clarification of the Automatic Stay filed by Debtor Sanabi Investments, L.L.C.). (Van Horn, Chad) (Entered: 06/13/2018) |
| 06/14/2018 | 20 (1 pg) | Notice of Hearing (Re: 18 Expedited Motion for Clarification of the Automatic Stay Filed by Debtor Sanabi Investments, L.L.C.. (Van Horn, Chad)) Hearing scheduled for 06/27/2018 at 01:30 PM at C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 8 (LMI), Miami, FL 33128. (Sanabria, Noemi) (Entered: 06/14/2018) |
| 06/15/2018 | 21 (2 pgs) | Amended Certificate of Service by Attorney Chad T Van Horn (Re: 18 Expedited Motion for Clarification of the Automatic Stay filed by Debtor Sanabi Investments, L.L.C., 19 Supplemental Document filed by Debtor Sanabi Investments, L.L.C., 20 Notice of Hearing). (Van Horn, Chad) Modified on 6/15/2018**To edit text** (Skinner-Grant, Sheila). (Entered: 06/15/2018) |
| 06/15/2018 | 22 (5 pgs) | Ch 11 Case Management Summary Filed by Debtor Sanabi Investments, L.L.C.. (Van Horn, Chad) (Entered: 06/15/2018) |
| 06/15/2018 | 23 (29 pgs; 2 docs) | Initial Schedules Filed: [Summary of Your Assets/Liabilities,Schedule A/B,Schedule D,Schedule E/F,Schedule G,Schedule H,Statement of Financial Affairs,Declaration re Schedules,] [Fee Amount $31] Filed by Debtor Sanabi Investments, L.L.C.. (Attachments: # 1 Local Form 4) (Van Horn, Chad) (Entered: 06/15/2018) |
| 06/15/2018 | | Receipt of Schedules and Statements Filed(18-16699-LMI) [misc,schsia] ( 31.00) Filing Fee. Receipt number 32251845. Fee amount 31.00. (U.S. Treasury) (Entered: 06/15/2018) |
| 06/15/2018 | 24 (2 pgs) | List of Twenty Largest Unsecured Creditors *(Amended)* Filed by Debtor Sanabi Investments, L.L.C.. (Van Horn, Chad) (Entered: 06/15/2018) |
| 06/20/2018 | 25 | Statement Adjourning Meeting of Creditors Filed by U.S. Trustee Office of the US Trustee (Re: 10 Meeting of Creditors Chapter 11). 341(a) Meeting Continued to 7/12/2018 at 01:30 PM at 51 SW First Ave Room 1021, Miami. (^UST12, KES) (Entered: 06/20/2018) |
| 06/21/2018 | 26 (2 pgs) | Certificate of Service by Attorney Chad T Van Horn (Re: 25 Statement Adjourning Meeting of Creditors filed by U.S. Trustee Office of the US Trustee). (Van Horn, Chad) (Entered: 06/21/2018) |

| 06/22/2018 | ➲ 27 (3 pgs) | Order Approving Debtor-In-Possession's Application to Employ Chad Van Horn (Re: # 12) (Skinner-Grant, Sheila) (Entered: 06/22/2018) |
|---|---|---|
| 06/22/2018 | ➲ 28 (15 pgs) | Motion to Use Cash Collateral , Motion for Adequate Protection *Nunc Pro Tunc to June 1, 2018* Filed by Debtor Sanabi Investments, L.L.C.. (Van Horn, Chad) (Entered: 06/22/2018) |
| 06/25/2018 | ➲ 29 (1 pg) | Notice of Hearing (Re: 28 Motion to Use Cash Collateral , Motion for Adequate Protection *Nunc Pro Tunc to June 1, 2018* Filed by Debtor Sanabi Investments, L.L.C. (Van Horn, Chad)) Hearing scheduled for 06/28/2018 at 03:00 PM at C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 8 (LMI), Miami, FL 33128. (Sanabria, Noemi) (Entered: 06/25/2018) |
| 06/26/2018 | ➲ 30 (3 pgs) | Certificate of Service Filed by Debtor Sanabi Investments, L.L.C. (Re: 27 Order on Application to Employ). (Van Horn, Chad) (Entered: 06/26/2018) |
| 06/26/2018 | ➲ 31 (3 pgs) | Certificate of Service Filed by Debtor Sanabi Investments, L.L.C. (Re: 28 Motion to Use Cash Collateral filed by Debtor Sanabi Investments, L.L.C., Motion for Adequate Protection *Nunc Pro Tunc to June 1, 2018*, 29 Notice of Hearing). (Van Horn, Chad) (Entered: 06/26/2018) |
| 06/26/2018 | ➲ 32 (2 pgs) | Notice to Withdraw Document Filed by Debtor Sanabi Investments, L.L.C. (Re: 18 Motion for Clarification of the Automatic Stay). (Van Horn, Chad) (Entered: 06/26/2018) |
| 06/28/2018 | ➲ 33 (3 pgs) | Notice of Filing *Amended Projected Budget* by Attorney Chad T Van Horn (Re: 28 Motion to Use Cash Collateral filed by Debtor Sanabi Investments, L.L.C., Motion for Adequate Protection *Nunc Pro Tunc to June 1, 2018*). (Van Horn, Chad) (Entered: 06/28/2018) |
| 06/28/2018 | ➲ 34 (6 pgs) | Notice of Filing *Amended Proposed Agreed Order Granting Motion to Use Cash Collateral* by Attorney Chad T Van Horn (Re: 28 Motion to Use Cash Collateral filed by Debtor Sanabi Investments, L.L.C., Motion for Adequate Protection *Nunc Pro Tunc to June 1, 2018*). (Van Horn, Chad) (Entered: 06/28/2018) |
| 06/29/2018 | ➲ 35 (25 pgs; 4 docs) | Notice of Filing , Filed by Creditor Arwin Nicolas Zapata Carrero. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit c) (Martinez-Maldonado, Alejandro) (Entered: 06/29/2018) |
| 07/02/2018 | ➲ 36 (29 pgs; 3 docs) | Adversary case 18-01264. Complaint by Sanabi Investments, L.L.C. against Arwin Nicolas Zapata Carrerro, National Funding, Inc.. Nature of Suit:,(72 (Injunctive relief - other)) |

| | | |
|---|---|---|
| | | (Attachments: # 1 Exhibit A # 2 Exhibit B) (Van Horn, Chad) (Entered: 07/02/2018) |
| 07/02/2018 | 37 (5 pgs) | Agreed Interim Order Granting Motion To Use Cash Collateral (Re: # 28), Granting Motion For Adequate Protection Payments; Setting Final Hearing Date on August 8, 2018 at 2:00 P.M.; and Granting Replacement Liens. Hearing scheduled for 08/08/2018 at 02:00 PM at C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 8 (LMI), Miami, FL 33128. (Re: # 28) (Skinner-Grant, Sheila) (Entered: 07/02/2018) |
| 07/03/2018 | 38 (3 pgs) | Certificate of Service Filed by Debtor Sanabi Investments, L.L.C. (Re: 37 Order on Motion to Use Cash Collateral, Order on Motion for Adequate Protection). (Van Horn, Chad) (Entered: 07/03/2018) |
| 07/03/2018 | 39 (28 pgs; 4 docs) | Motion to Vacate (Re: 37 Order on Motion to Use Cash Collateral, Order on Motion for Adequate Protection) Filed by Creditor Arwin Nicolas Zapata Carrero. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C) (Martinez-Maldonado, Alejandro) (Entered: 07/03/2018) |
| 07/05/2018 | 40 (1 pg) | Notice of Hearing (Re: 39 Motion to Vacate (Re: 37 Order on Motion to Use Cash Collateral, Order on Motion for Adequate Protection) Filed by Creditor Arwin Nicolas Zapata Carrero. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C)) Hearing scheduled for 07/30/2018 at 11:00 AM at C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 8 (LMI), Miami, FL 33128. (Sanabria, Noemi) (Entered: 07/05/2018) |
| 07/11/2018 | 41 (2 pgs) | Notice to Withdraw Document Filed by Creditor Arwin Nicolas Zapata Carrero (Re: 39 Motion to Vacate, 40 Notice of Hearing). (Martinez-Maldonado, Alejandro) (Entered: 07/11/2018) |
| 07/13/2018 | 42 | Meeting of Creditors Held and Concluded. Filed by U.S. Trustee Office of the US Trustee. (^UST12, KES) (Entered: 07/13/2018) |
| 07/13/2018 | 43 | Until Further Notice, the United States Trustee Will Not Appoint a Committee of Creditors Pursuant to 11 USC Section 1102. Filed by U.S. Trustee Office of the US Trustee. (^UST12, KES) (Entered: 07/13/2018) |
| 08/08/2018 | 44 (42 pgs) | Debtor-In-Possession Monthly Operating Report for the Period of June 1, 2018 to June 30, 2018 Filed by Debtor Sanabi Investments, L.L.C.. (Van Horn, Chad) (Entered: 08/08/2018) |
| 08/14/2018 | 45 (4 pgs) | Agreed Final Order Granting Motion To Use Cash Collateral Nunc Pro Tunc to June 1, 2018 (DE 28) and Granting |

|  |  | Replacement Liens (Re: 28).(Skinner-Grant, Sheila) (Entered: 08/14/2018) |
|---|---|---|
| 08/14/2018 | 46 (3 pgs) | Certificate of Service Filed by Debtor Sanabi Investments, L.L.C. (Re: 45 Order on Motion to Use Cash Collateral, Order on Motion for Adequate Protection). (Van Horn, Chad) (Entered: 08/14/2018) |
| 08/23/2018 | 47 (33 pgs) | Debtor-In-Possession Monthly Operating Report for the Period of July 1, 2018 to July 31, 2018 Filed by Debtor Sanabi Investments, L.L.C.. (Van Horn, Chad) (Entered: 08/23/2018) |
| 09/10/2018 | 48 (4 pgs) | Motion to Extend Time to Assume or Rejected Unexpired Lease of Nonresidential Real Property and Request for Expedited Hearing on or before September 26, 2018 Filed by Debtor Sanabi Investments, L.L.C.. (Van Horn, Chad). (Entered: 09/10/2018) |
| 09/10/2018 | 49 (1 pg) | Notice of Hearing (Re: 48 Motion to Extend Time to Assume or Rejected Unexpired Lease of Nonresidential Real Property and Request for Expedited Hearing on or before September 26, 2018 Filed by Debtor Sanabi Investments, L.L.C.. (Van Horn, Chad)) Hearing scheduled for 09/26/2018 at 02:30 PM at C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 8 (LMI), Miami, FL 33128. (Cohen, Diana) (Entered: 09/10/2018) |
| 09/11/2018 | 50 (1 pg) | Re- Notice of Hearing (Re: 48 Motion to Extend Time to Assume or Rejected Unexpired Lease of Nonresidential Real Property and Request for Expedited Hearing on or before September 26, 2018 Filed by Debtor Sanabi Investments, L.L.C. (Van Horn, Chad)) Hearing scheduled for 09/26/2018 at 01:30 PM at C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 8 (LMI), Miami, FL 33128. (Sanabria, Noemi) (Entered: 09/11/2018) |
| 09/13/2018 | 51 (2 pgs) | Certificate of Service by Attorney Chad T Van Horn (Re: 48 Motion to Extend Time to Assume or Rejected Unexpired Lease of Nonresidential Real Property and Request for Expedited Hearing on or before September 26, 2018 filed by Debtor Sanabi Investments, L.L.C., 50 Notice of Hearing Amended/Renoticed/Continued). (Van Horn, Chad) (Entered: 09/13/2018) |
| 09/17/2018 | 52 (2 pgs) | Notice of Appearance and Request for Service by Robert C Meyer Filed by Creditor Arwin Nicolas Zapata Carrero. (Meyer, Robert) (Entered: 09/17/2018) |
| 09/26/2018 | 53 (49 pgs) | Notice of Filing - *Exhibit "A"*, Filed by Debtor Sanabi Investments, L.L.C. (Re: 48 Motion to Extend Time to Assume or Rejected Unexpired Lease of Nonresidential Real Property and Request for Expedited Hearing on or before September 26, |

CM/ECF LIVE - U.S. Bankruptcy Court:flsb

| | | |
|---|---|---|
| | | 2018 Filed by Debtor Sanabi Investments, L.L.C.. (Van Horn, Chad) filed by Debtor Sanabi Investments, L.L.C.). (Van Horn, Chad) (Entered: 09/26/2018) |
| 10/09/2018 | 54 (2 pgs) | Interim Order Granting, In Part, and Continuing, In Part, Debtor's Expedited Motion for Extension of Time to Assume or Reject Unexpired lease of Nonresidential Real Property and Request For Expedite Hearing. Hearing scheduled for 11/28/2018 at 01:30 PM at C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 8 (LMI), Miami, FL 33128. (Re: # 48) (Skinner-Grant, Sheila) (Entered: 10/09/2018) |
| 10/10/2018 | 55 (4 pgs) | Certificate of Service by Attorney Chad T Van Horn (Re: 48 Motion to Extend Time to Assume or Rejected Unexpired Lease of Nonresidential Real Property and Request for Expedited Hearing on or before September 26, 2018 filed by Debtor Sanabi Investments, L.L.C., 53 Notice of Filing filed by Debtor Sanabi Investments, L.L.C., 54 Order on Motion to Extend Time). (Van Horn, Chad) (Entered: 10/10/2018) |
| 10/10/2018 | 56 (36 pgs) | Debtor-In-Possession Monthly Operating Report for the Period of August 1, 2018 to August 31, 2018 Filed by Debtor Sanabi Investments, L.L.C.. (Van Horn, Chad) (Entered: 10/10/2018) |
| 10/24/2018 | 57 (38 pgs) | Debtor-In-Possession Monthly Operating Report for the Period of September 1, 2018 to September 30, 2018 Filed by Debtor Sanabi Investments, L.L.C.. (Van Horn, Chad) (Entered: 10/24/2018) |
| 11/08/2018 | 58 (2 pgs) | Notice of Appearance and Request for Service by David R. Softness Esq. Filed by Creditor FirstBank Florida. (Softness, David) (Entered: 11/08/2018) |
| 11/09/2018 | 59 | Adversary Case 1:18-ap-1264 Closed. Complaint Dismissed (Sanabria, Noemi) (Entered: 11/09/2018) |
| 11/20/2018 | 60 (39 pgs) | Debtor-In-Possession Monthly Operating Report for the Period of October 1, 2018 to October 31, 2018 Filed by Debtor Sanabi Investments, L.L.C.. (Van Horn, Chad) (Entered: 11/20/2018) |
| 11/28/2018 | 61 (4 pgs) | Motion for Continuing Representation of Debtor Pursuant to Order Approving Debtor-in-Possession's Application to Employ Van Horn Law Group, P.A. Nunc Pro Tunc to June 1, 2018 Due to Chapter 13 Representation of Saady Bijani, Principal of Debtor Filed by Debtor Sanabi Investments, L.L.C.. (Van Horn, Chad) (Entered: 11/28/2018) |
| 11/28/2018 | 62 (1 pg) | Notice of Hearing (Re: 61 Motion for Continuing Representation of Debtor Pursuant to Order Approving Debtor-in-Possession's Application to Employ Van Horn Law Group, P.A. Nunc Pro Tunc to June 1, 2018 Due to Chapter 13 Representation of Saady Bijani, Principal of Debtor Filed by |

| | | |
|---|---|---|
| | | Debtor Sanabi Investments, L.L.C.. (Van Horn, Chad)) Hearing scheduled for 12/26/2018 at 01:30 PM at C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 8 (LMI), Miami, FL 33128. (Sanabria, Noemi) (Entered: 11/28/2018) |
| 11/30/2018 | 63 (2 pgs) | Order Granting Debtor's Expedited Motion to Extend Time to Assume or Rejected Unexpired Lease of Nonresidential Real Property and Request for Expedited Hearing. Deadline is Extended to **December 28, 2018.** (Re: # 48) (Oriol-Bennett, Alexandra) (Entered: 11/30/2018) |
| 11/30/2018 | 64 (3 pgs) | Certificate of Service Filed by Debtor Sanabi Investments, L.L.C. (Re: 63 Order on Motion to Extend Time). (Van Horn, Chad) (Entered: 11/30/2018) |
| 11/30/2018 | 65 (3 pgs) | Certificate of Service Filed by Debtor Sanabi Investments, L.L.C. (Re: 61 Motion for Continuing Representation of Debtor Pursuant to Order Approving Debtor-in-Possession's Application to Employ Van Horn Law Group, P.A. Nunc Pro Tunc to June 1, 2018 Due to Chapter 13 Representation of Saady Bijani, Principal of Debtor filed by Debtor Sanabi Investments, L.L.C., 62 Notice of Hearing). (Van Horn, Chad) (Entered: 11/30/2018) |
| 12/18/2018 | 66 (26 pgs) | Debtor-In-Possession Monthly Operating Report for the Period of November 1, 2018 to November 30, 2018 Filed by Debtor Sanabi Investments, L.L.C.. (Van Horn, Chad) (Entered: 12/18/2018) |
| 12/26/2018 | 67 (2 pgs) | Agreed *Ex Parte* Motion to Continue Hearing On: [(61 Miscellaneous Motion)] Filed by Debtor Sanabi Investments, L.L.C. (Van Horn, Chad) (Entered: 12/26/2018) |
| 12/26/2018 | 68 (4 pgs) | Agreed Motion to Extend Time to Assume or Reject Unexpired Lease of Nonresidential Real Property Filed by Debtor Sanabi Investments, L.L.C.. (Van Horn, Chad) (Entered: 12/26/2018) |
| 12/26/2018 | 69 (4 pgs) | Objection to Claim of Arwin Nicolas Zapata Carrero, et al. [# 7-1], Florida Department of Revenue [# 3-1], [Negative Notice] Filed by Debtor Sanabi Investments, L.L.C.. (Van Horn, Chad) (Entered: 12/26/2018) |
| 12/26/2018 | 70 (32 pgs) | Disclosure Statement Filed by Debtor Sanabi Investments, L.L.C. (Van Horn, Chad) (Entered: 12/26/2018) |
| 12/26/2018 | 71 (30 pgs) | Chapter 11 Plan Filed by Debtor Sanabi Investments, L.L.C. (Van Horn, Chad) (Entered: 12/26/2018) |
| 12/26/2018 | 72 (30 pgs) | Amended Chapter 11 Plan of Reorganization (Related Document(s):71 Chapter 11 Plan filed by Debtor Sanabi Investments, L.L.C.) Filed by Debtor Sanabi Investments, L.L.C. (Van Horn, Chad) (Entered: 12/26/2018) |

5/28/2020                                              CM/ECF LIVE - U.S. Bankruptcy Court:flsb

| | | |
|---|---|---|
| 12/26/2018 | 👆 73<br>(4 pgs) | Response to (69 Objection to Claim of Arwin Nicolas Zapata Carrero, et al. [# 7-1], Florida Department of Revenue [# 3-1], [Negative Notice] filed by Debtor Sanabi Investments, L.L.C.) Filed by Creditor Arwin Nicolas Zapata Carrero (Meyer, Robert) (Entered: 12/26/2018) |
| 12/27/2018 | 👆 74<br>(2 pgs) | Agreed Order Granting Motion To Continue Hearing On: (61 Motion for Continuing Representation of Debtor Pursuant to Order Approving Debtor-in-Possession's Application to Employ Van Horn Law Group, P.A. Nunc Pro Tunc to June 1, 2018 Due to Chapter 13 Representation of Saady Bijani, Principal of Debtor). Hearing scheduled for 01/30/2019 at 01:30 PM at C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 8 (LMI), Miami, FL 33128. (Oriol-Bennett, Alexandra) (Entered: 12/27/2018) |
| 12/27/2018 | 👆 75<br>(2 pgs) | Agreed Order Granting Motion to Extend Time to Assume or Reject Unexpired Lease of Nonresidential Real Property. Deadline Extended to **March 28, 2019** (Re: # 68) (Oriol-Bennett, Alexandra) (Entered: 12/27/2018) |
| 12/27/2018 | 👆 76<br>(4 pgs) | Order (I) Setting Hearing on 01/30/2019 at 03:00 PM in C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 8 (LMI), Miami, FL 33128 to Consider Approval of Disclosure Statement; (II) Setting Deadline for Filing Objections to Disclosure Statement; and (III) Directing Plan Proponent to Service Notice (Re: 70 Disclosure Statement filed by Debtor Sanabi Investments, L.L.C.). Hearing on Disclosure Statement to be Held on 01/30/2019 at 03:00 PM at C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 8 (LMI), Miami, FL 33128. Objection to Disclosure Statement Deadline: 1/23/2019. (Oriol-Bennett, Alexandra) (Entered: 12/27/2018) |
| 12/28/2018 | 👆 77<br>(4 pgs) | Certificate of Service Filed by Debtor Sanabi Investments, L.L.C. (Re: 74 Order on Motion to Continue Hearing, 75 Order on Motion to Extend Time). (Van Horn, Chad) (Entered: 12/28/2018) |
| 12/31/2018 | 👆 78<br>(4 pgs) | Certificate of Service Filed by Debtor Sanabi Investments, L.L.C. (Re: 70 Disclosure Statement filed by Debtor Sanabi Investments, L.L.C., 71 Chapter 11 Plan filed by Debtor Sanabi Investments, L.L.C., 76 Order Setting Hearing on Approval of Disclosure Statement). (Van Horn, Chad) (Entered: 12/31/2018) |
| 12/31/2018 | 👆 79<br>(4 pgs) | Amended Document To Reflect Service of Amended Ch 11 Plan DE 72 Filed by Debtor Sanabi Investments, L.L.C. (Re: 78 Certificate of Service filed by Debtor Sanabi Investments, L.L.C.). (Van Horn, Chad) (Entered: 12/31/2018) |
| 01/02/2019 | 👆 80 | Re- Notice of Hearing (Re: 61 Motion for Continuing |

| | | |
|---|---|---|
| | (2 pgs) | Representation of Debtor Pursuant to Order Approving Debtor-in-Possession's Application to Employ Van Horn Law Group, P.A. Nunc Pro Tunc to June 1, 2018 Due to Chapter 13 Representation of Saady Bijani, Principal of Debtor Filed by Debtor Sanabi Investments, L.L.C.. (Van Horn, Chad)) Hearing scheduled for 01/30/2019 at 03:00 PM at C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 8 (LMI), Miami, FL 33128. (Sanabria, Noemi) (Entered: 01/02/2019) |
| 01/04/2019 | 81 (3 pgs) | Certificate of Service Filed by Debtor Sanabi Investments, L.L.C. (Re: 80 Notice of Hearing Amended/Renoticed/Continued). (Van Horn, Chad) (Entered: 01/04/2019) |
| 01/15/2019 | 82 (3 pgs) | Notice of Appearance and Request for Service by Leslie A Berkoff Esq Filed by Creditor Integrated Vehicle Leasing, Inc.. (Berkoff, Leslie) (Entered: 01/15/2019) |
| 01/18/2019 | 83 (33 pgs) | Debtor-In-Possession Monthly Operating Report for the Period of December 1, 2018 to December 31, 2018 Filed by Debtor Sanabi Investments, L.L.C.. (Van Horn, Chad) (Entered: 01/18/2019) |
| 01/23/2019 | 84 (1 pg) | Notice of Appearance and Request for Service by H Michael Solloa Jr Filed by Creditor VT Inc. as trustee of World Omni LT. (Solloa, H) (Entered: 01/23/2019) |
| 01/29/2019 | 85 (30 pgs) | Chapter 11 Plan *Second Amended* Filed by Debtor Sanabi Investments, L.L.C. (Van Horn, Chad) (Entered: 01/29/2019) |
| 01/31/2019 | 86 (3 pgs) | Certificate of Service Filed by Debtor Sanabi Investments, L.L.C. (Re: 85 Chapter 11 Plan filed by Debtor Sanabi Investments, L.L.C.). (Van Horn, Chad) (Entered: 01/31/2019) |
| 02/05/2019 | 87 (2 pgs) | Order Granting Motion for Continuing Representation of Debtor Pursuant to Order Approving Debtor-in-Possessions Application to Employ Van Horn Law Group, P.A. Nunc Pro Tunc to June 1, 2018 Due to Chapter 13 Representation of Saady Bijani, President of Debtor Re: # 61 (Skinner-Grant, Sheila) (Entered: 02/05/2019) |
| 02/05/2019 | 88 (1 pg) | Certificate of Contested Matter Filed by Debtor Sanabi Investments, L.L.C. (Re: 69 Objection to Claim of Arwin Nicolas Zapata Carrero, et al. [# 7-1], Florida Department of Revenue [# 3-1], [Negative Notice] filed by Debtor Sanabi Investments, L.L.C.). (Van Horn, Chad) (Entered: 02/05/2019) |
| 02/06/2019 | 89 (1 pg) | Notice of Hearing (Re: 69 Objection to Claim of Arwin Nicolas Zapata Carrero, et al. [# 7-1] Filed by Debtor Sanabi Investments, L.L.C.. (Van Horn, Chad)) Hearing scheduled for 03/06/2019 at 02:00 PM at C. Clyde Atkins U.S. Courthouse, |

5/28/2020                                           CM/ECF LIVE - U.S. Bankruptcy Court:flsb

| | | 301 N Miami Ave Courtroom 8 (LMI), Miami, FL 33128. (Sanabria, Noemi) (Entered: 02/06/2019) |
|---|---|---|
| 02/06/2019 | 90 (4 pgs) | Certificate of Service Filed by Debtor Sanabi Investments, L.L.C. (Re: 87 Order on Miscellaneous Motion). (Van Horn, Chad) (Entered: 02/06/2019) |
| 02/06/2019 | 91 (4 pgs) | Certificate of Service Filed by Debtor Sanabi Investments, L.L.C. (Re: 69 Objection to Claim of Arwin Nicolas Zapata Carrero, et al. [# 7-1], Florida Department of Revenue [# 3-1], [Negative Notice] filed by Debtor Sanabi Investments, L.L.C., 89 Notice of Hearing). (Van Horn, Chad) (Entered: 02/06/2019) |
| 02/07/2019 | 92 (65 pgs) | Amended Disclosure Statement (Related Document(s):70 Disclosure Statement filed by Debtor Sanabi Investments, L.L.C.) Filed by Debtor Sanabi Investments, L.L.C. (Van Horn, Chad) (Entered: 02/07/2019) |
| 02/13/2019 | 93 (6 pgs) | Order Approving Disclosure Statement and Setting Hearing on Confirmation of Plan (Re: 92 Amended Disclosure Statement filed by Debtor Sanabi Investments, L.L.C.). Confirmation Hearing to be Held on 04/03/2019 at 03:00 PM at C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 8 (LMI), Miami, FL 33128. Deadline for Service of this Order, Disclosure Statement, Plan, and Ballot: 3/4/2019. Objection to Claims Deadline: 3/4/2019. Fee Applications Due: 3/13/2019. Deadline for Service of Fee Applications: 3/20/2019. Objection to Confirmation Deadline: 3/20/2019.Deadline for Filing of Ballots: 3/20/2019. Deadline for Filing Report of Proponent and Confirmation Affidavit: 3/29/2019. (Skinner-Grant, Sheila) (Entered: 02/13/2019) |
| 02/14/2019 | 94 (4 pgs) | Certificate of Service *Ballot* Filed by Debtor Sanabi Investments, L.L.C. (Re: 85 Chapter 11 Plan filed by Debtor Sanabi Investments, L.L.C., 92 Amended Disclosure Statement filed by Debtor Sanabi Investments, L.L.C., 93 Order Approving Disclosure Statement). (Van Horn, Chad) (Entered: 02/14/2019) |
| 02/15/2019 | 95 (7 pgs) | BNC Certificate of Mailing - PDF Document (Re: 93 Order Approving Disclosure Statement and Setting Hearing on Confirmation of Plan (Re: 92 Amended Disclosure Statement filed by Debtor Sanabi Investments, L.L.C.). Confirmation Hearing to be Held on 04/03/2019 at 03:00 PM at C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 8 (LMI), Miami, FL 33128. Deadline for Service of this Order, Disclosure Statement, Plan, and Ballot: 3/4/2019. Objection to Claims Deadline: 3/4/2019. Fee Applications Due: 3/13/2019. Deadline for Service of Fee Applications: 3/20/2019. Objection to Confirmation Deadline: 3/20/2019.Deadline for Filing of Ballots: 3/20/2019. Deadline for Filing Report of Proponent |

5/28/2020                                           CM/ECF LIVE - U.S. Bankruptcy Court:flsb

| | | and Confirmation Affidavit: 3/29/2019.) Notice Date 02/15/2019. (Admin.) (Entered: 02/16/2019) |
|---|---|---|
| 02/20/2019 | 96<br>(39 pgs) | Debtor-In-Possession Monthly Operating Report for the Period of January 1, 2019 to January 31, 2019 Filed by Debtor Sanabi Investments, L.L.C.. (Van Horn, Chad) (Entered: 02/20/2019) |
| 02/25/2019 | 97<br>(2 pgs) | Notice of Taking Rule 2004 Examination of SAADY BIJANI FUENMAYOR, as corporate representative of the above-named Debtor on March 22, 2019 at 11:30 a.m. Filed by Creditor Arwin Nicolas Zapata Carrero. (Meyer, Robert) (Entered: 02/25/2019) |
| 03/13/2019 | 98<br>(8 pgs; 3 docs) | Motion to Allow Late Filed Claim(s) *Claim #10-1* Filed by Creditor VT Inc. as trustee of World Omni LT. (Attachments: # 1 Exhibit contract # 2 Exhibit Title -) (Solloa, H) (Entered: 03/13/2019) |
| 03/13/2019 | 99<br>(8 pgs; 3 docs) | Motion to Allow Late Filed Claim(s) *Claim #9-1* Filed by Creditor VT Inc. as trustee of World Omni LT. (Attachments: # 1 Exhibit contract # 2 Exhibit Title -) (Solloa, H) (Entered: 03/13/2019) |
| 03/14/2019 | 100<br>(29 pgs) | Application for Compensation for Chad T Van Horn, Attorney-Debtor, Period: 6/1/2018 to 3/14/2019, Fee: $62955.00, Expenses: $2516.27. Filed by Attorney Chad T Van Horn. (Van Horn, Chad) (Entered: 03/14/2019) |
| 03/15/2019 | 101<br>(2 pgs) | Motion to Allow Late Filed Fee Application of Van Horn Law Group, P.A. Due to Excusable Neglect Filed by Debtor Sanabi Investments, L.L.C.. (Van Horn, Chad) (Entered: 03/15/2019) |
| 03/15/2019 | 102<br>(5 pgs) | Reply to (73 Response filed by Creditor Arwin Nicolas Zapata Carrero) Filed by Debtor Sanabi Investments, L.L.C. (Van Horn, Chad) (Entered: 03/15/2019) |
| 03/17/2019 | 103<br>(1 pg) | Notice of Hearing (Re: 98 Motion to Allow Late Filed Claim(s) *Claim #10-1* Filed by Creditor VT Inc. as trustee of World Omni LT. (Attachments: # 1 Exhibit contract # 2 Exhibit Title -)) Hearing scheduled for 04/03/2019 at 03:00 PM at C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 8 (LMI), Miami, FL 33128. (Sanabria, Noemi) (Entered: 03/17/2019) |
| 03/17/2019 | 104<br>(1 pg) | Notice of Hearing (Re: 99 Motion to Allow Late Filed Claim(s) *Claim #9-1* Filed by Creditor VT Inc. as trustee of World Omni LT. (Attachments: # 1 Exhibit contract # 2 Exhibit Title -)) Hearing scheduled for 04/03/2019 at 03:00 PM at C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 8 (LMI), Miami, FL 33128. (Sanabria, Noemi) (Entered: 03/17/2019) |

| | | |
|---|---|---|
| 03/17/2019 | ➲ 105<br>(1 pg) | Notice of Hearing (Re: 101 Motion to Allow Late Filed Fee Application of Van Horn Law Group, P.A. Due to Excusable Neglect Filed by Debtor Sanabi Investments, L.L.C.. (Van Horn, Chad)) Hearing scheduled for 04/03/2019 at 03:00 PM at C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 8 (LMI), Miami, FL 33128. (Sanabria, Noemi) (Entered: 03/17/2019) |
| 03/19/2019 | ➲ 106<br>(8 pgs; 3 docs) | Objection to Confirmation of (85 Chapter 11 Plan filed by Debtor Sanabi Investments, L.L.C.) Filed by Creditor VT Inc. as trustee of World Omni LT (Attachments: # 1 Exhibit contract # 2 Exhibit Title -)(Solloa, H) (Entered: 03/19/2019) |
| 03/19/2019 | ➲ 107<br>(8 pgs; 3 docs) | Objection to Confirmation of (85 Chapter 11 Plan filed by Debtor Sanabi Investments, L.L.C.) Filed by Creditor VT Inc. as trustee of World Omni LT (Attachments: # 1 Exhibit contract # 2 Exhibit Title -)(Solloa, H) (Entered: 03/19/2019) |
| 03/20/2019 | ➲ 108<br>(4 pgs) | Certificate of Service Filed by Debtor Sanabi Investments, L.L.C. (Re: 100 Application for Compensation for Chad T Van Horn, Attorney-Debtor, Period: 6/1/2018 to 3/14/2019, Fee: $62955.00, Expenses: $2516.27. filed by Debtor Sanabi Investments, L.L.C.. 101 Motion to Allow Late Filed Fee Application of Van Horn Law Group, P.A. Due to Excusable Neglect filed by Debtor Sanabi Investments, L.L.C., 105 Notice of Hearing). (Van Horn, Chad) (Entered: 03/20/2019) |
| 03/20/2019 | ➲ 109<br>(5 pgs) | Objection to Confirmation of (85 Chapter 11 Plan filed by Debtor Sanabi Investments, L.L.C.) Filed by Creditor Arwin Nicolas Zapata Carrero (Meyer, Robert) (Entered: 03/20/2019) |
| 03/20/2019 | ➲ 110<br>(1 pg) | Chapter 11 Ballot REJECTING Plan. (Class in Plan: 6; Amount: 112615) Filed by Creditor Arwin Nicolas Zapata Carrero (Meyer, Robert) (Entered: 03/20/2019) |
| 03/20/2019 | ➲ 111<br>(2 pgs) | Cross Notice of Taking Deposition of corp rep of sanabi investments LLC on 3/22/2019 at 11:30 AM Filed by Creditor Newtek Small Business Finance, LLC. (Toland, Howard) (Entered: 03/20/2019) |
| 03/20/2019 | ➲ 112<br>(5 pgs) | Objection to (85 Chapter 11 Plan filed by Debtor Sanabi Investments, L.L.C.) Filed by U.S. Trustee Office of the US Trustee (Schneiderman, Steven) (Entered: 03/20/2019) |
| 03/21/2019 | ➲ 113<br>(4 pgs) | Agreed Motion to Continue Hearing On: [(93 Order Approving Disclosure Statement, 98 Motion to Allow Late Filed Claim(s), 99 Motion to Allow Late Filed Claim(s), 100 Application for Compensation, 101 Miscellaneous Motion)] Filed by Debtor Sanabi Investments, L.L.C.. (Van Horn, Chad) (Entered: 03/21/2019) |
| 03/21/2019 | ➲ 114 | Order Granting Motion To Continue Hearing On: (85 Chapter |

5/28/2020                                    CM/ECF LIVE - U.S. Bankruptcy Court:flsb

| | | |
|---|---|---|
| | (2 pgs) | 11 Plan). Confirmation Hearing to be Held on 05/06/2019 at 11:00 AM at C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 8 (LMI), Miami, FL 33128. (Re: 98 Motion to Allow Late Filed Claim(s) *Claim #10-1* Filed by Creditor VT Inc. as trustee of World Omni LT., (Re: 99 Motion to Allow Late Filed Claim(s) *Claim #9-1* Filed by Creditor VT Inc. as trustee of World Omni LT., (Re: 100 Application for Compensation for Chad T Van Horn, Attorney-Debtor, Period: 6/1/2018 to 3/14/2019, Fee: $62955.00, Expenses: $2516.27. Filed by Attorney Chad T Van Horn and (Re: 101 Motion to Allow Late Filed Fee Application of Van Horn Law Group, P.A. Due to Excusable Neglect Filed by Debtor Sanabi Investments, L.L.C.. (Van Horn, Chad) Continued Hearing scheduled for 05/06/2019 at 11:00 AM at C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 8 (LMI), Miami, FL 33128. (Skinner-Grant, Sheila) (Entered: 03/21/2019) |
| 03/22/2019 | 115 (4 pgs) | Certificate of Service Filed by Debtor Sanabi Investments, L.L.C. (Re: 114 Order on Motion to Continue Hearing). (Van Horn, Chad) (Entered: 03/22/2019) |
| 03/25/2019 | 116 (33 pgs) | Debtor-In-Possession Monthly Operating Report for the Period of February 1, 2019 to February 28, 2019 Filed by Debtor Sanabi Investments, L.L.C.. (Van Horn, Chad) (Entered: 03/25/2019) |
| 04/30/2019 | 117 (2 pgs) | Second Notice of Taking Rule 2004 Examination of SAADY BIJANI FUENMAYOR, as corporate representative of the above-named Debtor on May 13, 2019 at 2:30 PM Filed by Creditor Arwin Nicolas Zapata Carrero. (Meyer, Robert) (Entered: 04/30/2019) |
| 04/30/2019 | 118 (2 pgs) | Objection to Claim of Newtek Small Business Finance LLC [# 4], *or Estimation of Claim* Filed by Creditor Arwin Nicolas Zapata Carrero. (Meyer, Robert) (Entered: 04/30/2019) |
| 04/30/2019 | 119 (3 pgs) | Motion to Continue Hearing On: 85 Chapter 11 Plan filed by Debtor Sanabi Investments, L.L.C.. Modified on 5/1/2019**To correct linkage** (Skinner-Grant, Sheila). (Entered: 04/30/2019) |
| 04/30/2019 | 120 (2 pgs) | Cross Notice of Taking Deposition of corp rep of sanabi investments LLC on 05/13/2019 at 2:30PM Filed by Creditor Newtek Small Business Finance, LLC. (Toland, Howard) Modified on 5/1/2019**To edit text** (Skinner-Grant, Sheila). (Entered: 04/30/2019) |
| 05/01/2019 | 121 (1 pg) | Notice of Hearing (Re: 118 Objection to Claim of Newtek Small Business Finance LLC [# 4], *or Estimation of Claim* Filed by Creditor Arwin Nicolas Zapata Carrero.) Hearing scheduled for 06/05/2019 at 02:00 PM at C. Clyde Atkins U.S. |

5/28/2020                                      CM/ECF LIVE - U.S. Bankruptcy Court:flsb

| | | Courthouse, 301 N Miami Ave Courtroom 8 (LMI), Miami, FL 33128. (Sanabria, Noemi) (Entered: 05/01/2019) |
|---|---|---|
| 05/01/2019 | 122 (1 pg) | Certificate of Service by Attorney Robert C Meyer (Re: 121 Notice of Hearing). (Meyer, Robert) (Entered: 05/01/2019) |
| 05/02/2019 | 123 (5 pgs) | Order Overruling Debtor's Objection to Claim(s)#7 and Granting Motion for Allowance of Late Filed Claim. (Re: # 69) (Oriol-Bennett, Alexandra) (Entered: 05/02/2019) |
| 05/02/2019 | 124 (1 pg) | Certificate of Service by Attorney Robert C Meyer (Re: 123 Order on Objection to Claims). (Meyer, Robert) (Entered: 05/02/2019) |
| 05/07/2019 | 125 (2 pgs) | Notice of Unavailability from 05/29/2019 to 06/02/2019 *and July 19, 2019 to July 26, 2019; August 3, 2019 to August 9, 2019; and August 16, 2019 to August 18, 2019* by Attorney Robert C Meyer. (Meyer, Robert) (Entered: 05/07/2019) |
| 05/20/2019 | 126 (2 pgs) | Order Continuing Confirmation and Motions Hearing (Re: 85 Chapter 11 Plan filed by Debtor Sanabi Investments, L.L.C.). 98 Motion to Allow Late Filed Claim(s) Claim #10-1 Filed by Creditor VT Inc. as trustee of World Omni LT. 99 Motion to Allow Late Filed Claim(s) Claim #9-1 Filed by Creditor VT Inc. as trustee of World Omni LT. 100 Application for Compensation for Chad T Van Horn, Attorney-Debtor, Period: 6/1/2018 to 3/14/2019, Fee: $62955.00, Expenses: $2516.27 Filed by Attorney Chad T Van Horn. 101 Motion to Allow Late Filed Fee Application of Van Horn Law Group, P.A. Due to Excusable Neglect Filed by Debtor Sanabi Investments, L.L.C. Confirmation and Motions Hearing to be Held on 07/31/2019 at 01:30 PM at C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 8 (LMI), Miami, FL 33128. (Reynolds, Marva). Modified on 5/21/2019 to edit text. (Reynolds, Marva). (Entered: 05/20/2019) |
| 05/20/2019 | 127 (4 pgs) | Certificate of Service Filed by Debtor Sanabi Investments, L.L.C. (Re: 126 Order Continuing Confirmation Hearing). (Van Horn, Chad) (Entered: 05/20/2019) |
| 05/23/2019 | 128 (20 pgs) | Motion for Order to Show Cause , Motion to Appoint Trustee *Chapter 11*, Motion Appoint General Master for 2004 Exam *and Award Fees and Costs* Filed by Creditor Arwin Nicolas Zapata Carrero. (Meyer, Robert) (Entered: 05/23/2019) |
| 05/24/2019 | 129 (1 pg) | Notice of Hearing (Re: 128 Motion for Order to Show Cause , Motion to Appoint Trustee *Chapter 11*, Motion Appoint General Master for 2004 Exam *and Award Fees and Costs* Filed by Creditor Arwin Nicolas Zapata Carrero.) Hearing scheduled for 06/25/2019 at 01:30 PM at C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 8 (LMI), Miami, FL 33128. (Shuler, Pamela) (Entered: 05/24/2019) |

| 05/24/2019 | 🌐 130<br>(4 pgs) | Certificate of Service by Attorney Robert C Meyer (Re: 128 Motion for Order to Show Cause filed by Creditor Arwin Nicolas Zapata Carrero, Motion to Appoint Trustee *Chapter 11*, Motion Appoint General Master for 2004 Exam *and Award Fees and Costs*, 129 Notice of Hearing). (Meyer, Robert) (Entered: 05/24/2019) |
| --- | --- | --- |
| 05/28/2019 | 🌐 131<br>(7 pgs) | Motion to Convert Chapter 11 Case to Chapter 7 . [Fee Waived], or in the alternative Motion to Dismiss Case Filed by U.S. Trustee Office of the US Trustee. (Schneiderman, Steven) (Entered: 05/28/2019) |
| 05/28/2019 | 🌐 132<br>(1 pg) | Notice of Hearing (Re: 131 Motion to Convert Chapter 11 Case to Chapter 7 or, in the alternative Motion to Dismiss Case Filed by U.S. Trustee Office of the US Trustee.) Hearing scheduled for 06/25/2019 at 01:30 PM at C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 8 (LMI), Miami, FL 33128. (Sanabria, Noemi) (Entered: 05/28/2019) |
| 05/28/2019 | 🌐 133<br>(2 pgs) | Certificate of Service Filed by U.S. Trustee Office of the US Trustee (Re: 132 Notice of Hearing). (Schneiderman, Steven) (Entered: 05/28/2019) |
| 05/30/2019 | 🌐 134<br>(3 pgs) | BNC Certificate of Mailing - Hearing (Re: 132 Notice of Hearing (Re: 131 Motion to Convert Chapter 11 Case to Chapter 7 or, in the alternative Motion to Dismiss Case Filed by U.S. Trustee Office of the US Trustee.) Hearing scheduled for 06/25/2019 at 01:30 PM at C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 8 (LMI), Miami, FL 33128.) Notice Date 05/30/2019. (Admin.) (Entered: 05/31/2019) |
| 05/31/2019 | 🌐 135<br>(2 pgs) | Motion to Extend Time to File Amended Disclosure Statement Nunc Pro Tunc to May 24, 2019 Filed by Debtor Sanabi Investments, L.L.C.. (Van Horn, Chad) (Entered: 05/31/2019) |
| 06/03/2019 | 🌐 136<br>(1 pg) | Notice of Hearing (Re: 135 Motion to Extend Time to File Amended Disclosure Statement Nunc Pro Tunc to May 24, 2019 Filed by Debtor Sanabi Investments, L.L.C.. (Van Horn, Chad)) Hearing scheduled for 06/25/2019 at 01:30 PM at C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 8 (LMI), Miami, FL 33128. (Sanabria, Noemi) (Entered: 06/03/2019) |
| 06/04/2019 | 🌐 137<br>(4 pgs) | Certificate of Service Filed by Debtor Sanabi Investments, L.L.C. (Re: 135 Motion to Extend Time to File Amended Disclosure Statement Nunc Pro Tunc to May 24, 2019 filed by Debtor Sanabi Investments, L.L.C.., 136 Notice of Hearing). (Van Horn, Chad) (Entered: 06/04/2019) |
| 06/10/2019 | 🌐 138<br>(2 pgs) | Motion to Withdraw as Attorney of Record Filed by Debtor Sanabi Investments, L.L.C.. (Van Horn, Chad) (Entered: |

CM/ECF LIVE - U.S. Bankruptcy Court:flsb

| | | |
|---|---|---|
| | | 06/10/2019) |
| 06/10/2019 | 139<br>(1 pg) | Notice of Hearing (Re: 138 Motion to Withdraw as Attorney of Record Filed by Debtor Sanabi Investments, L.L.C.. (Van Horn, Chad)) Hearing scheduled for 06/20/2019 at 02:30 PM at C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 8 (LMI), Miami, FL 33128. (Sanabria, Noemi) (Entered: 06/10/2019) |
| 06/10/2019 | 140<br>(4 pgs) | Certificate of Service Filed by Debtor Sanabi Investments, L.L.C. (Re: 138 Motion to Withdraw as Attorney of Record filed by Debtor Sanabi Investments, L.L.C., 139 Notice of Hearing). (Van Horn, Chad) (Entered: 06/10/2019) |
| 06/20/2019 | 141<br>(2 pgs) | Certificate of Service *(Supplemental to Reflect Service on Debtor)* by Attorney Chad T Van Horn (Re: 138 Motion to Withdraw as Attorney of Record filed by Debtor Sanabi Investments, L.L.C., 139 Notice of Hearing). (Van Horn, Chad) (Entered: 06/20/2019) |
| 06/20/2019 | 142<br>(1 pg) | Re- Notice of Hearing (Re: 138 Motion to Withdraw as Attorney of Record Filed by Debtor Sanabi Investments, L.L.C.. (Van Horn, Chad)) Hearing scheduled for 06/25/2019 at 01:30 PM at C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 8 (LMI), Miami, FL 33128. (Sanabria, Noemi) (Entered: 06/20/2019) |
| 06/21/2019 | 143<br>(4 pgs) | Certificate of Service Filed by Debtor Sanabi Investments, L.L.C. (Re: 142 Notice of Hearing Amended/Renoticed/Continued). (Van Horn, Chad) (Entered: 06/21/2019) |
| 06/24/2019 | 144<br>(2 pgs) | (I)Order Continuing Hearing On Motion to Withdraw as Counsel for Debtor, Sanabi Investments, L.L.C and (II) Requiring Debtor's Principal, Saady Bijani to Appear At Continued Hearing on June 25, 2019 at 1:30 PM (Re: 138 Motion to Withdraw as Attorney filed by Debtor Sanabi Investments, L.L.C.). Hearing scheduled for 06/25/2019 at 01:30 PM at C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 8 (LMI), Miami, FL 33128. (Skinner-Grant, Sheila) (Entered: 06/24/2019) |
| 06/24/2019 | 145<br>(4 pgs) | Certificate of Service by Attorney Chad T Van Horn (Re: 144 Order Continuing Hearing). (Van Horn, Chad) (Entered: 06/24/2019) |
| 06/26/2019 | 146<br>(1 pg) | Re- Notice of Hearing (Re: 135 Motion to Extend Time to File Amended Disclosure Statement Nunc Pro Tunc to May 24, 2019 Filed by Debtor Sanabi Investments, L.L.C.. (Van Horn, Chad)) Hearing scheduled for 07/16/2019 at 10:00 AM at C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 8 |

CM/ECF LIVE - U.S. Bankruptcy Court:flsb

| | | |
|---|---|---|
| | | (LMI), Miami, FL 33128. (Sanabria, Noemi) (Entered: 06/26/2019) |
| 06/27/2019 | ➔ 147 (4 pgs) | Certificate of Service Filed by Debtor Sanabi Investments, L.L.C. (Re: 146 Notice of Hearing Amended/Renoticed/Continued). (Van Horn, Chad) (Entered: 06/27/2019) |
| 06/28/2019 | ➔ 148 (2 pgs) | Order Directing Appointment of chapter 11 Trustee. Status hearing to be held on 07/16/2019 at 10:00 AM at C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 8 (LMI), Miami, FL 33128. (Re: # 128). (Skinner-Grant, Sheila) Additional attachment(s) added on 6/28/2019 (Skinner-Grant, Sheila). (Entered: 06/28/2019) |
| 06/28/2019 | ➔ 149 (2 pgs) | Order Denying Motion to Dismiss Case or Convert Chapter 11 Case To Chapter 7 Without Prejudice (Re: # 131). (Skinner-Grant, Sheila) (Entered: 06/28/2019) |
| 06/28/2019 | ➔ 150 (2 pgs) | Order Granting Motion To Withdraw As Attorney (Re: # 138) (Skinner-Grant, Sheila) (Entered: 06/28/2019) |
| 06/28/2019 | ➔ 151 (2 pgs) | Order Granting In Part and Denying In Part Motion To Compel Debtor to Appear at Court, Consider Appointing Chapter 11 Trustee or Appoint General Master for Continued 2004 Examination. Status hearing to be held on 07/16/2019 at 10:00 AM at C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 8 (LMI), Miami, FL 33128. (Re: 128) (Skinner-Grant, Sheila) (Entered: 06/28/2019) |
| 06/28/2019 | ➔ 152 | Notice of Corrective Entry To Reflect Incorrect PDF Image Restricted and Correct PDF Image attached. (Re: 148 Order Directing Appointment of chapter 11 Trustee. Status hearing to be held on 07/16/2019 at 10:00 AM at C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 8 (LMI), Miami, FL 33128. (Re: 128). (Skinner-Grant, Sheila) Additional attachment(s) added on 6/28/2019 .) (Skinner-Grant, Sheila) (Entered: 06/28/2019) |
| 06/28/2019 | ➔ 153 (2 pgs) | Certificate of Service Filed by U.S. Trustee Office of the US Trustee (Re: 148 Order on Motion to Appoint Trustee, 149 Order on Motion to Convert Case to Chapter 7, Order on Motion to Dismiss Case). (Schneiderman, Steven) (Entered: 06/28/2019) |
| 06/28/2019 | ➔ 154 (4 pgs) | Certificate of Service Filed by Debtor Sanabi Investments, L.L.C. (Re: 150 Order on Motion to Withdraw as Attorney). (Van Horn, Chad) (Entered: 06/28/2019) |
| 06/30/2019 | ➔ 155 (4 pgs) | BNC Certificate of Mailing - PDF Document (Re: 148 Order Directing Appointment of chapter 11 Trustee. Status hearing to be held on 07/16/2019 at 10:00 AM at C. Clyde Atkins U.S. |

| | | |
|---|---|---|
| | | Courthouse, 301 N Miami Ave Courtroom 8 (LMI), Miami, FL 33128. (Re: 128). (Skinner-Grant, Sheila) Additional attachment(s) added on 6/28/2019 .) Notice Date 06/30/2019. (Admin.) (Entered: 07/01/2019) |
| 06/30/2019 | 156 (4 pgs) | BNC Certificate of Mailing - PDF Document (Re: 149 Order Denying Motion to Dismiss Case or Convert Chapter 11 Case To Chapter 7 Without Prejudice (Re: 131).) Notice Date 06/30/2019. (Admin.) (Entered: 07/01/2019) |
| 06/30/2019 | 157 (4 pgs) | BNC Certificate of Mailing - PDF Document (Re: 151 Order Granting In Part and Denying In Part Motion To Compel Debtor to Appear at Court, Consider Appointing Chapter 11 Trustee or Appoint General Master for Continued 2004 Examination. Status hearing to be held on 07/16/2019 at 10:00 AM at C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 8 (LMI), Miami, FL 33128. (Re: 128)) Notice Date 06/30/2019. (Admin.) (Entered: 07/01/2019) |
| 07/03/2019 | 158 (1 pg) | Notice Appointing Robert A Angueira as *Chapter 11 Trustee and Setting of Bond*. Filed by U.S. Trustee Office of the US Trustee. (Schneiderman, Steven) (Entered: 07/03/2019) |
| 07/03/2019 | 159 (5 pgs; 2 docs) | Application for Approval of Selection of Appointment of Chapter 11 Trustee Robert A. Angueira [Verified Statement of Trustee attached] Filed by U.S. Trustee Office of the US Trustee (Attachments: # 1 Exhibit Verified Statement) (Schneiderman, Steven) (Entered: 07/03/2019) |
| 07/03/2019 | 160 (1 pg) | Notice of Filing *Notice of Acceptance of Appointment as Chapter 11 Trustee by Robert A. Angueira*, Filed by U.S. Trustee Office of the US Trustee (Re: 158 Notice Appointing Trustee). (Schneiderman, Steven) (Entered: 07/03/2019) |
| 07/03/2019 | 161 (2 pgs) | Order Granting Application for Approval of Selection of Appointment of Chapter 11 Trustee (Re: # 159) (Oriol-Bennett, Alexandra) (Entered: 07/03/2019) |
| 07/05/2019 | 162 (4 pgs) | BNC Certificate of Mailing - PDF Document (Re: 161 Order Granting Application for Approval of Selection of Appointment of Chapter 11 Trustee (Re: 159)) Notice Date 07/05/2019. (Admin.) (Entered: 07/06/2019) |
| 07/08/2019 | 163 (4 pgs) | Trustee's Notice of Intent to Abandon Personal Property (2017 Land Rover Range, 2018 Grand Cherokee, 2018 Camry, 2018 Toyota RAV4, 2012 International 4300 Box Truck) Filed by Trustee Robert A Angueira. (Angueira, Robert) (Entered: 07/08/2019) |
| 07/08/2019 | 164 (7 pgs) | Expedited Motion to Reject Lease Filed by Trustee Robert A Angueira (Galban, Yanay) (Entered: 07/08/2019) |

CM/ECF LIVE - U.S. Bankruptcy Court:flsb

| 07/08/2019 | 165 (1 pg) | Notice of Hearing (Re: 164 Expedited Motion to Reject Lease Filed by Trustee Robert A Angueira) Hearing scheduled for 07/16/2019 at 10:00 AM at C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 8 (LMI), Miami, FL 33128. (Sanabria, Noemi) (Entered: 07/08/2019) |
|---|---|---|
| 07/08/2019 | 166 (4 pgs) | Certificate of Service Filed by Trustee Robert A Angueira (Re: 165 Notice of Hearing). (Galban, Yanay) (Entered: 07/08/2019) |
| 07/08/2019 | 167 (5 pgs) | *Ex Parte* Application to Employ Yanay Galban as Trustee's Counsel *Nunc Pro Tunc to July 3, 2019* [Affidavit Attached] Filed by Trustee Robert A Angueira (Galban, Yanay) (Entered: 07/08/2019) |
| 07/08/2019 | 168 (2 pgs) | Certificate of Service Filed by U.S. Trustee Office of the US Trustee (Re: 158 Notice Appointing Trustee filed by U.S. Trustee Office of the US Trustee, 160 Notice of Filing filed by U.S. Trustee Office of the US Trustee). (Schneiderman, Steven) (Entered: 07/08/2019) |
| 07/09/2019 | 169 (2 pgs) | Order Granting Application to Employ Yanay Galban (Re: # 167) (Skinner-Grant, Sheila) (Entered: 07/09/2019) |
| 07/10/2019 | 170 (1 pg) | Certificate of Service Filed by Trustee Robert A Angueira (Re: 169 Order on Application to Employ). (Galban, Yanay) (Entered: 07/10/2019) |
| 07/10/2019 | 171 (4 pgs) | Ex Parte Motion for Order Authorizing Trustee to Pay Chapter 11 Bond Premium from Funds of the Chapter 11 Estate Filed by Trustee Robert A Angueira (Galban, Yanay) (Entered: 07/10/2019) |
| 07/15/2019 | 172 (2 pgs) | Order Granting Motion for Order Authorizing Trustee to Pay Chapter 11 Bond Premium from Funds of the Chapter 11 Estate Re: # 171 (Oriol-Bennett, Alexandra) (Entered: 07/15/2019) |
| 07/15/2019 | 173 (7 pgs) | Expedited Motion to Convert Chapter 11 Case to Chapter 7 . [Fee Amount $15] Filed by Trustee Robert A Angueira (Galban, Yanay) (Entered: 07/15/2019) |
| 07/15/2019 | | Receipt of Motion to Convert Chapter 11 Case to Chapter 7(18-16699-LMI) [motion,mcnv7] ( 15.00) Filing Fee. Receipt number 34668884. Fee amount 15.00. (U.S. Treasury) (Entered: 07/15/2019) |
| 07/15/2019 | 174 (13 pgs; 5 docs) | Motion for Relief from Stay *in re: 2018 TOYOTA RAV4 VIN: 2T3WFREV0JW428889* [Fee Amount $181] Filed by Creditor VT Inc. as trustee of World Omni LT (Attachments: # 1 Exhibit contract # 2 Exhibit Title - # 3 Affidavit of Indebtedness # 4 Proposed Order) (Solloa, H) (Entered: 07/15/2019) |

CM/ECF LIVE - U.S. Bankruptcy Court:flsb

| | | |
|---|---|---|
| 07/15/2019 | ➲ <u>175</u><br>(13 pgs; 5 docs) | Motion for Relief from Stay *in re: 2018 TOYOTA CAMRY VIN 4T1B11HK1JU590393* [Fee Amount $181] Filed by Creditor VT Inc. as trustee of World Omni LT (Attachments: # <u>1</u> Exhibit contract # <u>2</u> Exhibit Title - # <u>3</u> Affidavit of Indebtedness # <u>4</u> Proposed Order) (Solloa, H) (Entered: 07/15/2019) |
| 07/15/2019 | ➲ | Receipt of Motion for Relief From Stay(18-16699-LMI) [motion,mrlfsty] ( 181.00) Filing Fee. Receipt number 34672135. Fee amount 181.00. (U.S. Treasury) (Entered: 07/15/2019) |
| 07/15/2019 | ➲ | Receipt of Motion for Relief From Stay(18-16699-LMI) [motion,mrlfsty] ( 181.00) Filing Fee. Receipt number 34672160. Fee amount 181.00. (U.S. Treasury) (Entered: 07/15/2019) |
| 07/16/2019 | ➲ <u>176</u><br>(1 pg) | Notice of Hearing (Re: <u>174</u> Motion for Relief from Stay Filed by Creditor VT Inc. as trustee of World Omni LT. Hearing scheduled for 07/31/2019 at 01:30 PM at C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 8 (LMI), Miami, FL 33128. (Sanabria, Noemi) (Entered: 07/16/2019) |
| 07/16/2019 | ➲ <u>177</u><br>(1 pg) | Notice of Hearing (Re: <u>175</u> Motion for Relief from Stay Filed by Creditor VT Inc. as trustee of World Omni LT. Hearing scheduled for 07/31/2019 at 01:30 PM at C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 8 (LMI), Miami, FL 33128. (Sanabria, Noemi) (Entered: 07/16/2019) |
| 07/17/2019 | ➲ <u>178</u><br>(4 pgs) | Order Granting Motion to Convert Case to Chapter 7 (Re: # <u>173</u>) Trustee Robert A Angueira removed from the case. (Skinner-Grant, Sheila) (Entered: 07/17/2019) |
| 07/18/2019 | ➲ <u>179</u><br>(1 pg) | Re- Notice of Hearing (Re: <u>100</u> Application for Compensation for Chad T Van Horn, Attorney-Debtor, Fee: $62955.00, Expenses: $2516.27.Filed by Attorney Chad T Van Horn. (Van Horn, Chad)) Hearing scheduled for 08/14/2019 at 10:30 AM at C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 8 (LMI), Miami, FL 33128. (Sanabria, Noemi) (Entered: 07/18/2019) |
| 07/18/2019 | ➲ 180 | Clerk's Notice of Cancellation of Hearing (Re: <u>174</u> Motion for Relief from Stay *in re: 2018 TOYOTA RAV4 VIN: 2T3WFREV0JW428889* [Fee Amount $181] Filed by Creditor VT Inc. as trustee of World Omni LT (Attachments: # <u>1</u> Exhibit contract # <u>2</u> Exhibit Title - # <u>3</u> Affidavit of Indebtedness # <u>4</u> Proposed Order), <u>175</u> Motion for Relief from Stay *in re: 2018 TOYOTA CAMRY VIN 4T1B11HK1JU590393* [Fee Amount $181] Filed by Creditor VT Inc. as trustee of World Omni LT (Attachments: # <u>1</u> Exhibit contract # <u>2</u> Exhibit Title - # <u>3</u> Affidavit of Indebtedness # <u>4</u> Proposed Order), <u>176</u> Notice of Hearing (Re: <u>174</u> Motion for Relief from Stay Filed by |

CM/ECF LIVE - U.S. Bankruptcy Court:flsb

| | | |
|---|---|---|
| | | Creditor VT Inc. as trustee of World Omni LT. Hearing scheduled for 07/31/2019 at 01:30 PM at C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 8 (LMI), Miami, FL 33128., 177 Notice of Hearing (Re: 175 Motion for Relief from Stay Filed by Creditor VT Inc. as trustee of World Omni LT. Hearing scheduled for 07/31/2019 at 01:30 PM at C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 8 (LMI), Miami, FL 33128.) (Sanabria, Noemi) (Entered: 07/18/2019) |
| 07/18/2019 | ❸ 181 (1 pg) | Notice Appointing as *Chapter 7* Trustee *Robert A. Angueira*. Filed by U.S. Trustee Office of the US Trustee. (Sterbach, Charles) (Entered: 07/18/2019) |
| 07/19/2019 | ❸ 182 (3 pgs) | Order Granting Trustees Expedited Omnibus Motion to Reject Unexpired Leases and Executory Contracts (Re: # 164) (Skinner-Grant, Sheila) (Entered: 07/19/2019) |
| 07/19/2019 | ❸ 183 (1 pg) | Order Cancelling Confirmation Hearing and Denying as Moot Motion to Extend Time to File Amended Disclosure Statement Nunc Pro Tunc to May 24,2019 (Re: # 135) (Skinner-Grant, Sheila) (Entered: 07/19/2019) |
| 07/19/2019 | ❸ 184 (1 pg) | Certificate of Service Filed by Trustee Robert A Angueira (Re: 172 Order on Miscellaneous Motion). (Galban, Yanay) (Entered: 07/19/2019) |
| 07/19/2019 | ❸ 185 (6 pgs) | BNC Certificate of Mailing - PDF Document (Re: 178 Order Granting Motion to Convert Case to Chapter 7 (Re: 173) Trustee Robert A Angueira removed from the case.) Notice Date 07/19/2019. (Admin.) (Entered: 07/20/2019) |
| 07/20/2019 | ❸ 186 (2 pgs) | BNC Certificate of Mailing - Hearing (Re: 179 Re- Notice of Hearing (Re: 100 Application for Compensation for Chad T Van Horn, Attorney-Debtor, Fee: $62955.00, Expenses: $2516.27.Filed by Attorney Chad T Van Horn. (Van Horn, Chad)) Hearing scheduled for 08/14/2019 at 10:30 AM at C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 8 (LMI), Miami, FL 33128.) Notice Date 07/20/2019. (Admin.) (Entered: 07/21/2019) |
| 07/21/2019 | ❸ 187 (3 pgs) | BNC Certificate of Mailing - PDF Document (Re: 183 Order Cancelling Confirmation Hearing and Denying as Moot Motion to Extend Time to File Amended Disclosure Statement Nunc Pro Tunc to May 24,2019 (Re: 135)) Notice Date 07/21/2019. (Admin.) (Entered: 07/22/2019) |
| 07/22/2019 | ❸ 188 | Clerk's Notice of Cancellation of Hearing (Re: 98 Motion to Allow Late Filed Claim(s) *Claim #10-1* Filed by Creditor VT Inc. as trustee of World Omni LT. (Attachments: # 1 Exhibit contract # 2 Exhibit Title -), 99 Motion to Allow Late Filed Claim(s) *Claim #9-1* Filed by Creditor VT Inc. as trustee of |

| | | |
|---|---|---|
| | | World Omni LT. (Attachments: # 1 Exhibit contract # 2 Exhibit Title -), 101 Motion to Allow Late Filed Fee Application of Van Horn Law Group, P.A. Due to Excusable Neglect Filed by Debtor Sanabi Investments, L.L.C.. (Van Horn, Chad), 126 Order Continuing Confirmation and Motions Hearing (Re: 85 Chapter 11 Plan filed by Debtor Sanabi Investments, L.L.C.). 98 Motion to Allow Late Filed Claim(s) Claim #10-1 Filed by Creditor VT Inc. as trustee of World Omni LT. 99 Motion to Allow Late Filed Claim(s) Claim #9-1 Filed by Creditor VT Inc. as trustee of World Omni LT. 100 Application for Compensation for Chad T Van Horn, Attorney-Debtor, Period: 6/1/2018 to 3/14/2019, Fee: $62955.00, Expenses: $2516.27 Filed by Attorney Chad T Van Horn. 101 Motion to Allow Late Filed Fee Application of Van Horn Law Group, P.A. Due to Excusable Neglect Filed by Debtor Sanabi Investments, L.L.C. Confirmation and Motions Hearing to be Held on 07/31/2019 at 01:30 PM at C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 8 (LMI), Miami, FL 33128. (Reynolds, Marva). Modified on 5/21/2019 to edit text. .) (Sanabria, Noemi) (Entered: 07/22/2019) |
| 07/22/2019 | 189 (2 pgs) | Agreed Order Granting Motion For Relief From Stay Re: # 174 (Skinner-Grant, Sheila) (Entered: 07/22/2019) |
| 07/22/2019 | 190 (2 pgs) | Agreed Order Granting Motion For Relief From Stay Filed by VT Inc Re: 175 (Skinner-Grant, Sheila) (Entered: 07/22/2019) |
| 07/22/2019 | 191 (1 pg) | Certificate of Service Filed by Creditor VT Inc. as trustee of World Omni LT (Re: 189 Order on Motion For Relief From Stay). (Solloa, H) (Entered: 07/22/2019) |
| 07/22/2019 | 192 (1 pg) | Certificate of Service Filed by Creditor VT Inc. as trustee of World Omni LT (Re: 190 Order on Motion For Relief From Stay). (Solloa, H) (Entered: 07/22/2019) |
| 07/22/2019 | 193 (4 pgs) | Ex Parte Motion for the Entry of an Order Authorizing Trustee to Pay Locksmith Nunc Pro Tunc to July 18, 2019 Filed by Trustee Robert A Angueira (Galban, Yanay) (Entered: 07/22/2019) |
| 07/24/2019 | 194 (5 pgs) | *Ex Parte* Application to Employ Yanay Galban as Trustee's Counsel *Nunc Pro Tunc to July 18, 2019* [Affidavit Attached] Filed by Trustee Robert A Angueira (Galban, Yanay) (Entered: 07/24/2019) |
| 07/25/2019 | 195 (2 pgs) | Order Granting Application to Employ Yanay Galban (Re: # 194) (Skinner-Grant, Sheila) (Entered: 07/25/2019) |
| 07/25/2019 | 196 (2 pgs) | Meeting of Creditors to be Held on 8/27/2019 at 10:30 AM at 51 SW First Ave Room 102, Miami. Proofs of Claim due by 10/3/2019. (Skinner-Grant, Sheila) (Entered: 07/25/2019) |



**ORDERED in the Southern District of Florida on July 3, 2019.**

Laurel M. Isicoff
Chief United States Bankruptcy Judge

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **SANABI INVESTMENTS, LLC** | ) | **Case No.: 18-16699-LMI** |
| Debtor. | ) | |
| _____ | ) | |

### ORDER APPROVING APPOINTMENT OF CHAPTER 11 TRUSTEE

The Court having considered the Application of the United States Trustee for entry of an

Order approving appointment of Robert A. Angueira as Chapter 11 Trustee in the above-captioned

case, filed (ECF 159), it is hereby

ORDERED that the appointment is approved.

##### 

1

Prepared By:

NANCY J. GARGULA
UNITED STATES TRUSTEE
REGION 21

STEVEN D. SCHNEIDERMAN
Trial Attorney
United States Department of Justice
Office of the United States Trustee
51 S.W. First Avenue, Suite 1204
Miami, Florida 33130
Tel.: (305) 536-7285
Fax: (305) 536-7360
Steven.D.Schneiderman@usdoj.gov

Copies to (Service by BNC): All creditors and parties-in-interest.



**ORDERED in the Southern District of Florida on July 17, 2019.**

Laurel M. Isicoff
Chief United States Bankruptcy Judge

---

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

Sanabi Investments, LLC

_____ Debtor _____/

Case No. 18-16699 LMI
Chapter 11

### ORDER CONVERTING CASE UNDER CHAPTER 11
### TO CASE UNDER CHAPTER 7

This matter came before the Court on July 16, 2019, for a status conference and report from the Chapter 11 Trustee pursuant to the Order Directing the Appointment of a Chapter 11 Trustee (ECF 148) and Order Granting In Part and Denying In Part Motion To Compel Debtor to Appear at Court, Consider Appointing Chapter 11 Trustee or Appoint General Master for Continued 2004 Examination (ECF 151).   The Court having considered the oral report and recommendation of the Chapter 11 Trustee and the Expedited Motion to Convert Chapter 11 Case to Chapter 7 (ECF 173) filed by the Chapter 11 Trustee, considered the comments of counsel for Creditor Arwin Nicolas Zapata Carrero, counsel for Newtek and counsel for the United States

LF-9 (rev. 03/11/16)

Trustee, as well as comments of the former principal of the Debtor on his individual behalf, and for the reasons stated on the record, which are incorporated herein by reference.

It is **ORDERED** that:

1.   This chapter 11 case is converted to a case under chapter 7.

2.   If applicable, the debtor shall immediately remit to the clerk of court the $15.00 trustee surcharge fee prescribed by the Judicial Conference of the United States (if not previously paid by the debtor).  Failure to pay this fee will result in dismissal of this case.

3.   The debtor or the chapter 11 trustee, shall:

   a.   Forthwith turn over to the chapter 7 trustee all records and property of the estate under its custody and control as required by Bankruptcy Rule 1019(4);

   b.   Within 30 days of the date of this order, file an accounting of all receipts and distributions made.  A copy of this report must be served on the U.S. Trustee; and

   c.   File, within 14 days of the date of this order, a schedule of unpaid debts incurred after the commencement of the chapter 11 case as required by Bankruptcy Rule 1019(5) and a supplemental matrix and certification in the format required by Local Rule 1019-1(B).  The debtor or debtor's attorney is required to provide notice to those creditors pursuant to Local Rule 1019-1(B).  Failure to comply may also result in sanctions being imposed by the court.  Debts not listed or noticed timely will not be discharged.  A copy of this schedule shall be served on the chapter 7 trustee.

4.   The debtor shall:

   a.   file, within 14 days of the date of this order, the statements and schedules required by Bankruptcy Rule 1019(1)(A) and Bankruptcy Rule 1007(c) and in accordance with Local Rule 1019-1(B).

   b.   file, if the debtor is an individual, within 14 days of the date of this order, the Official Bankruptcy Form(s)  122A-1 "Chapter 7 Statement of Your Current Monthly Income and Means-Test Calculation", 122A-1Supp "Chapter 7 Means Test Exemption Attachment", 122A-2 "Chapter 7 Means Test Calculation" as required under Local Rule 1019-1(L), and, if not already

LF-9 (rev. 03/11/16)

filed under chapter 11, payment advices as required by Bankruptcy Rules 1007(b)(1) and 1007(c) and, the certificate and debt repayment plan, if any, required by §521(b), a certification under §109(h)(3) or a request for a determination by the court under 109(h)(4).

c.   file, if the debtor is an individual, within 30 days of the date of this order, a statement of intention with respect to retention or surrender of property securing consumer debts, as required by 11 U.S.C. §521(a)(2)(A) and Bankruptcy Rule 1019(1)(B), and conforming to Official Form 108.

d.   file, if the debtor is an individual, within 60 days after the first date set for the meeting of creditors under § 341, "Certification About a Financial Management Course (Official Form 423), [See Bankruptcy Rules 1007(b)(7)(A) and (c)] (unless the course provider files a certificate of completion on the debtor's behalf).

5.   Pursuant to Local Rule 2016-1(C)(2), the debtor's attorney, any examiner or trustee appointed by the court, or any other professional person employed under 11 U.S.C. §327 or 1103 shall, file within 90 days after the date of the post-conversion meeting, an application for compensation for outstanding fees and expenses incurred during the chapter 11 administration including an application justifying retention of any retainer received which has not been approved by a prior award.  Any retainers received which are not approved will be subject to turnover to the chapter 7 trustee.

The attorney for the debtor in possession, or the chapter 11 trustee (if one was appointed) shall notify all such professionals of this deadline by serving them with a copy of this order.

6.   The debtor shall provide notice to affected parties of the deadline set pursuant to Local Rule 1019-1(J)(1) for filing by a nongovernmental unit a request for payment of an administrative expense.

7.   If this case is being converted after the confirmation of a plan, the debtor, within 30 days of the date of this order, shall file:

a.   A schedule of all property not listed in the final report and account of the debtor in possession or chapter 11 trustee which was acquired after the

LF-9 (rev. 03/11/16)

    commencement of the chapter 11 case but before the entry of this conversion order;

b.    A schedule of unpaid debts (and a supplemental matrix as described in paragraph 3(c)) not listed in the final report and account of the debtor in possession or chapter 11 trustee, which were incurred after the commencement of the chapter 11 case but before the entry of this conversion order, as required by Bankruptcy Rule 1019(5) and provide notice of the claims deadline as required by Bankruptcy Rule 1019(6) and Local Rule 1019-1(B) and (J); and

c.    A schedule of executory contracts and unexpired leases entered into or assumed after the commencement of the chapter 11 case, but before the entry of this conversion order.

8.    Failure of the debtor to comply with the provisions of this order may result in dismissal of this case without further hearing or notice.

### 

**Submitted by:**

Submitted by:

Steven D. Schneiderman
Trial Attorney
United States Department of Justice
Office of the United States Trustee
51 S.W. First Avenue, Suite 1204
Miami, Florida  33130
Telephone (305) 536-7285

(The Clerk is directed to serve a copy of this Order on all creditors and parties in interest)

LF-9 (rev. 03/11/16)

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI, DIVISION

| | | |
|---|---|---|
| In re: | : | CASE NO.: 18-16699-LMI |
| | : | |
| SANABI INVESTMENTS, L.L.C., | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |
| _____/ | | |

## MOTION TO APPROVE STIPULATION TO COMPROMISE CONTROVERSY

*Any interested party who fails to file and serve a written response to this motion within 21 days after the date of service stated in this motion shall, pursuant to Local Rule 9013-1(D), be deemed to have consented to the entry of an order in the form attached to this motion. Any scheduled hearing may then be canceled.*

COMES NOW, Robert A. Angueira, Chapter 7 Trustee (hereinafter the "*Trustee*"), and files this Motion to Approve Stipulation to Compromise Controversy with Saady Naim Bijani Fuenmayor ("*Bijani*") in the above-styled case, and states as follows:

1.  This case was commenced by the filing of a voluntary Chapter 11 bankruptcy petition for the Debtor, Sanabi Investments, LLC on June 1, 2018 (the "*Petition Date*").

2.  On June 28, 2019, the Court entered an Order Directing Appointment of Chapter 11 Trustee [D.E. 148].

3.  On July 3, 2019, the US Trustee's Office filed a Notice of Appointment of Chapter 11 Trustee and Setting of Bond [D.E. 158] and appointing Robert A. Angueira to serve as Chapter 11 Trustee.

4.  On July 15, 2019, the Trustee filed an Expedited Motion to Convert Case to a Proceeding Under Chapter 7 of the Bankruptcy Code [D.E. 173].

5.  On July 17, 2019, the Court entered an Order Converting Case Under Chapter 11 to Case

Case No.: 18-16699-LMI

under Chapter 7 [D.E. 178].

6. On July 18, 2019, the United States Trustee filed a Notice of Appointment of Trustee [D.E. 181] appointing Robert A. Angueira to serve as Chapter 7 Trustee.

7. The §341 Meeting of Creditors was held and concluded on June 1, 2019 (the "*§341 Meeting*").

8. On November 18, 2019, the Trustee, through counsel, conducted a Rule 2004 Examination of Bijani (the "*Rule 2004 Examination*").

9. Prior to the Petition Date Bijani was the sole owner of the Debtor. For all purposes Mr. Bijani was in control of the Debtor, the Debtor's bank account at Bank of America Account #2845 (the "*Bank of America Account*"), and the DIP account at TD Bank Account #-8241.

10. At the Rule 2004 Examination, the Trustee discovered that within at least the four years prior to the Petition Date Bijani made monetary transfers from the Debtor's Bank of America Account to Bijani's personal bank account (the "*Transferred Funds*").

11. At the Rule 2004 Examination, the Trustee discovered that within four years prior to the Petition Date, Bijani used the Debtor's Bank of America Account to pay for his personal expenses, including but not limited to, monthly mortgage payments to First Bank for Mr. Bijani's various real estate properties including his homestead property located at 11255 NW 77th Terrace, Miami FL 33178 and investments properties located at 22561 SW 88th Place Unit 105-7, Cutler Bay, FL 33190, 22541 SW 88th Place Unit 105-6, Cutler Bay, FL 33190, and 6312 NW 104th Court, Miami, FL 33178.

12. Based on a review of certain financial documents of the Debtor, the Transferred Funds or payments made by the Debtor on behalf of Bijani were not justified as salary and instead were improperly characterized by Bijani and his sister Susana Bijani (bookkeeper) as a loan to

Case No.: 18-16699-LMI

shareholder which had a balance of approximately $244,500.00 as of May 2, 2019.

13. At the Rule 2004 Examination Bijani testified that he used the Debtor's Bank of America Account to pay his personal expenses as needed.

14. Bijani admitted that he used corporate funds post-petition to pay the mortgages on numerous homes which were titled in his personal name.

15. For no less than the four years prior to the petition date the Debtor paid the monthly car payments or leases for approximately 5 vehicles that were driven by Bijani and Bijani's family members. Furthermore, pre-petition the Debtor made money transfers to Bijani's mother and Bijani's brother's business.

16. The Trustee has asserted that the estate has causes of action against Mr. Bijani and Mr. Bijani's family members to avoid the transfers as fraudulent transfers.

17. Bijani denies and/or disputes some of the allegations noted above, and has asserted that some of the benefits and payments received by his family members were in exchange for their services to the Debtor.

18. In an effort to avoid the high cost and uncertainties of litigation, the parties desire to settle all the matters in this case and have all signed the Stipulation to Compromise Controversy that is enclosed as Exhibit "1" (the "*Settlement*" or the "*Stipulation*").

19. Pursuant to the terms of the Settlement, Bijani will pay the Trustee a total sum of $70,000.00 to be paid in 25 equal monthly payments of $2,800.00 to be made on the 15th day of each month starting on February 15, 2020 and ending on February 15, 2022. As an incentive for early payment if the Trustee receives a total of $55,000.00 by February 15, 2021 then $55,000.00 will be the settlement amount.

20. The payments will be by cashier's check or money orders made payable to the order of

Case No.: 18-16699-LMI

Robert A. Angueira, Trustee and mailed to the Trustee's office at: 16 SW 1 Avenue, Miami, FL 33130. Each cashier's check or money order should clearly state the name of the Debtor and the case number.

21. All notices given pursuant to the Settlement shall be served on the parties via U.S. Mail as follows:

    a. <u>To the Trustee</u>:  Robert A. Angueira, Trustee, c/o Yanay Galban, Esq., 16 SW 1st Avenue, Miami, Florida 33130.

    b. <u>To Saady Naim Bijani Fuenmayor</u>:  Saady Naim Bijani Fuenmayor, 11255 NW 77 Terrace, Miami, FL 33178.

The parties have agreed and acknowledged that notice is effective if served on the aforementioned addresses via U.S. Mail, First class.  If Bijani's address changes, it is his obligation to notify the Trustee in writing and also file a Notice of Change of Address with the U.S. Bankruptcy Court for the Southern District of Florida.

22. Pursuant to the Settlement, Bijani, his parents (Thais C. Fuenmayor and Saady A. Bijani), his brother (Naim T. Bijani), and his sister Susana Bijani have executed standstill and tolling agreement agreeing to extend the deadline pursuant to 11 U.S.C. §546(a) to file certain causes of action to recover and avoid the transfers described above under Chapter 5 of the United States Bankruptcy Code and/or applicable state law (including Fla. Stat. §§726.105, 726.106 and/or 607.06401) to March 15, 2022 (the "*Termination Date*").

23. Pursuant to the terms of the Settlement, if Mr. Bijani fails to timely make any of the payments described in paragraph 19, then after ten (10) days written notice mailed or emailed to Bijani, he would be in default under the terms of the Settlement.  Upon Default, the Trustee has the following remedies, in addition to any further remedies provided by the Bankruptcy Code:

    a. Upon Default, the Trustee would be entitled to: (i) file a Motion and request a hearing seeking the entry of a Final Judgment against Mr. Bijani in the amount of $100,000.00, plus attorney's fees, costs, and interest which shall accrue at 5%;

Case No.: 18-16699-LMI

    and (ii) the Trustee shall be entitled to do this by Motion and without the necessity of filing an Adversary Proceeding.  The parties have agreed and stipulated that any such Final Judgment in the amount of $100,000.00, if one were to be entered after notice and hearing, would be a non-dischargeable debt under 11 U.S.C. §523.

b.  Additionally, in the event that Bijani defaults under the terms of the Stipulation, the Trustee would also be entitled to commence litigation against Bijani his parents (Thais C. Fuenmayor and Saady A. Bijani), brother (Naim T. Bijani) and sister (Susana Bijani) concerning any transfers made by the Debtor to them within 4 years prior to the Petition Date, to the extent such claims exist.

c.  In addition, upon Default the Trustee shall be entitled to interest, which shall accrue at 5% rate, as well as attorneys' fees and costs.

24. The Settlement resolves all issues between the Trustee, Bijani, his parents (Thais C. Fuenmayor and Saady A. Bijani), his brother (Naim T. Bijani) and sister (Susana Bijani) for alleged preferential or fraudulent transfers and is a global settlement of all matters between the parties.

25. Rule 9019(a) of the Federal Rules of Bankruptcy Procedure provides:  "On motion by the trustee and after a hearing on notice to creditors, the debtor . . .  and to such other entities as the court may designate, the court may approve a compromise or settlement."

26. "[A]pproval of a settlement in a bankruptcy proceeding is within the sound discretion of the Court, and will not be disturbed or modified on appeal unless approval or disapproval is an abuse of discretion." *In re Arrow Air, Inc.*, 85 B.R. 886, 891 (Bankr. S.D. Fla. 1988)(Cristol, J.) (citing *Rivercity v. Herpel (In re Jackson Brewing Co.)*, 624 F.2d 599, 602-03 (5th Cir. 1980); *Anaconda-Ericsson, Inc. v. Hessen (In re Teltronics Servs., Inc.)*, 762 F.2d 185, 189 (2d Cir. 1985); *In re Prudence Co.*, 98 F.2d 559 (2d Cir. 1938), cert. denied, 306 U.S. 636 (1939).  The test is whether the proposed settlement "falls below the `lowest point in the range of reasonableness.'" *Arrow Air*, 85 B.R. at 891 (quoting *Teltronics Servs.*, 762 F.2d at 189; *Cosoff v. Rodman (In re W. T. Grant Co.)*, 699 F.2d 599, 608 (2d Cir.), cert. denied, 464 U.S. 822

Case No.: 18-16699-LMI

(1983).

27. Based on the specific facts and circumstances of this case, the Trustee has determined that $70,000.00, or $55,000.00 in the event that Bijani exercises the early repayment option, would be a reasonable settlement amount in this case. The Trustee respectfully submits that application of these principles leads to the conclusion that the Stipulation, enclosed as Exhibit "1", should be approved with the Court retaining jurisdiction to enforce the terms of the settlement.

28. Pursuant to Local Rule 9013-1(D), a copy of the proposed Order is attached hereto as Exhibit 2.

**WHEREFORE**, the Trustee respectfully requests the entry of an Order (a) granting this motion; (b) approving the stipulation to compromise controversy with the Debtor; (c) granting such other and further relief as this Court deems appropriate.

Respectfully submitted this 14th day of February, 2020.

ROBERT A. ANGUEIRA, P.A.
16 S.W. 1st Avenue
Miami, Florida 33130
Tel. (305) 263-3328
e-mail yanay@rabankruptcy.com

By /s/ _____
YANAY GALBAN, ESQ
Florida Bar No. 0105146

Case No.: 18-16699-LMI

## CERTIFICATE OF SERVICE

I CERTIFY that a true and correct copy of the foregoing was served by U.S. mail on this 14th day of February, 2020, to all parties on the enclosed mailing matrix and the following parties:

Saady Naim Bijani Fuenmayor
11255 NW 77th Ter.
Miami, FL 33178-1492

Saady A. Bijani
11255 NW 77th Ter.
Miami, FL 33178-1492

Thais C. Fuenmayor
11255 NW 77th Ter.
Miami, FL 33178-1492

Naim T. Bijani
11255 NW 77th Ter
Miami, FL 33178-1492

Susana Bijani
11255 NW 77th Ter
Miami, FL 33178-1492

I CERTIFY that a true and correct copy of the foregoing was served via the Notice of Electronic Filing on this 14th day of February, 2020, to:

- Robert A Angueira   trustee@rabankruptcy.com, fl79@ecfcbis.com;raa@trustesolutions.net;tassistant@rabankruptcy.com;richard@rabankruptcy.com;lillian@rabankruptcy.com

- Leslie A Berkoff   lberkoff@moritthock.com

- Yanay Galban   yanay@rabankruptcy.com, robert@rabankruptcy.com

- Gerard M Kouri Jr.   gmkouripaecf@gmail.com, gmkouri@bellsouth.net

- Alejandro G Martinez-Maldonado   bk@exllegal.com

- Robert C Meyer   meyerrobertc@cs.com, rcmpapl@gmail.com;rcmeyer@gmail.com;assistantrcmpa@gmail.com;meyerrr90112@notify.bestcase.com

- Office of the US Trustee   USTPRegion21.MM.ECF@usdoj.gov

- Steven D Schneiderman   Steven.D.Schneiderman@usdoj.gov

- David R. Softness   david@softnesslaw.com, mari@softnesslaw.com;sam@softnesslaw.com;david@ecf.inforuptcy.com;r44812@notify.bestcase.com

Case No.: 18-16699-LMI

- H Michael Solloa    mxs@trippscott.com, bankruptcy@trippscott.com

- Charles R Sterbach    Charles.r.sterbach@usdoj.gov

- Howard S Toland    htoland@mitrani.com

- Chad T Van Horn    Chad@cvhlawgroup.com,
  Chad@ecf.inforuptcy.com,g2320@notify.cincompass.com,notices@nextchapterbk.com,c
  hapter7@cvhlawgroup.com,chapter13@cvhlawgroup.com,chapter11@cvhlawgroup.com

ROBERT A. ANGUEIRA, P.A.
16 S.W. 1ˢᵗ Avenue
Miami, Florida 33130
Tel. (305) 263-3328
e-mail yanay@rabankruptcy.com

By _____
    YANAY GALBAN, ESQ
Florida Bar No. 0105146

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI, DIVISION

In re:                                          :        CASE NO.: 18-16699-LMI
                                                :
SANABI INVESTMENTS, L.L.C.,                     :        CHAPTER 7
                                                :
          Debtor.                               :
_____/

### STIPULATION TO COMPROMISE CONTROVERSY WITH SAADY NAIM BIJANI FUENMAYOR

This Stipulation is entered into between Robert A. Angueira, Chapter 7 Trustee of the bankruptcy estate of Sanabi Investments, LLC (the "*Trustee*") and Saady Naim Bijani Fuenmayor ("*Bijani*") on this 6th day of February, 2020.

WHEREAS, this Chapter 7 case was commenced by the filing of a voluntary Chapter 11 bankruptcy petition for the Debtor, Sanabi Investments, LLC on June 1, 2018 (the "*Petition Date*");

WHEREAS, on June 28, 2019, the Court entered an Order Directing Appointment of Chapter 11 Trustee [D.E. 148];

WHEREAS, on July 3, 2019, the US Trustee's Office filed a Notice of Appointment of Chapter 11 Trustee and Setting of Bond [D.E. 158] and appointing Robert A. Angueira to serve as Chapter 11 Trustee;

WHEREAS, on July 15, 2019, the Trustee filed an Expedited Motion to Convert Case to a Proceeding Under Chapter 7 of the Bankruptcy Code [D.E. 173];

WHEREAS, on July 17, 2019, the Court entered an Order Converting Case Under Chapter 11 to Case under Chapter 7 [D.E. 178];

WHEREAS, on July 18, 2019, the United States Trustee filed a Notice of Appointment of Trustee [D.E. 181] appointing Robert A. Angueira to serve as Chapter 7 Trustee;


EXHIBIT
1

Scanned with CamScanner

Case No.: 18-16699-LMI

WHEREAS, the §341 Meeting of Creditors was held and concluded on June 1, 2019 (the "*§341 Meeting*");

WHEREAS, on November 18, 2019, the Trustee, through counsel, conducted a Rule 2004 Examination of Bijani (the "*Rule 2004 Examination*");

WHEREAS, prior to the Petition Date Bijani was the sole owner of the Debtor. For all purposes Mr. Bijani was in control of the Debtor, the Debtor's bank account at Bank of America Account #2845 (the "*Bank of America Account*"), and the DIP account at TD Bank Account #-8241;

WHEREAS, at the Rule 2004 Examination, the Trustee discovered that within at least the four years prior to the Petition Date Bijani made monetary transfers from the Debtor's Bank of America Account to Mr. Bijani's personal bank account (the "*Transferred Funds*");

WHEREAS, at the Rule 2004 Examination, the Trustee discovered that within four years prior to the Petition Date, Bijani used the Debtor's Bank of America Account to pay for his personal expenses, including but not limited to, monthly mortgage payments to First Bank for Mr. Bijani's various real estate properties including his homestead property located at 11255 NW 77th Terrace, Miami FL 33178 and investments properties located at 22561 SW 88th Place Unit 105-7, Cutler Bay, FL 33190, 22541 SW 88th Place Unit 105-6, Cutler Bay, FL 33190, and 6312 NW 104th Court, Miami, FL 33178;

WHEREAS, based on a review of certain financial documents of the Debtor, the Transferred Funds or payments made by the Debtor on behalf of Mr. Bijani were not justified as salary and instead were improperly characterized by Mr. Bijani and his sister Susana Bijani (bookkeeper) as a loan to shareholder which had a balance of approximately $244,500.00 as of May 2, 2019;

WHEREAS, at the Rule 2004 Examination Mr. Bijani testified that he used the Debtor's

2

Scanned with CamScanner

Case No.: 18-16699-LMI

Bank of America Account to pay his personal expenses as needed;

WHEREAS, Bijani admitted that he used corporate funds post-petition to pay the mortgages on numerous homes which were titled in his personal name;

WHEREAS, for no less than the four years prior to the petition date the Debtor paid the monthly car payments or leases for approximately 5 vehicles that were driven by Mr. Bijani and Mr. Bijani's family members. Furthermore, pre-petition the Debtor made money transfers to Mr. Bijani's mother and Mr. Bijani's brother's business;

WHEREAS, the Trustee has asserted that the estate has causes of action against Mr. Bijani and Mr. Bijani's family members to avoid the transfers as fraudulent transfers;

WHEREAS, Bijani denies and/or disputes some of the allegations noted above, and has asserted that some of the benefits and payments received by his family members were in exchange for their services to the Debtor;

WHEREAS, in an effort to avoid the high cost and uncertainties of litigation, the parties desire to settle all the matters in this case; and

WHEREAS, the parties desire to set forth herein the terms and conditions of their settlement;

NOW, THEREFORE, in consideration of the mutual promises of the parties contained herein, and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged by the parties, the parties agree to the following:

1.      Bijani will pay the Trustee a total sum of $70,000.00 to be paid in 25 equal monthly payments of $2,800.00 to be made on the 15th day of each month starting on February 15, 2020 and ending on February 15, 2022. As an incentive for early payment if the Trustee receives a total of $55,000.00 by February 15, 2021 then $55,000.00 will be the settlement amount.

3

Scanned with CamScanner

Case No.: 18-16699-LMI

2.     The payments will be by cashier's check or money orders made payable to the order of Robert A. Angueira, Trustee and mailed to the Trustee's office at: 16 SW 1 Avenue, Miami, FL 33130. Each cashier's check or money order should clearly state the name of the Debtor and the case number.

3.     All notices given pursuant to this Settlement shall be served on the parties via U.S. Mail as follows:

  a.  <u>To the Trustee</u>: Robert A. Angueira, Trustee, c/o Yanay Galban, Esq., 16 SW 1st Avenue, Miami, Florida 33130.

  b.  <u>To Saady Naim Bijani Fuenmayor</u>: Saady Naim Bijani Fuenmayor, 11255 NW 77 Terrace, Miami, FL 33178.

The parties agree and acknowledge that notice is effective if served on the aforementioned addresses via U.S. Mail, First class. If Mr. Bijani's address changes, it is his obligation to notify the Trustee in writing and also file a Notice of Change of Address with the U.S. Bankruptcy Court for the Southern District of Florida.

4.     Furthermore, upon the execution of this Stipulation Bijani, his parents (Thais C. Fuenmayor and Saady A. Bijani), his brother (Naim T. Bijani), and his sister Susana Bijani will execute standstill and tolling agreements agreeing to extend the deadline pursuant to 11 U.S.C. §546(a) to file certain causes of action to recover and avoid the transfers described above under Chapter 5 of the United States Bankruptcy Code and/or applicable state law (including Fla. Stat. §§726.105, 726.106 and/or 607.06401) to February 15, 2022 (the "*Termination Date*").

5.     If Mr. Bijani fails to timely make any of the payments described in paragraph 1, then after ten (10) days written notice mailed or emailed to Bijani, he would be in default under the terms of the Settlement. Upon Default, the Trustee has the following remedies, in addition to any further remedies provided by the Bankruptcy Code:

  a.  Upon Default, the Trustee would be entitled to: (i) file a Motion and request a hearing seeking the entry of a Final Judgment against Mr. Bijani in the amount of

4

**Scanned with CamScanner**

Case No.: 18-16699-LMI

$100,000.00, plus attorney's fees, costs, and interest which shall accrue at 5%; and (ii) the Trustee shall be entitled to do this by Motion and without the necessity of filing an Adversary Proceeding.  The parties agree and stipulate that any such Final Judgment in the amount of $100,000.00, if one were to be entered after notice and hearing, would be a non-dischargeable debt under 11 U.S.C. §523.

b.       Additionally, in the event that Bijani defaults under the terms of this Stipulation, the Trustee would also be entitled to commence litigation against Bijani his parents (Thais C. Fuenmayor and Saady A. Bijani), brother (Naim T. Bijani) and sister (Susana Bijani) concerning any transfers made by the Debtor to them within 4 years prior to the Petition Date, to the extent such claims exist.

c.       In addition, upon Default the Trustee shall be entitled to interest, which shall accrue at 5% rate, as well as attorneys' fees and costs.

6.       This Stipulation resolves all issues between the Trustee, Bijani, his parents (Thais C. Fuenmayor and Saady A. Bijani), brother (Naim T. Bijani) and sister (Susana Bijani) for alleged preferential or fraudulent transfers and is a global settlement of all matters between the parties.

7.       This Stipulation represents the entire understanding and agreement between the parties hereto with respect to the subject matter hereof and cannot be amended, supplemented or modified except by an instrument in writing signed by the party or parties against whom enforcement of any amendment, supplement or modification is sought.  A waiver by a party of any breach of any provision of this stipulation shall not be construed to be a waiver by any such party of any succeeding breach of such provision or a waiver by such party of any breach of any other provision.

8.       The Trustee has accepted this settlement subject to this Court's approval.

9.       All parties are represented by counsel or have the opportunity to be represented by counsel and all parties have had an opportunity to seek advice from counsel prior to executing this stipulation.

10.       Time is of the essence as to all deadlines within this stipulation.

11.       This agreement represents the full and complete understanding of the parties.

5

Scanned with CamScanner

Case No.: 18-16699-LMI

12.   The Trustee believes that this agreement is in the best interest of the estate.

13.   This agreement may be signed in counterparts.

14.   The Bankruptcy Court will retain jurisdiction to enforce the terms of this settlement.

_____   02|10|2020
SAADY NAJM BIJANI FUENMAYOR      DATE

_____   7/13/20
ROBERT A. ANGUEIRA                DATE
TRUSTEE

6

Scanned with CamScanner

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI, DIVISION

In re:                                          :        CASE NO.: 18-16699-LMI
                                                :
SANABI INVESTMENTS, L.L.C.,                     :        CHAPTER 7
                                                :
        Debtor.                                 :
_____/

## ORDER GRANTING TRUSTEE'S MOTION TO APPROVE STIPULATION TO COMPROMISE CONTROVERSY

THIS MATTER came to the Court on the Chapter 7 Trustee's Motion to Approve Stipulation to Compromise Controversy [D.E. #____] (the "*Motion*").[1] The Motion has been served on all interested parties and creditors, pursuant to the Federal Rules of Bankruptcy Procedure and the Local Rules of this Court (on Negative Notice). By submitting this form of order, and the Trustee having represented that the Motion was served on all parties required by Local Rule 9013-1(D), that the 21-day response time provided by that rule has expired, that no one has filed, or

---

[1] All capitalized terms not otherwise defined in this Order shall have the meanings ascribed to them in the Motion.

EXHIBIT
2

served on the movant, a response to the Motion, and that the form of order was attached as an exhibit to the Motion, and the Court, having reviewed the file, the Motion and record herein, good cause having been shown, and being otherwise duly advised in the premises, does hereby

**ORDERED AND ADJUDGED** that:

1.      The Motion is **GRANTED** and the Settlement is **APPROVED** on the terms and conditions set forth in the Motion and the Stipulation to Compromise Controversy attached as Exhibit "1" to the Motion (the "*Stipulation*" or "*Settlement*").

2.      Bijani will pay the Trustee a total sum of $70,000.00 to be paid in 25 equal monthly payments of $2,800.00 to be made on the 15th day of each month starting on February 15, 2020 and ending on February 15, 2022. As an incentive for early payment if the Trustee receives a total of $55,000.00 by February 15, 2021 then $55,000.00 will be the settlement amount.

3.      The payments will be by cashier's check or money orders made payable to the order of Robert A. Angueira, Trustee and mailed to the Trustee's office at: 16 SW 1 Avenue, Miami, FL 33130. Each cashier's check or money order should clearly state the name of the Debtor and the case number.

4.      All notices given pursuant to the Settlement shall be served on the parties via U.S. Mail as follows:

      a.   To the Trustee:  Robert A. Angueira, Trustee, c/o Yanay Galban, Esq., 16 SW 1st Avenue, Miami, Florida 33130.

      b.   To Saady Naim Bijani Fuenmayor:  Saady Naim Bijani Fuenmayor, 11255 NW 77 Terrace, Miami, FL 33178.

The parties agree and acknowledge that notice is effective if served on the aforementioned addresses via U.S. Mail, First class.  If Bijani's address changes, it is his obligation to notify the Trustee in writing and also file a Notice of Change of Address with the

U.S. Bankruptcy Court for the Southern District of Florida.

5. Furthermore, Bijani, his parents (Thais C. Fuenmayor and Saady A. Bijani), his brother (Naim T. Bijani), and his sister Susana Bijani have execute standstill and tolling agreement agreeing to extend the deadline pursuant to 11 U.S.C. §546(a) to file certain causes of action to recover and avoid the transfers described above under Chapter 5 of the United States Bankruptcy Code and/or applicable state law (including Fla. Stat. §§726.105, 726.106 and/or 607.06401) to March 15, 2022 (the "*Termination Date*").

6. If Mr. Bijani fails to timely make any of the payments described in paragraph 2, then after ten (10) days written notice mailed or emailed to Bijani, he would be in default under the terms of the Settlement.  Upon Default, the Trustee has the following remedies, in addition to any further remedies provided by the Bankruptcy Code:

    a. Upon Default, the Trustee would be entitled to: (i) file a Motion and request a hearing seeking the entry of a Final Judgment against Mr. Bijani in the amount of $100,000.00, plus attorney's fees, costs, and interest which shall accrue at 5%; and (ii) the Trustee shall be entitled to do this by Motion and without the necessity of filing an Adversary Proceeding.  The parties agree and stipulate that any such Final Judgment in the amount of $100,000.00, if one were to be entered after notice and hearing, would be a non-dischargeable debt under 11 U.S.C. §523.

    b. Additionally, in the event that Bijani defaults under the terms of the Stipulation, the Trustee would also be entitled to commence litigation against Bijani his parents (Thais C. Fuenmayor and Saady A. Bijani), brother (Naim T. Bijani) and sister (Susana Bijani) concerning any transfers made by the Debtor to them within 4 years prior to the Petition Date, to the extent such claims exist.

    c. In addition, upon Default the Trustee shall be entitled to interest, which shall accrue at 5% rate, as well as attorneys' fees and costs.

7. The Settlement resolves all issues between the Trustee, Bijani, his parents (Thais C. Fuenmayor and Saady A. Bijani), his brother (Naim T. Bijani) and sister (Susana Bijani) for alleged preferential or fraudulent transfers and is a global settlement of all matters between the parties.

8.  The settlement proceeds of $70,000.00, or $55,000.00, to potential causes of action against Mr. Bijani and Mr. Bijani's family members to avoid fraudulent transfers.

9.  The Court retains jurisdiction to enforce the terms of the Settlement.

###

Submitted by

ROBERT A. ANGUEIRA, P.A.
16 S.W. 1st Avenue
Miami, FL 33130
Tel. 305-263-3328
e-mail: yanay@rabankruptcy.com

Copies furnished to:
Yanay Galban, Esq.

*(Attorney Yanay Galban is directed to serve copies of this Order upon the Debtor, the Trustee, the Attorney for the Debtor, the U.S. Trustee, and all parties who have entered an appearance in this case, upon receipt thereof, and to file a Certificate of Service with the Court confirming such service.)*

███████
██
Case 18-16699-LMI
███████
██████████
████████████
████████
███████
█████████████████
████████████
██████
███████████████
████████

Bank of America
PO Box 15796
Wilmington, DE  19886-5796

Chase Bank USA
PO Box 1423
Charlotte, NC  28201-1423

Florida Department of Revenue
8175 NW 12th St Ste 119
Doral, FL  33126-1828

Internal Revenue Service
7850 SW 6th Ct # 5730
Plantation, FL  33324-3210

National Funding Inc
9820 Towne Centre Dr
San Diego, CA 92121-1944

Nexogy
2121 Ponce de Leon Blvd Ste 200
Coral Gables, FL  33134-5256

Royal Truk Division
Attn:  Barbara Miller
125 Sterling Ave
Orrville, OH 44667-1551

FirstBank Florida
c/o David R. Softness
201 S. Biscayne Blvd
Suite 2740
Miami, FL 33131-4332

Sanabi Investments, L.L.C.
11421 NW 107th St
Ste 13
Miami, FL 33178-4065

Adi Amit, Esq.
Lubell & Rosen, LLC
200 S Andrews Ave # 900
Fort Lauderdale, FL 33301-2068

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Chrysler Capital
PO Box 660647
Dallas, TX 75266-0647

Florida Department of Revenue
PO Box 6668
Tallahassee, FL  32314-6668

Internal Revenue Services
PO Box 7346
Philadelphia, PA  19101-7346

Newtek Small Business Finance, LLC
1981 Marcus Ave Ste 130
New Hyde Park, NY  11042-1046



Santander Consumer USA Inc. d/b/a/ Chrysler
P.O. BOX 961275
FORT WORTH, TX 76161-0275

Integrated Vehicle Leasing, Inc.
c/o Moritt Hock & Hamroff LLP
400 Garden City Plaza
Garden City, NY 11530-3322


█████████████████
██████████

Arwin Nicolas Zapata Carrero et al.
c/o Rivkah F. Jass, Esq. J.H. Zidell PA
300 71st St Ste 605
Miami Beach, FL 33141-3089

Celtic Bank/Kabbage, Inc.
268 S State St Ste 300
Salt Lake City, UT  84111-5314

Citibank, N.A.
PO Box 790046
Saint Louis, MO  63179-0046

Integrated Vehicle Leasing, Inc.
734 Walt Whitman Rd
Melville, NY 11747-2216

Michelle M. Deeb, Esq. Of Counsel
Zumpano & Castro LLC
500 South Dixie Highway, Suite 302
Coral Gables, FL 33146-2768

Newtek Small Business Finance, LLC
c/o Howard S. Toland, Esq.
Mitrani, Rynor, Adamsky & Toland, P.A.
1200 Weston Road, Penthouse
Weston, FL 33326-1987

Rivakah Jaff, Esq.
JH Zidell PA
300 71st St # 605
Miami Beach, FL 33141-3089

Todd Goldenfarb
POB 398806
Miami Beach FL 33239-8806

Toyota Financial Services
PO Box 70831
Charlotte, NC 28272-0831

US Bank as Servicer
PO Box 790117
Saint Louis, MO 63179-0117

USB Leasing LT
c/o U.S. Bank National Association
Bankruptcy Department
PO Box 5229
Cincinnati, Ohio 45201-5229



Arwin Nicolas Zapata Carrero
J.H.Zidell PA
300 71st Ste. 606
Miami Beach, FL 33141-3089

Harry Stampler
Stampler Auctions
6740 Taft St
Hollywood, FL 33024-3903











**ORDERED in the Southern District of Florida on March 13, 2020.**

Laurel M. Isicoff
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI, DIVISION

In re:                                    :      CASE NO.: 18-16699-LMI
                                          :
SANABI INVESTMENTS, L.L.C.,               :      CHAPTER 7
                                          :
        Debtor.                           :
_____/

## ORDER GRANTING TRUSTEE'S MOTION TO APPROVE
## STIPULATION TO COMPROMISE CONTROVERSY

THIS MATTER, came before the Court on March 9, 2020 at 10:30 A.M. (the "*Hearing*")

to consider the Chapter 7 Trustee's Motion to Approve Stipulation to Compromise Controversy

[D.E. #259] (the "*Motion*").[1]  The Motion has been served on all interested parties and creditors,

pursuant to the Federal Rules of Bankruptcy Procedure and the Local Rules of this Court.  The

Court, having reviewed the file, the Motion and record herein, having considered the Argument of

the Chapter 7 Trustee and noting that the Debtor's principal Mr. Saady Naim Bijani Fuenmayor

---

[1] All capitalized terms not otherwise defined in this Order shall have the meanings ascribed to them in the Motion.

was present at the Hearing, good cause having been shown, and being otherwise duly advised in the premises, does hereby

**ORDERED AND ADJUDGED** that:

1.    The Motion is **GRANTED** and the Settlement is **APPROVED** on the terms and conditions set forth in the Motion and the Stipulation to Compromise Controversy attached as Exhibit "1" to the Motion (the "*Stipulation*" or "*Settlement*").

2.    Bijani will pay the Trustee a total sum of $70,000.00 to be paid in 25 equal monthly payments of $2,800.00 to be made on the 15th day of each month starting on February 15, 2020 and ending on February 15, 2022. As an incentive for early payment if the Trustee receives a total of $55,000.00 by February 15, 2021 then $55,000.00 will be the settlement amount.

3.    The payments will be by cashier's check or money orders made payable to the order of Robert A. Angueira, Trustee and mailed to the Trustee's office at: 16 SW 1 Avenue, Miami, FL 33130.  Each cashier's check or money order should clearly state the name of the Debtor and the case number.

4.    All notices given pursuant to the Settlement shall be served on the parties via U.S. Mail as follows:

      a.  <u>To the Trustee</u>:  Robert A. Angueira, Trustee, c/o Yanay Galban, Esq., 16 SW 1st Avenue, Miami, Florida 33130.

      b.  <u>To Saady Naim Bijani Fuenmayor</u>:  Saady Naim Bijani Fuenmayor, 11255 NW 77 Terrace, Miami, FL 33178.

The parties agree and acknowledge that notice is effective if served on the aforementioned addresses via U.S. Mail, First class.  If Bijani's address changes, it is his obligation to notify the Trustee in writing and also file a Notice of Change of Address with the U.S. Bankruptcy Court for the Southern District of Florida.

5.   Furthermore, Bijani, his parents (Thais C. Fuenmayor and Saady A. Bijani), his brother
(Naim T. Bijani), and his sister Susana Bijani have execute standstill and tolling agreement
agreeing to extend the deadline pursuant to 11 U.S.C. §546(a) to file certain causes of action to
recover and avoid the transfers described above under Chapter 5 of the United States Bankruptcy
Code and/or applicable state law (including Fla. Stat. §§726.105, 726.106 and/or 607.06401) to
March 15, 2022 (the "*Termination Date*").

6.   If Mr. Bijani fails to timely make any of the payments described in paragraph 2, then
after ten (10) days written notice mailed or emailed to Bijani, he would be in default under the
terms of the Settlement.   Upon Default, the Trustee has the following remedies, in addition to
any further remedies provided by the Bankruptcy Code:

   a.   Upon Default, the Trustee would be entitled to: (i) file a Motion and request a
   hearing seeking the entry of a Final Judgment against Mr. Bijani in the amount of
   $100,000.00, plus attorney's fees, costs, and interest which shall accrue at 5%;
   and (ii) the Trustee shall be entitled to do this by Motion and without the
   necessity of filing an Adversary Proceeding.   The parties agree and stipulate that
   any such Final Judgment in the amount of $100,000.00, if one were to be entered
   after notice and hearing, would be a non-dischargeable debt under 11 U.S.C.
   §523.

   b.   Additionally, in the event that Bijani defaults under the terms of the Stipulation,
   the Trustee would also be entitled to commence litigation against Bijani his
   parents (Thais C. Fuenmayor and Saady A. Bijani), brother (Naim T. Bijani) and
   sister (Susana Bijani) concerning any transfers made by the Debtor to them within
   4 years prior to the Petition Date, to the extent such claims exist.

   c.   In addition, upon Default the Trustee shall be entitled to interest, which shall
   accrue at 5% rate, as well as attorneys' fees and costs.

7.   The Settlement resolves all issues between the Trustee, Bijani, his parents (Thais C.
Fuenmayor and Saady A. Bijani), his brother (Naim T. Bijani) and sister (Susana Bijani) for
alleged preferential or fraudulent transfers and is a global settlement of all matters between the
parties.

8.   The settlement proceeds of $70,000.00, or $55,000.00, to potential causes of action

against Mr. Bijani and Mr. Bijani's family members to avoid fraudulent transfers.

9.  The Court retains jurisdiction to enforce the terms of the Settlement.

### 

Submitted by

ROBERT A. ANGUEIRA, P.A.
16 S.W. 1st Avenue
Miami, FL 33130
Tel. 305-263-3328
e-mail: yanay@rabankruptcy.com

Copies furnished to:
Yanay Galban, Esq.

*(Attorney Yanay Galban is directed to serve copies of this Order upon the Debtor, the Trustee, the Attorney for the Debtor, the U.S. Trustee, and all parties who have entered an appearance in this case, upon receipt thereof, and to file a Certificate of Service with the Court confirming such service.)*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-20608-CIV-JAL

ARWIN NICOLAS ZAPATA CARRERO                )
and all others similarly situated under 29         )
U.S.C. 216(b),                                                  )
                                                                       )
                           Plaintiffs,                            )
           vs.                                                     )
                                                                       )
SANABI INVESTMENTS LLC d/b/a                  )
OSCAR'S MOVING & STORAGE and             )
SANDY BIJANI,[1]                                          )
                                                                       )
                                                                       )
                           Defendants.                         )
_____ )

## PLAINTIFF'S MOTION TO LIFT STAY AND RE-OPEN CASE

Comes Now the Plaintiff, by and through undersigned counsel, and hereby files Plaintiff's

Motion to Lift Stay and Re-Open Case as to Defendant SANDY BIJANI only and in support

thereof states as follows:

1. On October 10, 2018, Defendant SANDY BIJANI filed a suggestion of bankruptcy. [DE
   121].

2. The Court issued an automatic stay pursuant to 11 U.S.C. Section 362(a) as to Defendant
   SANDY BIJANI. [DE 127].

3. Plaintiff hereby informs this Court that the voluntary petition under Chapter 13 of the
   Bankruptcy Code filed by Defendant SANDY BIJANI was dismissed on February 20,
   2020 due to denial of Confirmation of Plan. See Exhibit "1".

---

[1] The individual Defendant's name is reflected in this lawsuit as "Sandy Bijani." Upon further review
and independent investigation, there was a scrivener's error and the spelling of the individual
Defendant's name is herein corrected through interlineations to reflect "SAADY BIJANI," as also
reflected on the Florida Department of State the Division of Corporations.

4.  As of the date of this filing, the Defendant SANDY BIJANI has not reinstated his Bankruptcy case.

5.  Plaintiff also informs the court that Defendant SANABI INVESTMENTS LLC d/b/a OSCAR'S MOVING & STORAGE continues under the protection of the bankruptcy stay. Thus, Plaintiff will not request the Court to re-open the case with respect to this particular Defendant.

6.  As of the date of filing the instant Motion, the Docket reflects the Defendants are no longer represented by Counsel and are *Pro Se* litigants.

**WHEREFORE,** for the reasons stated above, Plaintiff respectfully requests that the Court lift the automatic stay and re-open the case as to Defendant SANDY BIJANI only, reset all pre-trial deadlines, set a new trial date, and allow Plaintiff to proceed with the matter as a stay is no longer warranted in this matter as to Defendant SANDY BIJANI.

Respectfully submitted,

J. H. ZIDELL, P.A.
ATTORNEYS FOR PLAINTIFF
300-71ST STREET, SUITE 605
MIAMI BEACH, FLORIDA 33141
305-865-6766
305-865-7167

By:___s/ David M. Nudel, Esq._____
    David M. Nudel, Esq.
    Florida Bar No.: 1003678

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE

FOREGOING WAS PROVIDED VIA U.S. MAIL ON 4/20/2020 TO:

**Sandy Bijani, PRO SE**
**10943 NW 122 Street**
**Medley, FL 33178**

BY:___/s/___David M. Nudel_____
DAVID M. NUDEL, ESQ.

Case 1:17-cv-20608-JJO   Document 189-4   Entered on FLSD Docket 04/20/2020   Page 1 of 2

CGFD43 (4/23/19)



ORDERED in the Southern District of Florida on February 21, 2020

Robert A Mark
United States Bankruptcy Judge

---

## United States Bankruptcy Court
### Southern District of Florida
### www.flsb.uscourts.gov

Case Number: 18−22563−RAM
Chapter: 13

In re: *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Saady Naim Bijani Fuenmayor
aka Saady Bijani, aka Saady Naim Bijani
11255 NW 77th Ter
Miami, FL 33178−1492

SSN: xxx−xx−0531

## ORDER DENYING CONFIRMATION AND DISMISSING CHAPTER 13 CASE

This case came before the court for confirmation of a proposed chapter 13 plan. Based on the record, it is

**ORDERED** as follows:

1.  Confirmation of the proposed chapter 13 plan is denied.

2.  This case is dismissed.

*Page 1 of 2*

3.   All pending motions are denied as moot.

4.   The trustee shall file a final report prior to the administrative closing of the case.

5.   (If applicable) the debtor shall immediately pay to the Clerk, U.S. Court, C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, Room 150, Miami, FL 33128, **$0.00** for the balance of the filing fee as required by Local Rule 1017–2(E). Any funds remaining with the trustee shall be applied to this balance and the trustee must dispose of any funds in accordance with the Bankruptcy Code, and Local Rule 1017–2(F), unless otherwise ordered by the court. The court will not entertain a motion for reconsideration of this order unless all unpaid fees are paid at the time the motion is filed.

6.   A motion to rehear, reconsider, or reinstate a dismissed case must be filed in accordance with the requirements of Local Rule 9013–1(E).

7.   In accordance with Local Rule 1002–1(B), the clerk of court is directed to refuse to accept for filing any future voluntary petitions submitted by this debtor if the refiling violates a prior order of the court or if the petition is accompanied by an Application to Pay Filing Fee in Installments and filing fees remain due from any previous case filed by the debtor.

The clerk shall serve a copy of this order on all parties of record.

# # #

*Page 2 of 2*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-20608-CIV-JAL

ARWIN NICOLAS ZAPATA CARRERO )
and all others similarly situated under 29 )
U.S.C. 216(b), )
)
)
Plaintiffs, )
vs. )
)
SANABI INVESTMENTS LLC d/b/a )
OSCAR'S MOVING & STORAGE and )
SANDY BIJANI,[1] )
)
)
Defendants. )
_____ )

## ORDER GRANTING PLAINTIFF'S MOTION TO LIFT STAY AND RE-OPEN CASE

THIS CAUSE is before the Court upon Plaintiff's Motion to Lift Stay and Re-open Case

and the Court having reviewed the relevant motion, considered legal argument and otherwise

being advised in the premises, it is:

ORDERED AND ADJUDGED that pursuant to 11 U.S.C. 362, Plaintiff's Motion is

hereby GRANTED and:

1. The Stay is lifted and the case is re-opened as to Defendant SANDY BIJANI only

   and Plaintiff may proceed with the subject lawsuit against Defendant SANDY

   BIJANI only.

2. All pre-trial deadlines and new trial date will be set by way of a separate Order.

---

[1] The individual Defendant's name is reflected in this lawsuit as "Sandy Bijani." Upon further review and independent investigation, there was a scrivener's error and the spelling of the individual Defendant's name is herein corrected through interlineations to reflect "SAADY BIJANI," as also reflected on the Florida Department of State the Division of Corporations.

DONE AND ORDERED in Chambers at Miami, Florida, this_____day of

_____, 2020.


_____

JOAN A. LENARD[2]
UNITED STATES DISTRICT JUDGE

Copies to:     Counsel of Record
               Defendant SANDY BIJANI

---

[2] A Consent to Magistrate was filed in this case but only as to Plaintiff and Defendant Prieto who is no longer a party in this action. At the time of filing the consent, the stay was in place as to Defendant Bijani.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-20608-CIV-O'SULLIVAN

[CONSENT]

ARWIN NICOLAS ZAPATA CARRERO,

     Plaintiff,

v.

SANABI INVESTMENTS LLC d/b/a
OSCAR'S MOVING & STORAGE,
SAADY BIJANI a/k/a SANDY BIJANI,
HANIN PRIETO,

     Defendants.

_____/

## ORDER

THIS MATTER is before the Court on the Plaintiff's Motion to Lift Stay and Re-Open Case (DE# 189, 4/20/20) (hereinafter "Motion").

On April 22, 2020, the Court issued an Order requiring defendant Sandy Bijani to file a response to the instant Motion by May 13, 2020. See Order (DE# 190, 4/22/20). The Court's Order warned defendant Sandy Bijani that "[t]**he failure to file a response by May 13, 2020 will result in an Order granting the relief requested.**" Id. (emphasis in original).  The Court's Order also required the plaintiff to "provide a copy of [the] Order to defendant Sandy Bijani and file a notice of compliance with the Court." Id. On April 27, 2020, the plaintiff filed his Notice of Compliance with Order at D.E. 190 (DE# 191, 4/27/20) indicating that the plaintiff had mailed a copy of the Court's Order to defendant Sandy Bijani.

To date, defendant Sandy Bijani has not filed a response to the instant Motion.

Based on the foregoing and having reviewed the applicable filings and the law, it is

ORDERED AND ADJUDGED that the Plaintiff's Motion to Lift Stay and Re-Open

Case (DE# 189, 4/20/20) is **GRANTED**. The automatic stay is lifted and the case

re-opened as to defendant Sandy Bijani only. It is further

ORDERED AND ADJUDGED that this matter is set for a telephonic status

hearing before the undersigned on **Thursday, May 28, 2020** at **3:00 PM**. The parties

shall, at the time of the hearing, call the Court's audio conference number **(888)**

**363-4735** and enter the access code **7229437#**. To the extent possible, the parties

should call from a landline. All attendees must keep their telephone on mute when not

addressing the Court. **The parties shall be prepared to discuss a trial date at that**

**time**. Request for continuance of this cause shall not be considered unless addressed

to this Court in the form of a written motion.  It is further

ORDERED AND ADJUDGED that the plaintiff shall **promptly** provide a copy of

this Order to defendant Sandy Bijani and file a notice of compliance with the Court.

DONE AND ORDERED in Chambers at Miami, Florida, this <u>14th</u> day of May,

2020.

JOHN J. O'SULLIVAN
CHIEF UNITED STATES MAGISTRATE JUDGE