UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-20608-CIV-O'SULLIVAN

[CONSENT]

ARWIN NICOLAS ZAPATA CARRERO,

    Plaintiff,

v.

SANABI INVESTMENTS LLC d/b/a
OSCAR'S MOVING & STORAGE,
SAADY BIJANI a/k/a SANDY BIJANI,
HANIN PRIETO,

    Defendants.

_____/

### ORDER SETTING PRETRIAL CONFERENCE AND TRIAL DATE

    This case is set for trial commencing **Monday, December 7, 2020**, before Chief United States Magistrate Judge John J. O'Sullivan at the C. Clyde Atkins United States District Courthouse, 301 North Miami Avenue, Fifth Floor, Miami, Florida. All parties are directed to report to the calendar call at **10:00 AM on Thursday, December 3, 2020**, at which time all matters relating to the scheduled trial date may be brought to the attention of the Court. A final pretrial conference as provided for by Rule 16, Fed. R. Civ. P., and Rule 16.1(C), S.D. Fla. L.R., is scheduled **Monday, November 9, 2020, at 10:00 AM**. A bilateral pretrial stipulation, joint proposed jury instructions and proposed exhibit lists shall be filed **NO LATER THAN THURSDAY, OCTOBER 15, 2020**.

    All exhibits must be pre-marked, and a typewritten exhibit list setting forth the number and description of each exhibit must be submitted no later than **Thursday, October 15, 2020**. The proposed exhibit lists shall indicate any objections by either

party to any exhibit. The parties shall prepare and submit joint proposed jury instructions to the Court. The joint proposed jury instructions shall indicate any objections by either party to any instruction. The proposed jury instructions shall be submitted to the Court no later than **Thursday, October 15, 2020**. **The parties shall submit a copy of the joint proposed jury instructions as an attachment, in WordPerfect format, to OSullivan@flsd.uscourts.gov.**

    DONE AND ORDERED in Chambers at Miami, Florida, this **19th** day of June, 2020.

                                                                 _____
                                                                  JOHN J. O'SULLIVAN
                                                                  CHIEF UNITED STATES MAGISTRATE JUDGE

Copies mailed to:
Sandy Bijani
11255 NW 77 Terrace
Miami, FL 33178