UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-20608-CIV-O'SULLIVAN

[CONSENT]

ARWIN NICOLAS ZAPATA CARRERO,

    Plaintiff,

v.

SANABI INVESTMENTS LLC d/b/a
OSCAR'S MOVING & STORAGE,
et al.,

    Defendants.
_____/

**ORDER**

    THIS MATTER is before the Court on the Motion for Referral to Volunteer Attorney Program (DE# 205, 8/7/20) filed by pro se defendant Saady Bijani. Having reviewed the applicable filings and the law, it is

    ORDERED AND ADJUDGED that the Motion for Referral to Volunteer Attorney Program (DE# 205, 8/7/20) is **GRANTED**. This matter will be referred to the Court's Volunteer Attorney Program where a volunteer attorney may accept the representation on a pro bono basis, if so desired.

    DONE AND ORDERED in Chambers at Miami, Florida, this **10th** day of August, 2020.

                                                               _____
                                                                JOHN J. O'SULLIVAN
                                                                CHIEF UNITED STATES MAGISTRATE JUDGE

Copies mailed to:
Sandy Bijani
11255 NW 77 Terrace
Miami, FL 33178